# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s): Kari Lake ; Mark Finchem**

**Defendant(s):** Kathleen Hobbs , Arizona Secretary of State; Bill Gates , member of the Maricopa County Board of Supervisors; Clint Hickman , member of the Maricopa County Board of Supervisors; Jack Seller , member of the Maricopa County Board of Supervisors; Thomas Galvin , member of the Maricopa County Board of Supervisors; Steve Gallardo , member of the Maricopa County Board of Supervisors; Rex Scott , member of the Pima County Board of Supervisors; Matt Heinz , member of the Pima County Board of Supervisors; Sharon Bronson , member of the Pima County Board of Supervisors; Steve Christy , member of the Pima County Board of Supervisors; Adelita Grijalva , member of the Pima County Board of Supervisors

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Defendant's Atty(s):

**Andrew D Parker , Attorney**
**Parker Daniels Kibort LLC**
**123 N. Third Street, Suite 888**
**Minneapolis, Minnesota  55401**
**6123554100**

---

II. Basis of Jurisdiction:	**3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
  Plaintiff:- **N/A**
  Defendant:- **N/A**

IV. Origin :	**1. Original Proceeding**

V. Nature of Suit:	**441 Voting**

VI. Cause of Action:	**42 U.S.C. § 1983**

VII. Requested in Complaint
  Class Action: **No**
  Dollar Demand:
  Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:  /s/ Andrew D. Parker**

  Date:  **04/22/2022**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014