AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00677-DMF

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) SHARON BRONSON, AS MEMBER OF THE PIMA COUNTY BOARD OF SUPERVISORS
was received by me on (date) 5/11/2022

☐ I personally served the summons on the individual at (place) 130 W CONGRESS ST., FIRST FLOOR TUCSON, AZ 85701 on (date) 5/11/2022 at 2:17 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): GOVERNMENT SERVICE - Government Service was performed by delivering a true copy of this process, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition, or other initial pleading or paper to ALINA BARCENAS as PIMA COUNTY-PROGRAM SPECIALIST, STATED AUTHORIZED TO ACCEPT

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 5/12/2022

*Mark R. Beach* (signature)
Server's signature

Mark R. Beach, PM671-Pima County
Printed name and title

360 N. COURT AVE.
Tucson, AZ  85701
Phone: 520-624-2466  Fax: 520-624-2002
Server's address

Additional information regarding attempted service, etc:

Document(s) Served: SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; COMPLAINT; NOTICE OF FILING AMENDED COMPLAINT; CIVIL COVER SHEET

Age: 40, Gender: Female, Race: Hispanic, Height: 5' 6, Weight: 145, Hair: Brown  Glasses:  No

Print    Save As...