1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

9   Kari Lake, *et al.*,

10                    Plaintiffs,

11   v.

12   Katie Hobbs, *et al.*,

13                    Defendants.

14

No. CV-22-00677-PHX-JJT

**ORDER**

15        This matter having recently come before this Court,

16        IT IS ORDERED that motions to dismiss pursuant to Fed. R. Civ. P. 12(b) and

17   motions to strike pursuant to Fed. R. Civ. P. 12(f) are discouraged if the defect that would

18   be the subject of the motion can be cured by filing an amended pleading. Therefore, the

19   parties must meet and confer prior to the filing of a motion to dismiss or motion to strike

20   to determine whether it can be avoided. Consequently, motions to dismiss and motions to

21   strike must be accompanied by a separately-filed notice of certification of conferral, stating

22   that the parties have conferred to determine whether an amendment could cure a deficient

23   pleading and that they have been unable to agree that the pleading is curable by a

24   permissible amendment. **The Certification of Conferral shall include a brief summary**

25   **of the issues the parties discussed but were unable to resolve.** In addition, parties shall

26   endeavor not to oppose motions to amend that are filed prior to the Rule 16 Scheduling

27   Conference or within the time set for the Rule 16 Case Management Order. Motions to

28

dismiss and motions to strike that are not accompanied by the required certification are subject to striking on the Court's own motion.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendants.

Dated this 12th day of May, 2022.

Honorable John J. Tuchi
United States District Judge