## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Kari Lake, et.al,
           Plaintiff(s)/Petitioner(s),

VS.

Kathleen Hobbs, ET.AL,
           Defendant(s)/Respondent(s).

NO. 22-CV-00677-DMF

AFFIDAVIT OF SERVICE OF PROCESS

I Craig Podgurski Being duly sworn, depose and say that I am fully qualified under state law to serve process within the jurisidiction where the documents were served, and executed service in the manner described below:

Documents Served: **Summons In A Civil Action; Notice Of Filing Amended Complaint; Amended Complaint; Civil Cover Sheet**

Service Upon: **Bill Gates**

Date of Service: Wed, May 11 2022           Time of Service: 02:42 PM

Address of Service: 301 W Jefferson St 10th Floor, Phoenix, AZ 85003

Manner of Service:

☐ By Serving _____ in person.
☐ Substitute, by serving _____, a person of suitable age and discretion who resides with _____ at the address of service.
☒ By personally serving **Laurinda R Cook** who holds the position of **Special Deputy Clerk**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

Description: Age: 40s; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'5"; Hair: Brown

I certify under penalty of perjury that the foregoing is true and correct.

Declarant: Craig Podgurski
Registered in Maricopa County 8617
Job Number: 7072821

Subscribed and Sworn to before me this 12 day of May, 2022.

_____
Notary Public



OFFICIAL SEAL
GREG TORTORA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM # 564030
My Comm. Expires 2/26/2023