Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   Thomas P. Liddy (Bar No. 019384)
      Joseph J. Branco (Bar No. 031474)
      Joseph E. LaRue (Bar No. 031348)
      Karen J. Hartman-Tellez (Bar No. 021121)
      Deputy County Attorneys
      MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>Plaintiffs,<br><br>vs.<br><br>Kathleen Hobbs, et al.,<br><br>Defendants. | No. 2:22-cv-00677-JJT<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**FIRST REQUEST** |

Pursuant to the Court's May 12, 2022, Order (Doc. 15), on May 31, 2022, the parties participated in a telephonic meet and confer with respect to Defendants' intentions to file a

Motion to Dismiss. Prior to that conference, on May 20, 2022, Counsel for Defendants Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo, in their "capacity as members of the Maricopa County Board of Supervisors" ("Maricopa County"), sent correspondence to Plaintiffs' counsel setting forth, among other things, its bases for a Motion to Dismiss. Counsel for Defendant Katie Hobbs, as Secretary of State, and Counsel for Defendant Rex Scott, Matt Heinz, Sharon Bronson, Steve Christy, and Adelita Grijalva, "in their capacity as members of the Pima County Board of Supervisors", subsequently stated their intentions to join Maricopa County's Motion to Dismiss and/or file their own Motions to Dismiss. Plaintiffs are now considering whether any amendments to the pleadings may resolve the issues raised by Counsel for Defendants.

Accordingly, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendants' time to file their responsive pleading(s) is extended from June 1, 2022 to June 8, 2022.

This stipulation is filed in good faith and not intended to cause delay.

RESPECTFULLY SUBMITTED this 31st day of May, 2022.

**THE BURGESS LAW GROUP**

By: /s/ Emily Craiger
Emily Craiger

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

**RACHEL H. MITCHELL**
**MARICOPA COUNTY ATTORNEY**

By: */s/ Joseph E. La Rue (with permission)*
    Thomas P. Liddy
    Joseph J. Branco
    Joseph E. La Rue
    Karen Hartman-Tellez
    Deputy County Attorneys

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*


**PARKER DANIELS KIBORT**

By: */s/ Andrew Parker (with permission)*
    Andrew Parker

*Attorneys for the Plaintiffs*


**COPPERSMITH BROCKELMAN PLC**

By:*/s/Roopali H. Desai (with permission)*
    Roopali H. Desai
    D. Andrew Gaona
    Kristen Yost

**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul
Christine Bass *

*\*Application for Pro Hac Vice Forthcoming*

    *Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**LAURA CONOVER
PIMA COUNTY ATTORNEY**

By: */s/ Daniel Jurkowitz (with permission)*
　　Daniel Jurkowitz
　　Deputy County Attorneys

*Attorneys for Defendant Pima County Board Of Supervisors*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Dana N. Troy*