Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Thomas P. Liddy (Bar No. 019384)
Joseph J. Branco (Bar No. 031474)
Joseph E. LaRue (Bar No. 031348)
Karen J. Hartman-Tellez (Bar No. 021121)
Deputy County Attorneys
MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Maricopa County Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| Kathleen Hobbs, et al., | |
| Defendants. | **FIRST REQUEST** |

The Parties have filed with the Court a Joint Stipulation for Extension of Time to file

their Responsive pleading, relating to Plaintiff's Amended Complaint (Doc. No. 4).  The Court, having reviewed the Joint Stipulation, and good cause appearing therefore, ORDERS:

The Parties Joint Stipulation is GRANTED, Defendants shall file their responsive pleading to Plaintiff's Amended Complaint on or before June 8, 2022.