RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: Thomas P. Liddy (019384)
Joseph J. Branco (031474)
Joseph E. LaRue (031348)
Karen J. Hartman-Tellez (021121)
Deputy County Attorneys
MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | **MARICOPA COUNTY DEFENDANTS' NOTICE OF APPEARANCE** |
| vs. | |
| Kathleen Hobbs, et al., | (Honorable John J. Tuchi) |
| Defendants. | |

Defendants Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo in their official capacities as members of the Maricopa County Board of Supervisors ("the County") give notice that Thomas P. Liddy, Joseph J. Branco, Joseph E. La Rue, and Karen J. Hartman-Tellez of the Maricopa County Attorney's Office, and Emily Craiger of The Burgess Law Group, hereby enter their appearance as their counsel of record. Their contact information is as follows:

| | |
|---|---|
| Thomas P. Liddy (019384)<br>liddyt@mcao.maricopa.gov<br>Joseph J. Branco (031474)<br>brancoj@mcao.maricopa.gov<br>Joseph E. LaRue (031348)<br>laruej@mcao.maricopa.gov<br>Karen J. Hartman-Tellez (021121)<br>hartmank@mcao.maricopa.gov<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>CIVIL SERVICES DIVISION<br>225 West Madison St.<br>Phoenix, Arizona  85003<br>Telephone (602) 506-8541<br>ca-civilmailbox@mcao.maricopa.gov | Emily Craiger (Bar No. 021728)<br>emily@theburgesslawgroup.com<br>THE BURGESS LAW GROUP<br>3131 East Camelback Road, Suite 224<br>Phoenix, Arizona  85016<br>Telephone: (602) 806-2100 |

RESPECTFULLY SUBMITTED this 26th day of May, 2022.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/Joseph E. La Rue (with permission)*
Thomas P. Liddy
Joseph J. Branco
Joseph E. La Rue
Karen Hartman-Tellez
Deputy County Attorneys

THE BURGESS LAW GROUP


BY: */s/ Emily Craiger*
Emily Craiger
*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/Emily Craiger*