# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Katie Hobbs, *et al.*,<br><br>　　　　　Defendants. | No. CV-22-00677-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Joint Stipulation for Extension of Time for Defendants to File Responsive Pleading (Doc. 24). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Stipulation for Extension of Time for Defendants to File Responsive Pleading (Doc. 24).

**IT IS FURTHER ORDERED** extending the deadline for Defendants to file an Answer or otherwise respond to Plaintiffs' First Amended Complaint (Doc. 3) to **June 8, 2022**.

Dated this 6th day of June, 2022.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge