Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   Thomas P. Liddy (019384)
      Joseph J. Branco (031474)
      Joseph E. LaRue (031348)
      Karen J. Hartman-Tellez (021121)
      Deputy County Attorneys
      MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | **MARICOPA COUNTY DEFENDANTS' MOTION TO EXCEED PAGE LIMIT** |
| vs. | |
| Kathleen Hobbs, et al., | (Honorable John J. Tuchi) |
| Defendants. | |

Pursuant to LRCiv. 7.2(e)(1), Defendant Maricopa County hereby moves this Court for leave to file a 19 page Motion to Dismiss.

Plaintiffs filed a 51-page Amended Complaint. It alleges that counting votes by electronic tabulation machines is unconstitutional. To support those claims, Plaintiffs make many demonstrably-false allegations, in 176 paragraphs, about voting in Arizona. Although courts considering motions to dismiss must generally accept as true all material allegations pled by plaintiffs in their complaint, they need not accept as true allegations that are contradicted by judicially-noticeable records that are not subject to dispute. *See, e.g.*, *Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir. 2001). The County therefore provides a short Statement of Facts in its Motion to Dismiss that cites to numerous records, of which the Court may take judicial notice, to demonstrate the falsity of Plaintiffs' factual averments as well as the truth about voting in Arizona. Providing this short Statement of Facts will assist the Court in evaluating the Motion to Dismiss and also correct the record should the Court's decision in this matter be appealed. Granting the County leave to file a brief of 19 pages therefore furthers the interests of justice and judicial economy. The County will not object if Plaintiffs wish to file an oversized response brief opposing the Motion to Dismiss.

RESPECTFULLY SUBMITTED this 7th day of June, 2022.

THE BURGESS LAW GROUP

BY: */s/ Emily Craiger*
    Emily Craiger

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:  Thomas P. Liddy
     Joseph J. Branco
     Joseph E. La Rue
     Karen Hartman-Tellez
     Deputy County Attorneys
*Attorneys for Maricopa County Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Dana N. Troy*