Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   Thomas P. Liddy (019384)
      Joseph J. Branco (031474)
      Joseph E. LaRue (031348)
      Karen J. Hartman-Tellez (021121)
      Deputy County Attorneys
      MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | **MARICOPA COUNTY DEFENDANTS' MOTION FOR JUDICIAL NOTICE RE: EXHIBITS 1 – 17 SUBMITTED IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| vs. | |
| Kathleen Hobbs, et al., | |
| Defendants. | |
| | (Honorable John J. Tuchi) |

Pursuant to Rule 201, Fed. R. Evid., Defendants Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo in their official capacities as members of the Maricopa County Board of Supervisors ("the County") move that this Court take judicial notice and consider the public records attached as Exhibits 1 – 17 to the County's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 27), filed concurrently herewith. As explained below, Exhibits 1 – 17 are all judicially noticeable pursuant to Rule 201, Fed. R. Evid.

Exhibits 1 – 13 and 16 – 17 are government documents, most of which are available to the public on government websites. The Court may take judicial notice of all of them. *Tampa Elec. Co. v. Nashville Coal Co.*, 365 U.S. 320, 332 n.10 (1961) (taking judicial notice of government published documents that were not hosted on a government website); *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of government documents); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice of government published documents hosted on a government website).

Exhibit 14 contains excerpts of Session Laws of the State of Arizona. This Court may take judicial notice of them. *Judith Basin Land Co. v. Fergus Cnty., Mont.*, 50 F.2d 792, 794 (9th Cir. 1931).

Exhibit 15 contains the voting history of Plaintiff Kari Lake and Plaintiff Mark Finchem. It was obtained in response to public records requests that Deputy County Attorney Joseph E. La Rue made to the Maricopa County Recorder and Pima County Recorder, asking for the Plaintiffs' voting histories as they are kept in the official voter registration databases of the respective counties. Because the documents in Exhibit 15 are government records, the Court may take judicial notice of them. *DeHoog*, 899 F.3d at 763 n.5.

For ease of reference, an index of Exhibits 1 – 17 is attached as Attachment A. The Exhibits are Exhibit 1-17 to Attachment A.

**CONCLUSION**

For the foregoing reasons, the Court should grant the County's Motion for Judicial Notice and it should take judicial notice and consider Exhibits 1 – 17 for purposes of the County's Motion to Dismiss Plaintiffs' First Amended Complaint.

RESPECTFULLY SUBMITTED this 7th day of June, 2022.

THE BURGESS LAW GROUP

BY: */s/ Emily Craiger*
    Emily Craiger

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY:  Thomas P. Liddy
      Joseph J. Branco
      Joseph E. La Rue
      Karen Hartman-Tellez
      Deputy County Attorneys

*Attorneys for Maricopa County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ Dana N. Troy*