1  **LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
2  **CIVIL DIVISION**
3  Daniel Jurkowitz, SBN 018428
Deputy County Attorney
4  32 North Stone Avenue, Suite 2100
5  Tucson, Arizona 85701
Telephone: 520-724-5700
6  Daniel.Jurkowitz@pcao.pima.gov
7  *Attorney for the Pima County Board of Supervisors*

8  **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
9

10  Kari Lake and Mark Finchem,                    No. 2:22-cv-00677-JJT

11          Plaintiffs,                            **PIMA COUNTY BOARD OF**
**SUPERVISORS' JOINDER IN**
12                                                 **MOTION TO DISMISS**
v.
13
14  Katie Hobbs, et al.,                           Assigned to:
Honorable John Tuchi
15          Defendants,

16

17          The Pima County Board of Supervisors, Sharon Bronson, Steve Christy,

18  Adelita Grijalva, Matt Heinz, and Rex Scott, hereby join in the Maricopa County

19  Defendants' Motion to Dismiss at Dkt. 27 as well as the motions and certificate at

20  Dkts. 28, 29 and 30.

21          RESPECTFULLY SUBMITTED June 8, 2022.

22                                      LAURA CONOVER,
PIMA COUNTY ATTORNEY
23
24                              By: /s/ Daniel Jurkowitz
Daniel Jurkowitz,
25                                  Deputy County Attorney

26

1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2002, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record.

/s/ Daniel Jurkowitz_____

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION