UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake; Mark Finchem,<br><br>Plaintiffs,<br>v.<br><br>Kathleen Hobbs, as Arizona Secretary of State; Bill Gates; Clint Hickman; Jack Sellers; Thomas Galvin; and Steve Gallardo, in their capacity as members of the Maricopa County Board of Supervisors; Rex Scott; Matt Heinz; Sharon Bronson; Steve Christy; Adelita Grijalva, in their capacity as members of the Pima County Board of Supervisors,<br><br>Defendants. | No. 2:22-cv-00677-JJT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FIL EXCESS PAGES** |

On considering Plaintiff Kari Lake and Mark Finchem's Motion for Leave to File Excess Pages (ECF #___) and the entire record herein, the Court ORDERS that Plaintiffs' Motion is hereby GRANTED. Plaintiffs are authorized to file a Motion and Memorandum no longer than 35 pages.

SO ORDERED.