# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake; Mark Finchem,<br><br>          Plaintiffs,<br>   v.<br><br>Kathleen Hobbs, as Arizona Secretary of State; Bill Gates; Clint Hickman; Jack Sellers; Thomas Galvin; and Steve Gallardo, in their capacity as members of the Maricopa County Board of Supervisors; Rex Scott; Matt Heinz; Sharon Bronson; Steve Christy; Adelita Grijalva, in their capacity as members of the Pima County Board of Supervisors,<br><br>          Defendants. | No. 2:22-cv-00677-JJT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

On considering Plaintiff Kari Lake and Mark Finchem's Motion for Preliminary Injunction and supporting papers (ECF #___), Defendants' opposition thereto and supporting papers, Plaintiffs' Reply in support thereof, arguments of counsel and the entire record herein, the Court ORDERS that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED. Defendants are enjoined from using computerized equipment to administer the collection, storage, counting, and tabulation of votes in any election during the pendency of this action.

     SO ORDERED.