1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

8

**IN AND FOR THE DISTRICT OF ARIZONA**

9

10

11          Kari Lake and Mark Finchem,

12                              Plaintiffs,

13                    v.

14          Kathleen Hobbs, as Arizona Secretary of
            State; Bill Gates, Clint Hickman, Jack
15          Sellers, Thomas Galvin, and Steve Gallardo,
            in their capacity as members of the Maricopa
16          County Board of Supervisors; Rex Scott,
            Matt Heinz, Sharon Bronson, Steve Christy,
17          Adelita Grijalva, in their capacity as
            members of the Pima County Board of
18          Supervisors,

19                              Defendants.

20

Case No. 2:22-cv-00677-JJT

**Order Granting Arizona Republican Party's Motion for Leave to File Brief Amicus Curiae**

21          Upon the proposed Amicus' Motion, the Arizona Republican Party's request is

22   granted, and the proposed Amicus Brief shall be filed by the Clerk.

23

24   Dated: _____              _____

25                                                        U.S. District Court Judge

26

27

28