Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Sambo (Bo) Dul (030313)
**STATES UNITED DEMOCRACY CENTER**
8205 South Priest Drive, #10312
Tempe, Arizona 85284
T:  (480) 253-9651
bo@statesuniteddemocracy.org

Christine Bass *
**STATES UNITED DEMOCRACY CENTER**
3749 Buchanan Street, Unit 475165
San Francisco, California 94147-3103
T:  (309) 242-8511
christinebass@statesuniteddemocracy.org
* *Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | **ARIZONA SECRETARY OF STATE'S RESPONSE TO ARIZONA REPUBLICAN PARTY'S BRIEF AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |

1093826.1

Arizona Secretary of State Katie Hobbs ("Secretary") responds briefly to the Arizona Republican Party's amicus curiae brief [Doc. 53], which does nothing to save Plaintiffs' tardy and meritless claims.

The Secretary wishes only to provide the Court with information rebutting the Arizona Republican Party's claim [Doc. 53 at 6] that she "refused to comply with her statutory duty to propound a lawful Elections Procedures Manual," which it says is evidence that "Maricopa and Pima County's electronic voting systems will be devoid of even some of the protections that they enjoyed in 2020." Just last week, Yavapai County Superior Court Judge John Napper rejected these claims, holding that: (1) the Secretary in fact fulfilled her statutory duty and did not abuse her discretion in providing the Attorney General with a draft 2021 Election Procedures Manual ("EPM"), and (2) the 2019 EPM, the last EPM approved by the Attorney General and the Governor, "currently remains" in effect and continues to provide guidance to elections officials. [*See* **Exhibit 1** (6/17/2022 Under Advisement Ruling and Order Re: Special Action and Summary Judgment)] The Arizona Republican Party's claims about the Secretary are thus both irrelevant and incorrect.

Respectfully submitted this 21st day of June, 2022.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
      Roopali H. Desai
      D. Andrew Gaona
      Kristen Yost

**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul
Christine Bass *

*Admitted Pro Hac Vice*

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

1