**LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
**CIVIL DIVISION**
Daniel Jurkowitz, SBN 018428
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Daniel.Jurkowitz@pcao.pima.gov
*Attorney for the Pima County Board of Supervisors*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | **PIMA COUNTY BOARD OF SUPERVISORS' JOINDER IN RESPONSES TO MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Katie Hobbs, et al., | Assigned to: |
| Defendants, | Honorable John Tuchi |

The Pima County Board of Supervisors, Sharon Bronson, Steve Christy, Adelita Grijalva, Matt Heinz, and Rex Scott, hereby join in the Maricopa County Defendants' Response at Dkt. 57 as well as the Secretary of State's Response at Dkt. 59.

RESPECTFULLY SUBMITTED June 22, 2022.

LAURA CONOVER,
PIMA COUNTY ATTORNEY

By: /s/ Daniel Jurkowitz
Daniel Jurkowitz,
Deputy County Attorney

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAURA CONOVER
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2002, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record.

/s/ Daniel Jurkowitz_____