# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*, | No. CV-22-00677-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, *et al.*, | |
| Defendants. | |

**IT IS ORDERED** setting an in-person hearing in this matter on Thursday, July 21, 2022, at 9:00 AM (Arizona time) in Courtroom 505, 401 W. Washington Street, Phoenix, AZ  85003 before Judge John J. Tuchi. The Court shall hear the parties' arguments on Defendant Maricopa County's Motion to Dismiss (Doc. 27) and Defendant Secretary Hobbs's Motion to Dismiss (Doc. 45) and shall hear the parties' presentations on Plaintiffs' Motion for Preliminary Injunction (Doc. 50). As there is substantial overlap in the motions, the Court will entertain consolidated presentations from the parties. Plaintiffs will have no more than two hours to present all argument and, as pertains to their application for injunctive relief, evidence. Defendants shall have no more than three hours collectively to present their argument and evidence.

Dated this 11th day of July, 2022.

Honorable John J. Tuchi
United States District Judge