◷ AO 435 — Administrative Office of the United States Courts
AZ Form (Rev. 10/2018)

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
|  |  |  |

| 4. FIRM NAME |
|---|
|  |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
|  |  |  |  |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
|  |  | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
|  | 14. | 15. STATE |

16. ORDER FOR
  APPEAL         CRIMINAL              CRIMINAL JUSTICE ACT       BANKRUPTCY
  NON-APPEAL     CIVIL                 IN FORMA PAUPERIS          OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE |  | TESTIMONY (Specify) |  |
| OPENING STATEMENT (Plaintiff) |  |  |  |
| OPENING STATEMENT (Defendant) |  |  |  |
| CLOSING ARGUMENT (Plaintiff) |  | PRE-TRIAL PROCEEDING |  |
| CLOSING ARGUMENT (Defendant) |  |  |  |
| OPINION OF COURT |  |  |  |
| JURY INSTRUCTIONS |  | OTHER (Specify) |  |
| SENTENCING |  |  |  |
| BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS |  |  |  | PAPER COPY |  |
| 14 DAYS |  |  |  |  |  |
| 7 DAYS (expedited) |  |  |  | PDF (e-mail) |  |
| 3 DAYS |  |  |  |  |  |
| DAILY |  |  |  | ASCII (e-mail) |  |
| HOURLY |  |  |  |  |  |
| REALTIME |  |  |  | E-MAIL ADDRESS |  |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE

20. DATE

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
|  |  |  |

| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
|  |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

**DISTRIBUTION:**      COURT COPY      TRANSCRIPTION COPY      ORDER RECEIPT      ORDER COPY