IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, *et al.*, <br><br> Defendants. | No. CV-22-00677-PHX-JJT <br><br> **ORDER** |

At issue is the Motion for Telephonic Appearance (Doc. 69) filed by counsel for Pima County Defendants. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion for Telephonic Appearance (Doc. 69).

**IT IS FURTHER ORDERED** that Daniel S. Jurkowitz, counsel for Defendants Rex Scott, Mat Heinz, Sharon Bronson, Steve Christy, and Adelita Grijalva, all members of the Pima County Board of Supervisors, may appear telephonically at the hearing on July 21, 2022 at 9:00 AM. Chambers will e-mail call-in information to Mr. Jurkowitz prior to the hearing.

Dated this 18th day of July, 2022.

Honorable John J. Tuchi
United States District Judge