Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100


RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By:   Thomas P. Liddy (019384)
      Joseph J. Branco (031474)
      Joseph E. LaRue (031348)
      Karen J. Hartman-Tellez (021121)
      Deputy County Attorneys
      MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyt@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for the Defendant
Maricopa County Board of Supervisors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>Plaintiffs,<br><br>vs.<br><br>Kathleen Hobbs, et al.,<br><br>Defendants. | No. 2:22-cv-00677-JJT<br><br>**MARICOPA COUNTY DEFENDANTS' JOINDER IN MOTION TO STRIKE/MOTION IN LIMINE**<br><br>(Honorable John J. Tuchi) |

Defendants Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo in their official capacities as members of the Maricopa County Board of Supervisors ("the County") hereby join in the Arizona Secretary of State's Motion to Strike Declarations of John Mills, Ben Cotton, Walter Daugherity, Douglas Logan, and Shawn Smith and Motion in Limine to Exclude Their Testimony at Preliminary Injunction Hearing at Dkt. 74.

RESPECTFULLY SUBMITTED this 20th day of July, 2022.

        THE BURGESS LAW GROUP

        BY: */s/ Emily Craiger*
             Emily Craiger

        RACHEL H. MITCHELL
        MARICOPA COUNTY ATTORNEY

        BY: Thomas P. Liddy
            Joseph J. Branco
            Joseph E. La Rue
            Karen J. Hartman-Tellez
            Deputy County Attorneys

        *Attorneys for the Defendant*
        *Maricopa County Board of Supervisors*

### CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically transmitted the foregoing document to the following:

Alan M Dershowitz
Harvard Law School
1575 Massachusetts Ave.
Cambridge, MA 02138
dersh@law.harvard.edu
alandersh@gmail.com

1

| | |
|---|---|
| 1 | Andrew D Parker |
| | Jesse Hersch Kibort |
| 2 | Parker Daniels Kibort LLC |
| | 123 N 3rd St., Ste. 888 |
| 3 | Minneapolis, MN 55401 |
| | parker@parkerdk.com |
| 4 | kibort@parkerdk.com |
| 5 | Kurt B Olsen |
| | Olsen Law PC |
| 6 | 1250 Connecticut Ave. NW, Ste. 200 |
| | Washington, DC 20036 |
| 7 | ko@olsenlawpc.com |
| 8 | Christine Bass |
| | States United Democracy Center - Los Angeles, CA |
| 9 | 506 S Spring St., Ste. 13308 |
| | Los Angeles, CA 90013 |
| 10 | christinebass@statesuniteddemocracy.org |
| 11 | David Andrew Gaona |
| | Kristen Michelle Yost |
| 12 | Roopali H Desai |
| | Coppersmith Brockelman PLC |
| 13 | 2800 N Central Ave., Ste. 1900 |
| | Phoenix, AZ 85004 |
| 14 | Agaona@cblawyers.com |
| | kyost@cblawyers.com |
| 15 | rdesai@cblawyers.com |
| 16 | Sambo Dul |
| | States United Democracy Center |
| 17 | 8205 South Priest Dr., Ste. #10312 |
| | Tempe, AZ 85284 |
| 18 | bo@statesuniteddemocracy.org |
| 19 | Daniel S Jurkowitz |
| | Pima County Attorneys Office |
| 20 | 32 N Stone Ave., Ste. 2100 |
| | Tucson, AZ 85701 |
| 21 | Daniel.Jurkowitz@pcao.pima.gov |
| 22 | Michael Kielsky |
| | Davillier Law Group LLC |
| 23 | 4105 N 20th St., Ste. 110 |
| | Phoenix, AZ 85016 |
| 24 | MK@USazLaw.com |
| 25 | /s/ Dana N. Troy |

2