Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Sambo (Bo) Dul (030313)
**STATES UNITED DEMOCRACY CENTER**
8205 South Priest Drive, #10312
Tempe, Arizona 85284
T:  (480) 253-9651
bo@statesuniteddemocracy.org

Christine Bass *
**STATES UNITED DEMOCRACY CENTER**
3749 Buchanan Street, Unit 475165
San Francisco, California 94147-3103
T:  (309) 242-8511
christinebass@statesuniteddemocracy.org

* *Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-00677-JJT<br><br>**ARIZONA SECRETARY OF STATE'S EMERGENCY MOTION FOR BRIEF CONTINUANCE OF PRELIMINARY INJUNCTION HEARING** |

1100789.2

Defendant Arizona Secretary of State Katie Hobbs ("Secretary") moves for emergency relief in the form of a brief continuance of the preliminary injunction hearing until later in the day on July 21 (or until July 22) to allow her expert (and only) witness, Ryan Macias, to participate in and testify in person due to extenuating circumstances that are preventing him from appearing in person at the scheduled time of the hearing.

By way of background, on July 20, Mr. Macias departed early from the biannual conference of the National Association of State Election Directors in Madison, Wisconsin to attend the July 21 preliminary injunction hearing in person. Mr. Macias was scheduled to fly through Dallas and arrive in Phoenix the night before the hearing. Unfortunately, the Secretary just learned that Mr. Macias' flight was diverted to another city and, as a result, he missed his connecting flight to Phoenix. He is attempting to secure a seat on the next available flight, but he will not arrive at the courthouse by the time the hearing begins.

Mr. Macias is a key witness for the Secretary and will rebut the testimony of Plaintiffs' so-called "experts" if the Court allows them to testify at all. [*See* Doc. 74 (moving to exclude those witnesses' expert testimony)] As a result of these extraordinary circumstances, the Secretary moves for a brief continuance of the hearing until later in the day on July 21, or until July 22, so that Mr. Macias may appear in person.[1]

Respectfully submitted this 20th day of July, 2022.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
  Roopali H. Desai
  D. Andrew Gaona
  Kristen Yost

---

[1] If the Court denies this request, the Secretary requests that Mr. Macias be granted leave to participate in the hearing and testify telephonically, assuming he is not mid-flight.

**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul
Christine Bass *

*\* Pro Hac Vice*
*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*