# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kari Lake and Mark Finchem, | ) | No. 2:22-cv-00677-JJT |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | ) | |
| Defendants. | ) | |

The Court has considered Defendant Secretary of State Katie Hobbs' Emergency Motion for Brief Continuance of Preliminary Injunction Hearing (Doc. ___).

Good cause appearing, the Court GRANTS the Motion. The preliminary injunction hearing on July 21, 2022 will now begin at ___:___ AM/PM instead of 9:00 AM.

1100788.1