1 Roopali H. Desai (024295)
  D. Andrew Gaona (028414)
2 Kristen Yost (034052)
  **COPPERSMITH BROCKELMAN PLC**
3 2800 North Central Avenue, Suite 1900
  Phoenix, Arizona 85004
4 T: (602) 381-5478
  rdesai@cblawyers.com
5 agaona@cblawyers.com
  kyost@cblawyers.com
6

7 Sambo (Bo) Dul (030313)
  **STATES UNITED DEMOCRACY CENTER**
8 8205 South Priest Drive, #10312
  Tempe, Arizona 85284
9 T: (480) 253-9651
  bo@statesuniteddemocracy.org
10

11 Christine Bass *
  **STATES UNITED DEMOCRACY CENTER**
12 3749 Buchanan Street, Unit 475165
  San Francisco, California 94147-3103
13 T: (309) 242-8511
  christinebass@statesuniteddemocracy.org
14 * *Admitted Pro Hac Vice*

15 *Attorneys for Defendant*
   *Arizona Secretary of State Katie Hobbs*
16

17              **UNITED STATES DISTRICT COURT**

18                    **DISTRICT OF ARIZONA**

19 Kari Lake and Mark Finchem,                )  No. 2:22-cv-00677-JJT
                                              )
20                Plaintiffs,                 )
                                              )  **NOTICE REGARDING EMERGENCY**
21    v.                                      )  **MOTION FOR BRIEF CONTINUANCE**
                                              )  **OF PRELIMINARY INJUNCTION**
22 Katie Hobbs, in her official capacity as Arizona)  **HEARING**
   Secretary of State, et al.,                )
23                                            )
                  Defendants.                 )
24                                            )
                                              )
25                                            )
                                              )
26                                            )

1100793.1

1       Defendant Katie Hobbs, in her official capacity as Arizona Secretary of State ("Secretary"), provides the following notice and update regarding her Emergency Motion for Continuance of Evidentiary Hearing (Doc. 76), filed last night.

      The Secretary understands that Mr. Macias secured a seat on a flight to Phoenix that is scheduled to arrive at 8:51 A.M., and that his flight left Dallas on time. As a result, the Secretary respectfully requests that the Court re-set today's preliminary injunction hearing to begin at 11:00 AM to give Mr. Macias sufficient time to retrieve his luggage and get to the courthouse.

      Respectfully submitted this 21st day of July, 2022.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
      Roopali H. Desai
      D. Andrew Gaona
      Kristen Yost

**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul
Christine Bass *

*\* Pro Hac Vice*
*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*