IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - TEMPORARY RESTRAINING ORDER HEARING

Phoenix Division

CV-22-00677-PHX-JJT        DATE: 7/21/2022
Year   Case No   Initials

Title: Kari Lake, et al.   vs.   Katie Hobbs, et al.
          Plaintiff(s)              Defendant(s)

---

HON: JOHN J. TUCHI

Deputy Clerk: Julie Martinez          Court Reporter: Elaine Cropper

Andrew Parker, Joe Pull and Jesse Kibort       David Gaona, Kristen Yost, Emily Craiger, Karen
with Jill Thorvig (Legal Assistant)            Hartman-Tellez, Joseph LaRue, Thomas Liddy and
Attorney(s) for Plaintiff(s)                   Brian Urban and Daniel Jurkowitz (telephonic)
                                               Attorney(s) for Defendant(s)

---

**PROCEEDINGS:**   **X** Open Court   ___ Chambers   ___ Other

9:06 a.m. Court convenes. Discussion held re: Arizona Secretary of State's Emergency Motion for Brief Continuance of Preliminary Injunction Hearing (Doc. [76]) and Arizona Secretary of State's Motion to Strike Declarations of John Mills, Ben Cotton, Walter Daugherity, Douglas Logan and Shawn Smith and Motion in Limine to Exclude Their Testimony at Preliminary Injunction Hearing (Doc. [74]). **IT IS ORDERED** granting in part Arizona Secretary of State's Emergency Motion for Brief Continuance of Preliminary Injunction Hearing (Doc. [76]). **IT IS FURTHER ORDERED** taking under advisement Arizona Secretary of State's Motion to Strike Declarations of John Mills, Ben Cotton, Walter Daugherity, Douglas Logan and Shawn Smith and Motion in Limine to Exclude Their Testimony at Preliminary Injunction Hearing (Doc. [74]). Discussion held re: schedule. 9:13 a.m. Court is in Recess.

9:42 a.m. Court reconvenes. Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited. Discussion held re: schedule. This is the time set for Motion Hearing re: Defendant Maricopa County's Motion to Dismiss (Doc. [27]), Defendant Secretary Hobbs's Motion to Dismiss (Doc. [45]) and Plaintiffs' Motion for Preliminary Injunction (Doc. [50]). **Plaintiffs' case:** Opening statement. Benjamin Cotton is sworn and examined. Witness is excused. Douglas Logan is sworn and examined. 11:03 a.m. Court is in recess.

CV-22-00677-PHX-JJT
7/21/2022
Page 2

11:18 a.m. Court reconvenes. Examination of Douglas Logan continues. Witness is excused. John Mills is sworn and examined. Witness is excused. Discussion held re: schedule. 12:22 p.m. Court is in recess.

1:23 p.m. Court reconvenes. Clay Parikh is sworn and examined. Witness is excused. **Defendants' case:** Opening statements waived. Ryan Macias is sworn and examined. Witness is excused. 2:43 p.m. Court is in recess.

3:02 p.m. Court reconvenes. Scott Jarrett is sworn and examined. Witness is excused. 4:01 p.m. Court is in recess.

4:09 p.m. Court reconvenes. Discussion held. **IT IS ORDERED** that Plaintiffs' response to Defendants' Arizona Secretary of State's Motion to Strike Declarations of John Mills, Ben Cotton, Walter Daugherity, Douglas Logan and Shawn Smith and Motion in Limine to Exclude Their Testimony at Preliminary Injunction Hearing (Doc. [74]) is due by no later than 7/28/2022. **IT IS FURTHER ORDERED** that Mr. LaRue shall file a 2-page brief by no later than 7/22/2022, re: Mr. Cotton's testimony on the hardware used in Arizona to run the Democracy Suite. For reasons as stated on the record, **IT IS FURTHER ORDERED** taking this matter under advisement.

5:29 p.m. Court adjourned.

Time in court: 6 hrs. 11 mins.
Start: 9:06 AM
End: 5:29 PM