UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JUL 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

__X__ Motion Hearing  _____ Non-Jury Trial  _____ Jury Trial

Case Number CV-22-00677-PHX-JJT   Date: 7/21/2022

Kari Lake, et al.   vs.   Katie Hobbs, et al.

__X__ Plaintiff/Petitioner  _____ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Benjamin R. Cotton | 7/21/22 | 7/21/22 |
| Douglas Logan | 7/21/22 | 7/21/22 |
| John R. Mills | 7/21/22 | 7/21/22 |
| Walter C. Daugherity | | |
| Shawn A. Smith | | |
| Clay Parikh | 7/21/22 | 7/21/22 |
| Defendants' Identified Witnesses | | |