UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

__X__ Motion Hearing  ____ Non-Jury Trial  ____ Jury Trial

Case Number CV-22-00677-PHX-JJT   Date: 7/21/2022

Kari Lake, et al.   vs.   Katie Hobbs, et al.

_____ Plaintiff/Petitioner   __X__ Defendants/Respondents (Katie Hobbs, Maricopa County Defendants)

| NAME | SWORN | APPEARED |
|---|---|---|
| Constance Hargrove (By Declaration) | | |
| Lisa Marra (By Declaration) | | |
| Rayleen Richards (By Declaration) | | |
| Ryan Macias | 7/21/22 | 7/21/22 |
| Scott Jarrett | 7/21/22 | 7/21/22 |
| | | |
| | | |
| | | |
| | | |

FILED ✓  LODGED ____
RECEIVED ____  COPY ____
JUL 2 1 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY