RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: Thomas P. Liddy (019384)
Joseph J. Branco (031474)
Joseph E. LaRue (031348)
Karen J. Hartman-Tellez (021121)
Deputy County Attorneys
MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
liddyt@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>Plaintiffs,<br><br>vs.<br><br>Kathleen Hobbs, et al.,<br><br>Defendants. | No. 2:22-cv-00677-JJT<br><br>**MARICOPA COUNTY DEFENDANTS' NOTICE OF ERRATA**<br><br>(Honorable John J. Tuchi) |

During the July 21, 2022 hearing, counsel for the Maricopa County Defendants stated that certain data, which Mr. Cotton suggested had been deleted from the Election Management System, was in fact archived and stored *in the Treasurer's vault*. After conferring with our client after the hearing concluded, we learned that we were mistaken. The archived data is not stored in the Treasurer's vault with the ballots from prior elections, A.R.S. § 16-624, but in two other locations. The first is an undisclosed off-site secure storage facility. The second is the Maricopa County Tabulation and Election Center (MCTEC).

Counsel for the Maricopa County Defendants regret this error and notice it to the Court's and all Parties' attention.

RESPECTFULLY SUBMITTED this 22nd day of July, 2022.

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: */s/Joseph E. La Rue*
Thomas P. Liddy
Joseph J. Branco
Joseph E. La Rue
Karen Hartman-Tellez
Deputy County Attorneys

THE BURGESS LAW GROUP
Emily Craiger

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

/s/ *J. Christiansen*