**PARKER DANIELS KIBORT**
Andrew Parker (028314)
Jesse H. Kibort (MN Bar No. 0328595)*
Joseph A. Pull (MN Bar No. 0386968)*
888 Colwell Building
123 Third Street North
Minneapolis, Minnesota 55401
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
Telephone: (612) 355-4100
Facsimile: (612) 355-4101

**OLSEN LAW, P.C.**
Kurt Olsen (D.C. Bar No. 445279)*
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
Telephone: (202) 408-7025
ko@olsenlawpc.com

Alan M. Dershowitz (MA Bar No. 121200)*
1575 Massachusetts Avenue
Cambridge, MA 02138
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake; Mark Finchem,<br><br>Plaintiffs,<br><br>v.<br><br>Kathleen Hobbs, as Arizona Secretary of State; Bill Gates; Clint Hickman; Jack Sellers; Thomas Galvin; and Steve Gallardo, in their capacity as members of the Maricopa County Board of Supervisors; Rex Scott; Matt Heinz; Sharon Bronson; Steve Christy; Adelita Grijalva, in their capacity as members of the Pima County Board of Supervisors,<br><br>Defendants. | No. 22-cv-00677-JJT<br>(Honorable John J. Tuchi)<br><br>**PLAINTIFFS' EXPEDITED REQUEST FOR PERMISSION TO FILE DECLARATION IN RESPONSE TO MARICOPA COUNTY JULY 22, 2022 FILING** |

Plaintiffs Kari Lake and Mark Finchem (collectively, "Plaintiffs") hereby request permission to file a sworn declaration of Ben Cotton in direct response to Defendant Maricopa County's filing of July 22, 2022. Plaintiffs also request permission to include the State Senate subpoena and request for information for the Court's review and inclusion in the Record. Plaintiffs believe the subpoena and request on their face show that the information Defendants claimed at the hearing was never requested from the County was in fact requested.

If this request is granted, Plaintiffs will only need 1 day to make the submission and will limit its declaration to 2 pages and the subpoena and request.

DATED: July 25, 2022               **PARKER DANIELS KIBORT LLC**

By /s/ Joseph A. Pull
   Andrew D. Parker (AZ Bar No. 028314)
   Jesse H. Kibort (MN Bar No. 328595)*
   Joseph A. Pull (MN Bar No. 0386968)*
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   kibort@parkerdk.com
   pull@parkerdk.com

**OLSEN LAW, P.C.**
By /s/ Kurt Olsen
   Kurt Olsen (D.C. Bar No. 445279)*
   1250 Connecticut Ave., NW, Suite 700
   Washington, DC 20036
   Telephone: (202) 408-7025
   ko@olsenlawpc.com

By /s/ Alan M. Dershowitz
   Alan M. Dershowitz (MA Bar No. 121200)*
   1575 Massachusetts Avenue
   Cambridge, MA 02138
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

                                                                  */s/ Andrew D. Parker*