IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*, | No. CV-22-00677-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, *et al.*, | |
| Defendants. | |

At issue is Plaintiffs' Expedited Request for Permission to File Declaration in Response to Maricopa County['s] July 22, 2022 Filing (Doc. 85). The Court will grant the request and also give Defendants an opportunity to respond.

**IT IS HEREBY ORDERED** granting Plaintiffs' Expedited Request for Permission to File Declaration in Response to Maricopa County['s] July 22, 2022 Filing (Doc. 85).

**IT IS FURTHER ORDERED** Plaintiffs may file the declaration of Ben Cotton in response to Maricopa County's July 22, 2022 filing. They may also include the State Senate subpoena and request for information for the Court's review. Said declaration shall not exceed two pages, excluding the two reference attachments and shall be filed no later than 5:00 PM on July 26, 2022.

**IT IS FURTHER ORDERED** that Defendants have until 5:00 PM on July 28, 2022, to file their own declarations or other responsive material, limited to two pages per Defendant, excluding attachments.

Dated this 25th day of July, 2022.

Honorable John J. Tuchi
United States District Judge