**PARKER DANIELS KIBORT**
Andrew Parker (028314)
Jesse H. Kibort (MN Bar No. 0328595)*
Joseph A. Pull (MN Bar No. 0386968)*
888 Colwell Building
123 Third Street North
Minneapolis, Minnesota 55401
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
Telephone: (612) 355-4100
Facsimile: (612) 355-4101

**OLSEN LAW, P.C.**
Kurt Olsen (D.C. Bar No. 445279)*
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
Telephone: (202) 408-7025
ko@olsenlawpc.com

Alan M. Dershowitz (MA Bar No. 121200)*
1575 Massachusetts Avenue
Cambridge, MA 02138
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake; Mark Finchem, | No. 22-cv-00677-JJT |
| | (Honorable John J. Tuchi) |
| Plaintiffs, | |
| v. | |
| Kathleen Hobbs, as Arizona Secretary of State; Bill Gates; Clint Hickman; Jack Sellers; Thomas Galvin; and Steve Gallardo, in their capacity as members of the Maricopa County Board of Supervisors; Rex Scott; Matt Heinz; Sharon Bronson; Steve Christy; Adelita Grijalva, in their capacity as members of the Pima County Board of Supervisors, | **Second Declaration of Benjamin R. Cotton** |
| Defendants. | |

0

I, Benjamin R. Cotton, hereby declare under the penalty of perjury, and state the following in response to Maricopa County's filing, Dkt. No. 82 ("Maricopa Notice"):

1. I examined the election computer system used by Maricopa County during the November 2020 general election. In my testimony in this matter, I stated that there were wireless 802.11 modems present in the Maricopa system that could be used to connect to unauthorized networks. Those modems are a component of the integrated Network Interface Card which is soldered into the motherboards of the Election Management System (EMS) client workstations and the ballot adjudication workstations, each of which were networked to the central EMS computer server that reported the final vote tallies. My testimony about the 802.11 wireless modems at the July 21 hearing was <u>not</u> describing Maricopa's voter registration computers, but rather the EMS connected computers. I have not seen nor heard any report or statement from a technical computer expert or cybersecurity expert that disputes the presence of these modems on the EMS client workstations and ballot adjudication workstations which, according to the Dell setup manual for the Dell 3431 computers at issue here, are enabled by default.

2. I saw, during my examination of the Maricopa County Democracy Suite 5.5-B equipment, that the EMS server and all connected Dell workstations had open ports that would permit USB devices, including USB based WIFI modems, access through them to the EMS server and other election systems components connected to the EMS server. Paragraph 2 of the Maricopa Notice narrowly limits its statements about the ports to the Democracy Suite "tabulators." The Maricopa Notice does not dispute the presence of open ports on the EMS <u>server and connected workstations</u>. I have photographs of the open ports on the EMS server and connected workstations. The Maricopa Notice's narrow limitation of its statements to the "tabulators" follows the same approach at the hearing used by Scott Jarrett in his testimony concerning the changing of passwords, which was limited to the password protection procedures on the Maricopa <u>tabulators</u>. Mr. Jarrett's testimony did not dispute that the <u>administrator</u> password on the Maricopa <u>EMS server</u> or the computers that connected to the EMS server had never been changed. This

is a very important distinction. The administrator password on the EMS server gives a user access to change any other password on the EMS server and change configurations on any of the connected workstations. My examination of the system showed the EMS passwords were weak, were the same password for all accounts and never been changed. I have not seen any report or statement from a technical computer or cybersecurity expert, which Mr. Jarrett is not, that disputes that the user and underlined administrator passwords on the Maricopa underlined EMS server and all connected computers had never been changed.

3. Regarding the second hard drive on one of the Maricopa Adjudication Computers: Maricopa County's previous reports from the Pro V&V and SLI audits of the EMS system did not mention a second hard drive in any of the units. Here the County acknowledges that the second drive existed. The presence of a second hard drive was an improper configuration that should have invalidated any certification of the system. The second drive further shows that Maricopa County's cybersecurity practices for managing the hardware on its Democracy Suite system are inadequate to prevent the appearance of unauthorized or uncertified hardware that presents a security risk. It is egregious that the County allowed the hard drive to improperly remain in the adjudication server. The Maricopa Notice says that the second drive created no risk of internet connectivity, but this assertion does not change the fact that Internet connectivity in the adjudication and EMS client systems could have in fact been established through the wireless modems present on the motherboards of those units or on USB devices if not properly disabled and monitored. Even if the county later stopped using the unit with the second hard drive, that does not eliminate the fact that it was used in the November 2020 general election.

4. At the hearing, Mr. Jarrett testified that Maricopa County did not provide Windows logs and daily ballot image backups from the 2020 election, because such materials were not requested. The attached subpoena (Ex. V) and request for information (Ex. W) show that this is again incorrect. These items were demanded from Maricopa County in connection with my review of the Maricopa Democracy Suite system. These attachments are true and correct copies of the respective subpoena and request for information.

1

2

3    26 July 2022
    Date

    Benjamin R. Cotton

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28