# Exhibit 2

KAREN FANN
SENATE PRESIDENT
FIFTY-FIFTH LEGISLATURE
1700 WEST WASHINGTON, SENATE
PHOENIX, ARIZONA 85007-2844
PHONE: (602) 926-5874
TOLL FREE: 1-800-352-8404
kfann@azleg.gov
DISTRICT 1

COMMITTEES:
Rules, Chairman



# Arizona State Senate

September 17, 2021

The Honorable Mark Brnovich
Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004

Re:   Settlement Concerning Investigative Report No. 21-002

Dear Attorney General Brnovich:

Please be advised that the Arizona Senate and the Maricopa County Board of Supervisors (the "County") have settled the claims and issues arising out of Investigative Report No. 21-002. The settlement agreement, a copy of which is enclosed, requires the County to make available to the Senate data and information demanded by the legislative subpoena issued on July 26, 2021, pursuant to Ariz. Rev. Stat. § 41-1151, *et seq.*, and Article IV, Part 2 of the Arizona constitution.

Accordingly, the settlement agreement places the County in compliance with applicable state law, including the subpoena, and additional action by your office is not warranted at this time.

We thank you for your office's time and attention to this matter.

Respectfully,

*Senator Karen Fann*

Karen Fann, President
Arizona State Senate