**PARKER DANIELS KIBORT**
Andrew Parker (028314)
Jesse H. Kibort (MN Bar No. 0328595)*
Joseph A. Pull (MN Bar No. 0386968)*
888 Colwell Building
123 Third Street North
Minneapolis, Minnesota 55401
parker@parkerdk.com
kibort@parkerdk.com
pull@parkerdk.com
Telephone: (612) 355-4100
Facsimile: (612) 355-4101

**OLSEN LAW, P.C.**
Kurt Olsen (D.C. Bar No. 445279)*
1250 Connecticut Ave., NW, Suite 700
Washington, DC 20036
Telephone: (202) 408-7025
ko@olsenlawpc.com

Alan M. Dershowitz (MA Bar No. 121200)*
1575 Massachusetts Avenue
Cambridge, MA 02138
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake; Mark Finchem,<br><br>Plaintiffs,<br><br>v.<br><br>Kathleen Hobbs, as Arizona Secretary of State; Bill Gates; Clint Hickman; Jack Sellers; Thomas Galvin; and Steve Gallardo, in their capacity as members of the Maricopa County Board of Supervisors; Rex Scott; Matt Heinz; Sharon Bronson; Steve Christy; Adelita Grijalva, in their capacity as members of the Pima County Board of Supervisors,<br><br>Defendants. | No. 22-cv-00677-JJT<br>(Honorable John J. Tuchi)<br><br>**PLAINTIFFS' EXPEDITED REQUEST FOR PERMISSION TO SUPPLEMENT RECORD IN LIGHT OF RECENTLY OBTAINED INFORMATION** |

Plaintiffs Kari Lake and Mark Finchem hereby request permission to file a sworn declaration of Ms. Shelby Busch, with supporting exhibits, to supplement the record of the hearing in this matter held on July 21, 2022.  Plaintiffs have just learned (post the July 21 hearing), that Ms. Busch possesses recorded video from Maricopa County cameras monitoring the Election Management System (EMS) server computer room. Ms. Busch also obtained through public records requests copies of Maricopa County's logs showing access to the server room.  Plaintiffs understand that the records reflect who has badge access and who does not.   Plaintiffs also understand that the video and data obtained shows several different individuals without badge access to the server room nonetheless gaining access to the room through various means including being allowed access to the room by persons with a badge.  The information also shows unauthorized individuals being in the server room alone which violates security protocol. Plaintiffs understand that the information not only shows access to the room but also actual access to the EMS system by unauthorized personnel. This evidence directly relates to the testimony of Scott Jarrett concerning the security of the EMS server room and security regarding the EMS system itself.

Plaintiffs request permission to file a declaration from Ms. Busch together with exhibits consisting of the video footage, access logs, and other related data.  If this request is granted, Plaintiffs will only need 1-2 days to make the submission.

DATED: August 2, 2022	**PARKER DANIELS KIBORT LLC**

By */s/ Joseph A. Pull*
Andrew D. Parker (AZ Bar No. 028314)
Jesse H. Kibort (MN Bar No. 328595)*
Joseph A. Pull (MN Bar No. 0386968)*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

1

kibort@parkerdk.com
pull@parkerdk.com

**OLSEN LAW, P.C.**
By */s/ Kurt Olsen*
   Kurt Olsen (D.C. Bar No. 445279)*
   1250 Connecticut Ave., NW, Suite 700
   Washington, DC 20036
   Telephone: (202) 408-7025
   ko@olsenlawpc.com

By */s/ Alan M. Dershowitz*
   Alan M. Dershowitz (MA Bar No. 121200)*
   1575 Massachusetts Avenue
   Cambridge, MA 02138
* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

                                                    */s/ Andrew D. Parker*