# EXHIBIT 1



Mark Brnovich
Attorney General

OFFICE OF THE ATTORNEY GENERAL
STATE OF ARIZONA

August 1, 2022

The Honorable Karen Fann
Arizona State Senate
1700 West Washington, Room 205
Phoenix, Arizona 85007

RE:     Status of Deceased Voter Allegations - November 3, 2020 General Election

Dear President Fann:

On April 6, 2022, I forwarded my first report responding to complaints received by our office from the Arizona State Senate and numerous other concerned individuals alleging election failures and potential misconduct that may have occurred in 2020. We concluded that the 2020 election in Maricopa County revealed certain vulnerabilities that should be addressed. As noted in the report, the work of the Attorney General's Election Integrity Unit (EIU) remains ongoing.

This letter serves as notice that we have now concluded our criminal investigation related to deceased voter allegations. Specifically, we received numerous complaints regarding allegations of dead voters during the 2020 elections, including those presented to us by you on September 24, 2021, following the completion of the Cyber Ninjas' audit. This specific complaint alleged that 282 individuals who were deceased prior to October 5, 2020, voted in the November 3, 2020 general election. After spending hundreds of hours reviewing these allegations, our investigators were able to determine that only one of the 282 individuals on the list was deceased at the time of the election. All other persons listed as deceased were found to be current voters.

Our agents investigated all individuals that Cyber Ninjas reported as dead, and many were very surprised to learn they were allegedly deceased. In addition, we received dead voter reports from other sources that were also reviewed. Three reports were submitted to the EIU that combined alleged 409 dead voters. One additional report, making no distinction between dead voters and dead registrants, included 5,943 registrations. Once again, these claims were thoroughly investigated and resulted in only a handful of potential cases. Some were so absurd the names and birthdates didn't even match the deceased, and others included dates of death after the election. While our office has successfully prosecuted other instances of dead voters, these cases were ultimately determined to be isolated instances.

We supported the Arizona Senate's ability to conduct an audit of Maricopa County's elections and understand the importance of reviewing the results. However, allegations of widespread deceased voters from the Senate Audit and other complaints received by the EIU are insufficient and not corroborated.

Respectfully yours,

Mark Brnovich
Attorney General

2005 NORTH CENTRAL AVENUE, PHOENIX, ARIZONA 85004 • PHONE 602.542.4266 • FAX 602.542.4085 • WWW.AZAG.GOV