RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: Thomas P. Liddy (019384)
    Joseph J. Branco (031474)
    Joseph E. LaRue (031348)
    Karen J. Hartman-Tellez (021121)
    Deputy County Attorneys
    MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyt@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

*Attorneys for the Defendant
Maricopa County Board of Supervisors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>Plaintiffs,<br><br>vs.<br><br>Kathleen Hobbs, et al.,<br><br>Defendants. | No. 2:22-cv-00677-JJT<br><br>**MARICOPA COUNTY DEFENDANTS' RESPONSE OPPOSING PLAINTIFFS' EXPEDITED REQUEST TO SUPPLEMENT THE RECORD [DOC. 93]**<br><br>(Honorable John J. Tuchi) |

Plaintiffs have filed a request to supplement the record with "a declaration from Ms. Busch together with exhibits consisting of the video footage, access logs, and other related data." [Doc. 93, Plaintiffs' Expedited Request to Supplement the Record.] The Maricopa County Defendants **oppose** Plaintiffs' request.

First, this Court has already held the evidentiary hearing in this matter. New witness testimony is therefore improper.

Second, the Maricopa County Defendants should have the right to cross-examine Ms. Busch if her testimony is going to be considered by this Court. Because the hearing has already happened, there will be no opportunity for the Maricopa County Defendants to do so. Thus, the veracity of Ms. Busch's declaration-statements will remain untested.

Notably, there is significant difference between the Notice of Supplemental Authority the Maricopa County Defendants filed jointly with the Secretary of State [Doc. 94], and Plaintiffs' proposed filing. The Notice of Supplemental Authority alerted this Court to an official letter sent by the Arizona Attorney General to Senate President Fann, alerting her to his official findings concerning whether ballots were fraudulently cast in the names of deceased voters. That letter is an official government record, of which this Court can take judicial notice. Unlike Plaintiffs' proposed declaration, it is not witness testimony, nor does it seek to offer exhibits after the evidentiary hearing.

For the foregoing reasons, the Maricopa County Defendants ask this Court to deny Plaintiffs' Expedited Request to Supplement the Record.

//
//
//
//
//
//
//
//

RESPECTFULLY SUBMITTED this 2nd day of August, 2022.

                        RACHEL H. MITCHELL
                        MARICOPA COUNTY ATTORNEY

BY:  */s/ Karen Hartman-Tellez*
        Thomas P. Liddy
        Joseph J. Branco
        Joseph E. La Rue
        Karen Hartman-Tellez
        Deputy County Attorneys

THE BURGESS LAW GROUP
        Emily Craiger

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/ V. Sisneros*