Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Sambo (Bo) Dul (030313)
**STATES UNITED DEMOCRACY CENTER**
8205 South Priest Drive, #10312
Tempe, Arizona 85284
T: (480) 253-9651
bo@statesuniteddemocracy.org

Christine Bass *
**STATES UNITED DEMOCRACY CENTER**
506 S. Spring Street, Suite #13308
Los Angeles, California 90013
T: (309) 242-8511
christinebass@statesuniteddemocracy.org

* *Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>               Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>               Defendants. | No. 2:22-cv-00677-JJT<br><br>**ARIZONA SECRETARY OF STATE'S JOINDER IN MARICOPA COUNTY DEFENDANTS' RESPONSE OPPOSING PLAINTIFFS' EXPEDITED REQUEST TO SUPPLEMENT THE RECORD** |

1103910.1

1  Defendant Katie Hobbs, in her official capacity as Arizona Secretary of State, hereby
2  joins in the Maricopa County Defendants' Response Opposing Plaintiffs' Expedited Request to
3  Supplement the Record (Doc. 95).

4  Respectfully submitted this 3rd day of August, 2022.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
 Roopali H. Desai
 D. Andrew Gaona
 Kristen Yost

**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul
Christine Bass *

*Pro Hac Vice*
*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*