EXHIBIT "1"


**The Burgess Law Group**
3131 E. Camelback Road, Suite 224
Phoenix, AZ  85016

Emily Craiger
602-806-2104
Emily@theburgesslawgroup.com

May 20, 2022

**Sent Via Email and Regular Mail**

Andrew D. Parker, Esq.  
Parker Daniels Kibort  
888 Colwell Building  
123 Third Street North  
Minneapolis, Minnesota 55401  
Parker@parkerdk.com

Kurt Olsen, Esq.  
Olsen Law, P.C.  
1250 Connecticut Ave., NW Suite 700  
Washington, DC 20036  
ko@olsenlawpc.com

Alan Dershowitz  
1575 Massachusetts Avenue  
Cambridge, MA 02138  
alandersh@gmail.com

      RE:    *Lake, et al. v. Hobbs., et al, 22-cv-00677-DMF*
                12(b)(6) Motion to Dismiss Meet and Confer & Rule 11 Notice

Dear Messrs. Parker, Olsen and Dershowitz,

This firm represents the members of the Maricopa County Board of Supervisors, in their official capacities, (the "County") with respect to the above-referenced lawsuit.  Pursuant to the court's May 12, 2022, Order, this letter serves as notice of the County's intention to file a 12(b)(6) motion to dismiss.  In addition, this letter provides notice that you and your law firms are in violation of Rule 11(b)(2) & (3), Fed. R. Civ. P. As detailed below, this case is frivolous. It is devoid of any factual or legal bases and the court is precluded from granting the relief requested. Although we are willing to discuss this matter with you, because of the nature and magnitude of the Amended Complaint's defects, it is our position that they cannot be cured by amendment. As such, the County requests your clients voluntarily dismiss this suit immediately. Absent immediate dismissal, in addition to filing a motion to dismiss, our client will seek Rule 11 sanctions, including attorneys' fees and costs.

The Amended Complaint seeks an injunction requiring two things prior to the November 8, 2022, midterm general election: (1) votes to be "cast by hand on verifiable paper ballots that maintains (sic) voter anonymity" and (2) that votes "be counted by human beings, not by machines" with "transparency" and "observable by the public". (Am. Cmplt ¶7).  With respect to your clients' request for an injunction requiring paper ballots or as stated in Paragraph 153, "an election conducted by paper ballots, as an alternative to the current framework," it is difficult for one to

May 20, 2022
Page 2

imagine a larger waste of judicial resources and taxpayer money or a more egregious violation of Rule 11(b).

All votes tabulated in Maricopa County and every other County in Arizona are cast on paper ballots - Arizona has always used paper ballots. *See*, A.R.S. § 16-462 (primary election ballots "shall be printed"); A.R.S. § 16-468(2) ("Ballots shall be printed in plain clear type in black ink, and for a general election, on clear white materials"); A.R.S. § 16-502 (general election ballots "shall be printed with black ink on white paper")[1]. It is inconceivable that your clients are not aware of this fact because both have voted on paper ballots for nearly 20 years. *See* Ex. A, Finchem and Lake voting history, respectively. In fact, both Mr. Finchem and Ms. Lake have received a paper ballot in the mail and voted early by mail in numerous elections since 2004. *Id*. Moreover, Mr. Finchem has been elected to office by voters using paper ballots that were tabulated by machines four times since 2014. Whether you failed to speak to your clients before filing this action or failed to do the minimum reasonable inquiry required, the point remains the same – your inclusion of this request for injunctive relief violates Rule 11 and we intend to seek sanctions if you do not withdraw it immediately.

Plaintiffs' remaining request for injunctive relief fares no better. The law is well-settled, Federal courts will not enjoin a state's election laws in the period close to an election. *Purcell* v. *Gonzalez*, 549 U. S. 1 (2006) (*per curiam*). Indeed, "the *Purcell* principle—reflects a bedrock tenet of election law: When an election is close at hand, the rules of the road must be clear and settled. Late judicial tinkering with election laws can lead to disruption and to unanticipated and unfair consequences for candidates, political parties, and voters, among others." *Merrill v. Milligan,* 595 U.S. ___, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring).

With fewer than six months before the general election and fewer than three months before the August primary, your clients seek an injunction completely replacing the entire ballot tabulation process authorized by Arizona law since at least 1979. *See* Laws 1979, ch. 209 (34th Leg., 1st Reg. Sess.). An injunction forcing the County to count all the ballots by hand in the midterm election would disrupt the County's ability to conduct the election properly and consistent with federal and state law. Moreover, the County has already released its election plan on which the citizens of Maricopa County rely for voting and related information. https://recorder.maricopa.gov/site/pdf/FINAL%20-%202022%20Elections%20Plan.pdf. And, among other things, it already has leased and contracted for polling location space, ballots are being printed, poll workers are being hired and trained and costs have been budgeted. Under these circumstances, the *Purcell* principle precludes the court from granting the requested injunctive relief.

Further, the allegation that, "[t]he recent hand count in Maricopa County, the second largest voting jurisdiction in the United States, offers Defendant Hobbs a proof-of-concept and a superior alternative to relying on corruptible electronic voting systems," is demonstrably false. (Am.Cmplt.

---

[1] The only exception to the paper ballot requirement in Arizona is the exception made for voters who are blind or visually impaired. A.R.S. § 16-442.01. Those voters may use accessible voting devices. A.R.S. § 16-442.01. Notwithstanding, Arizona law requires that every accessible voting device must produce a paper ballot or voter verifiable paper audit trail. Elections Procedures Manual (2019) at 80.

May 20, 2022
Page 3

¶ 155). The Cyber Ninjas counted only two contests (of more than 60 on each ballot)[2], it took them more than three months[3], it cost millions of dollars[4], they claim that they went bankrupt as a result[5], and the hand count results were so problematic, the Arizona Senate was forced to purchase paper-counting machines in an attempt to reconcile the hand counts' botched numbers[6]. The Cyber Ninjas' bungled hand count demonstrates exactly why the court cannot, at any time, but especially six months before the midterm general election, grant your clients' request to preclude machine counting of ballots in Maricopa County.

Because the relief you request is neither necessary (Maricopa County uses paper ballots) nor legally possible (the midterm general election is too close), there is no good faith basis for your clients to continue pursuing their requests for injunctive relief. For these reasons alone, they must dismiss this case.

Even if the requested relief were needed or possible, Plaintiffs' underlying legal claims fail as a matter of law. The constitutional claims are barred by Section 1983's two-year statute of limitations and the doctrine of laches[7]. As addressed above, for more than 40 years the Arizona legislature has authorized the use of machines to count Arizonan's paper ballots. In addition, it is clear that your clients' alleged distrust of the machine counting process began many years ago, although they've never mentioned it before. Page after page of the Amended Complaint alleges it has been widely known for nearly 20 years that machine counting of ballots is allegedly unreliable and prone to hacking and manipulation. Specifically, Paragraph 73 alleges, "credible allegations of electronic machine 'glitches' that materially impacted races began to emerge in 2002". The County disputes these unfounded assertions regarding the unreliability of machine counting and that the Amended Complaint contains a single plausible factual allegation that supports the existence of these vulnerabilities[8] in Maricopa County. Nevertheless, the fact remains that your

---

[2] Cyber Ninjas' Report, Vol. III (September 24, 2021) at 2-3, *available at* https://www.azsenaterepublicans.com/cyber-ninjas-report.

[3] Cyber Ninjas' Report, Vol. II (September 24, 2021) at 4, *available at* https://www.azsenaterepublicans.com/cyber-ninjas-report.

[4] Jerod MacDonald-Evoy, "'Audit' records show Cyber Ninjas went deep into debt, despite pro-Trump donations," *AZMirror* (May 11, 2022), *available at* https://www.azmirror.com/blog/audit-records-show-cyber-ninjas-went-deep-into-debt-despite-pro-trump-donations/.

[5] Erin Brady, "Cyber Ninjas to File for Bankruptcy, CEO Plans to Start New Firm with Same Employees," *Newsweek* (January 7, 2022), *available at* https://www.newsweek.com/cyber-ninjas-file-bankruptcy-ceo-plans-start-new-firm-same-employees-1667113.

[6] *See* Randy Pullen Report (August 13, 2021), *available at* https://www.azsenaterepublicans.com/pullen-report (explaining that the Arizona Senate acquired tabulation machines to count the paper ballots in an attempt to 'check' the results of the hand-count performed by Cyber Ninjas).

[7] "In the context of election matters, the laches doctrine seeks to prevent dilatory conduct and will bar a claim if a party's unreasonable delay prejudices the opposing party or the administration of justice." *Arizona Libertarian Party v. Reagan*, 189 F. Supp. 3d 920, 922–23 (D. Ariz. 2016).

[8] Indeed, the Special Master hired by the Arizona Senate and Maricopa County confirmed that Maricopa County uses an air-gapped system that "provides the necessary isolation from the public Internet, and in fact is in a self-contained environment" with "no wired or wireless connections in or out of the Ballot Tabulation Center" so that "the election network and election devices cannot connect to the public Internet." John Shadegg, Answers to Senate Questions Regarding Maricopa County Election Network: Arizona 2020

May 20, 2022
Page 4

clients unreasonably delayed bringing these claims for years and this delay clearly prejudices the County given the injunctive relief requested and the proximity to the general election, so the claims are time-barred.

Further, the constitutional claims and declaratory action fail because the relief requested would violate the Elections Clause of the U.S. Constitution. (U.S. Const., art I, 4). This clause gives state legislatures the authority to determine how congressional elections are to be administered, absent Congressional action. There is no federal regulation requiring votes be counted by hand. Arizona's legislature has, consistent with its Constitutional obligations and authority, legislated the manner in which votes are counted in Arizona - by electronic tabulation machines, followed by a 2% hand count audit. A.R.S. §§ 16-441 – 450 (providing the statutory framework and authorization for the use of tabulation machines for Arizona's elections); -602(B) (mandating the 2% hand count audit following every primary, special, or general election). Finally, there is no private right of action pursuant to A.R.S. § 11-251. It simply does not exist.

In violation of your Rule 11 obligations, the Amended Complaint is riddled with objectively-provable false and misleading misstatements of fact about substantive matters – most, if not all, are disproven by public documents of which the court may take judicial notice. In addition to those addressed above, and just by way of example, Paragraph 2 alleges that "untested and unverified electronic voting machines" are used in Maricopa County and Arizona. Not so. The tabulation machines used in Arizona elections were subjected to testing and verification prior to being certified for use, as required by federal and state law. A.R.S. § 16-442; 52 U.S.C. § 20971. Both the independent, bipartisan Election Assistance Commission and the Arizona Secretary of State's Equipment Certification Committee certified them. These machines are tested again, both before and after elections, to verify that they accurately read paper ballots. A.R.S. § 16-449 (pre-election logic and accuracy test); Elections Procedures Manual (109) at 235 (post-election logic and accuracy test). Further, the accuracy of the tabulation machines is verified via the required 2% hand-count audit conducted by representatives of the political parties after elections. A.R.S. § 16-602(B). The allegation that the tabulation machines used in Arizona elections are untested and unverified is patently false.

In summary, the Amended Complaint asks the Court to order Maricopa County and Arizona to allow people to vote by paper ballot when that is already the law in Arizona. It seeks an order requiring ballots to be counted according to the Plaintiffs' preferences, despite the fact that the United States Constitution authorizes the Arizona legislature to determine how Arizona ballots are counted. It also asks for injunctive relief that is barred by the well-established *Purcell* principle. As if that were not enough, it is premised on a statutory hook for which the statute of limitations has expired and it is barred by laches; and it seeks relief pursuant to a statute that provides no private right of action. Finally, the bulk of the allegations in the Amended Complaint are either demonstrably false or have nothing to do with the way elections are conducted in the State of Arizona. As such, the Amended Complaint fails as a matter of law. The County therefore requests that you discuss this with your clients, and further requests that your clients voluntarily dismiss this action immediately, but certainly no later than June 1, 2022 (the responsive pleading deadline

---

Presidential Election (March 23, 2022) at 8, 10-11, *available at*
https://www.maricopa.gov/DocumentCenter/View/74501/Final-Report-Answers-to-Senate-Questions

May 20, 2022
Page 5

in this matter). If they do not do so, we will file a motion to dismiss and the County will seek its attorney's fees pursuant to 42 U.S.C. § 1988, which provides that the court may award fees to "the prevailing party" in cases brought pursuant to Section 1983. Additionally, the County will seek sanctions, including attorney's fees, pursuant to Rule 11.

Because your clients are candidates for the party nomination in the August 2, 2022 elections for the offices of governor and secretary of state in Arizona, we assume they will carefully consider the facts and legal analysis provided and reconsider pursuing this matter. As indicated, feel free to contact me if you would like to discuss this further.

Sincerely,

Emily Craiger, Esq.
For the Firm

EXHIBIT "A"

| Report: | Production | | Maricopa County | | Page: | 1 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
### For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1383 | **House Number:** | 5225 | **Party:** | REP |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 0048 |
| **Election Date:** | 11/02/2021 | **Street Direction:** | N | **CPC:** | 6793 |
| **First Name:** | KARI | **Street Name:** | 31ST | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | PL | **School District:** | 038 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/22/2021 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85016 | **Provisional:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1377 | **House Number:** | 5225 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0048 |
| **Election Date:** | 11/03/2020 | **Street Direction:** | N | **CPC:** | 0048 |
| **First Name:** | KARI | **Street Name:** | 31ST | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | PL | **School District:** | 038 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | P |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85016 | **Provisional:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1376 | **House Number:** | 5225 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0048 |
| **Election Date:** | 08/04/2020 | **Street Direction:** | N | **CPC:** | 0048 |
| **First Name:** | KARI | **Street Name:** | 31ST | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | PL | **School District:** | 038 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 07/16/2020 |
| | | **City:** | PHOENIX | **Primary Ballot:** | REP |
| | | **Zip Code:** | 85016 | **Provisional:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1349 | **House Number:** | 5225 | **Party:** | REP |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 6581 |
| **Election Date:** | 11/05/2019 | **Street Direction:** | N | **CPC:** | 6581 |
| **First Name:** | KARI | **Street Name:** | 31ST | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | PL | **School District:** | 038 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/22/2019 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85016 | **Provisional:** | |

| Report: | Production | | Maricopa County | | Page: | 2 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
### For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1341 | **House Number:** | 5225 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0048 |
| **Election Date:** | 11/06/2018 | **Street Direction:** | N | **CPC:** | 0048 |
| **First Name:** | KARI | **Street Name:** | 31ST | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | PL | **School District:** | 038 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/25/2018 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85016 | **Provisional:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1339 | **House Number:** | 5225 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0048 |
| **Election Date:** | 08/28/2018 | **Street Direction:** | N | **CPC:** | 0048 |
| **First Name:** | KARI | **Street Name:** | 31ST | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | PL | **School District:** | 038 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 08/17/2018 |
| | | **City:** | PHOENIX | **Primary Ballot:** | REP |
| | | **Zip Code:** | 85016 | **Provisional:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1326 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 6462 |
| **Election Date:** | 11/07/2017 | **Street Direction:** | N | **CPC:** | 6462 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 014 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/20/2017 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 1301 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0379 |
| **Election Date:** | 11/08/2016 | **Street Direction:** | N | **CPC:** | 0379 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 014 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/28/2016 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| Report: | Production | | Maricopa County | | Page: | 3 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
### For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1300 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0379 |
| **Election Date:** | 08/30/2016 | **Street Direction:** | N | **CPC:** | 0379 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 014 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 08/24/2016 |
| | | **City:** | PHOENIX | **Primary Ballot:** | REP |
| | | **Zip Code:** | 85018 | **Provisional:** | |
| **Election Number:** | 1299 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 6389 |
| **Election Date:** | 05/17/2016 | **Street Direction:** | N | **CPC:** | 6389 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 014 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 04/29/2016 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |
| **Election Number:** | 1290 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | C | **House Number Suffix:** | | **Precinct:** | 7900 |
| **Election Date:** | 03/22/2016 | **Street Direction:** | N | **CPC:** | 7900 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 014 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 03/02/2016 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |
| **Election Number:** | 1280 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 6134 |
| **Election Date:** | 11/03/2015 | **Street Direction:** | N | **CPC:** | 6134 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 014 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/27/2015 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

Case 2:22-cv-00677-JJT   Document 97-1   Filed 08/10/22   Page 11 of 17

| Report: | Production | | Maricopa County | | Page: | 4 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
### For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1256 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0379 |
| **Election Date:** | 11/04/2014 | **Street Direction:** | N | **CPC:** | 0379 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/29/2014 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1255 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0379 |
| **Election Date:** | 08/26/2014 | **Street Direction:** | N | **CPC:** | 0379 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 08/11/2014 |
| | | **City:** | PHOENIX | **Primary Ballot:** | REP |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1246 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 5761 |
| **Election Date:** | 11/05/2013 | **Street Direction:** | N | **CPC:** | 5761 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/17/2013 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1221 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0379 |
| **Election Date:** | 11/06/2012 | **Street Direction:** | N | **CPC:** | 0379 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/23/2012 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| Report: | Production | | Maricopa County | | Page: | 5 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
## For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1220 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0379 |
| **Election Date:** | 08/28/2012 | **Street Direction:** | N | **CPC:** | 0379 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | 08/23/2012 |
| | | **City:** | PHOENIX | **Primary Ballot:** | REP |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1193 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 5061 |
| **Election Date:** | 11/08/2011 | **Street Direction:** | N | **CPC:** | 5061 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/21/2011 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1167 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0409 |
| **Election Date:** | 11/02/2010 | **Street Direction:** | N | **CPC:** | 0409 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/27/2010 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1166 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0409 |
| **Election Date:** | 08/24/2010 | **Street Direction:** | N | **CPC:** | 0409 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 08/19/2010 |
| | | **City:** | PHOENIX | **Primary Ballot:** | DEM |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| Report: | Production | | Maricopa County | | Page: | 6 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
### For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1163 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 6495 |
| **Election Date:** | 05/18/2010 | **Street Direction:** | N | **CPC:** | 6495 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 04/29/2010 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1154 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 5961 |
| **Election Date:** | 03/09/2010 | **Street Direction:** | N | **CPC:** | 5961 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 03/01/2010 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1139 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | J | **House Number Suffix:** | | **Precinct:** | 5671 |
| **Election Date:** | 11/03/2009 | **Street Direction:** | N | **CPC:** | 5671 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | S |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 1098 | **House Number:** | 6602 | **Party:** | DEM |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0409 |
| **Election Date:** | 11/04/2008 | **Street Direction:** | N | **CPC:** | 0409 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | LAKE | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 430-6278 | **Unit Number:** | | **Ballot Rcv from USPS:** | 10/22/2008 |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

## Voted File Report
## For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
| --- | --- | --- | --- | --- |
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Election Number: | 1097 | House Number: | 6602 | Party: | DEM |
| Election Type: | P | House Number Suffix: | | Precinct: | 0409 |
| Election Date: | 09/02/2008 | Street Direction: | N | CPC: | 0409 |
| First Name: | KARI | Street Name: | 36TH | City District: | P6 |
| Middle Name: | LAKE | Street Type: | ST | School District: | 314 |
| Last Name: | HALPERIN | Street Suffix: | | Early Voter Status: | R |
| Telephone: | (602) 430-6278 | Unit Number: | | Ballot Rcv from USPS: | 09/01/2008 |
| | | City: | PHOENIX | Primary Ballot: | DEM |
| | | Zip Code: | 85018 | Provisional: | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Election Number: | 1077 | House Number: | 6602 | Party: | DEM |
| Election Type: | C | House Number Suffix: | | Precinct: | 7368 |
| Election Date: | 02/05/2008 | Street Direction: | N | CPC: | 7368 |
| First Name: | KARI | Street Name: | 36TH | City District: | P6 |
| Middle Name: | LAKE | Street Type: | ST | School District: | 314 |
| Last Name: | HALPERIN | Street Suffix: | | Early Voter Status: | R |
| Telephone: | (602) 430-6278 | Unit Number: | | Ballot Rcv from USPS: | 01/25/2008 |
| | | City: | PHOENIX | Primary Ballot: | |
| | | Zip Code: | 85018 | Provisional: | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Election Number: | 1007 | House Number: | 6602 | Party: | REP |
| Election Type: | G | House Number Suffix: | | Precinct: | 0409 |
| Election Date: | 11/07/2006 | Street Direction: | N | CPC: | 0409 |
| First Name: | KARI | Street Name: | 36TH | City District: | P6 |
| Middle Name: | L | Street Type: | ST | School District: | 314 |
| Last Name: | HALPERIN | Street Suffix: | | Early Voter Status: | R |
| Telephone: | (602) 257-1234 | Unit Number: | | Ballot Rcv from USPS: | 11/01/2006 |
| | | City: | PHOENIX | Primary Ballot: | |
| | | Zip Code: | 85018 | Provisional: | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Election Number: | 892 | House Number: | 6602 | Party: | REP |
| Election Type: | G | House Number Suffix: | | Precinct: | 0409 |
| Election Date: | 11/02/2004 | Street Direction: | N | CPC: | 0409 |
| First Name: | KARI | Street Name: | 36TH | City District: | P6 |
| Middle Name: | L | Street Type: | ST | School District: | 314 |
| Last Name: | HALPERIN | Street Suffix: | | Early Voter Status: | R |
| Telephone: | (602) 257-1234 | Unit Number: | | Ballot Rcv from USPS: | |
| | | City: | PHOENIX | Primary Ballot: | |
| | | Zip Code: | 85018 | Provisional: | |

| Report: | Production | | Maricopa County | | Page: | 8 |
|---|---|---|---|---|---|---|
| Date: | 5/17/22 | | Recorder's Office Information Systems Center | | Time: | 3:39:51 PM |

## Voted File Report
## For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 891 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0409 |
| **Election Date:** | 09/07/2004 | **Street Direction:** | N | **CPC:** | 0409 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P6 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 779 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0409 |
| **Election Date:** | 11/05/2002 | **Street Direction:** | N | **CPC:** | 0409 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P3 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 769 | **House Number:** | 6602 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0409 |
| **Election Date:** | 09/10/2002 | **Street Direction:** | N | **CPC:** | 0409 |
| **First Name:** | KARI | **Street Name:** | 36TH | **City District:** | P3 |
| **Middle Name:** | L | **Street Type:** | ST | **School District:** | 314 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | R |
| **Telephone:** | (602) 257-1234 | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85018 | **Provisional:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Election Number:** | 669 | **House Number:** | 515 | **Party:** | REP |
| **Election Type:** | G | **House Number Suffix:** | | **Precinct:** | 0361 |
| **Election Date:** | 11/07/2000 | **Street Direction:** | W | **CPC:** | 0361 |
| **First Name:** | KARI | **Street Name:** | PALO VERDE | **City District:** | P4 |
| **Middle Name:** | L | **Street Type:** | DR | **School District:** | 438 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | P |
| **Telephone:** | | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85013 | **Provisional:** | |

Case 2:22-cv-00677-JJT   Document 97-1   Filed 08/10/22   Page 16 of 17

| Report: | Production | **Maricopa County** | Page: | 9 |
| Date: | 5/17/22 | **Recorder's Office Information Systems Center** | Time: | 3:39:51 PM |

## Voted File Report

### For Voter ID: 2002542

| Voter ID | Name | Address | Status | Date of Registration |
|---|---|---|---|---|
| 2002542 | LAKE, KARI ANN | 5225 N 31ST PL 85016 | A | 07/18/2000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Election Number:** | 666 | **House Number:** | 515 | **Party:** | REP |
| **Election Type:** | P | **House Number Suffix:** | | **Precinct:** | 0361 |
| **Election Date:** | 09/12/2000 | **Street Direction:** | W | **CPC:** | 0361 |
| **First Name:** | KARI | **Street Name:** | PALO VERDE | **City District:** | P4 |
| **Middle Name:** | L | **Street Type:** | DR | **School District:** | 438 |
| **Last Name:** | HALPERIN | **Street Suffix:** | | **Early Voter Status:** | P |
| **Telephone:** | | **Unit Number:** | | **Ballot Rcv from USPS:** | |
| | | **City:** | PHOENIX | **Primary Ballot:** | |
| | | **Zip Code:** | 85013 | **Provisional:** | |

# Voting History
## 1740143 - FINCHEM, MARK W

| #   | Election Name                              | Voted Early? |
|-----|--------------------------------------------|--------------|
| 126 | 2002 GENERAL ELECTION                      |              |
| 147 | 2004 PRIMARY ELECTION                      |              |
| 148 | 2004 GENERAL ELECTION                      | Yes          |
| 172 | 2006 GENERAL ELECTION                      | Yes          |
| 189 | 2007 CITY OF TUCSON GENERAL                |              |
| 193 | 2008 PRIMARY ELECTION                      | Yes          |
| 194 | 2008 GENERAL ELECTION                      | Yes          |
| 208 | NOVEMBER 2009 CONSOLIDATED ELECTIONS       | Yes          |
| 209 | 2010 ORO VALLEY PRIMARY ELECTION           | Yes          |
| 213 | 2010 SPECIAL STATE SALES TAX ELECTION      | Yes          |
| 214 | 2010 PRIMARY ELECTION                      | Yes          |
| 215 | 2010 GENERAL ELECTION                      | Yes          |
| 232 | 2012 PRESIDENTIAL PREFERENCE ELECTION      | Yes          |
| 233 | 2012 ORO VALLEY PRIMARY ELECTION           | Yes          |
| 234 | 2012 SPECIAL CONGRESSIONAL PRIMARY         | Yes          |
| 236 | 2012 SPECIAL CONGRESSIONAL GENERAL         | Yes          |
| 237 | 2012 PRIMARY ELECTION                      | Yes          |
| 238 | 2012 GENERAL ELECTION                      | Yes          |
| 252 | 2014 PRIMARY ELECTION                      | Yes          |
| 253 | 2014 GENERAL ELECTION                      | Yes          |
| 257 | 2015 PIMA COUNTY BOND ELECTION             | Yes          |
| 258 | 2016 PRESIDENTIAL PREFERENCE ELECTION      | Yes          |
| 259 | 2016 SCHOOL FUNDING ELECTION               | Yes          |
| 260 | 2016 PRIMARY ELECTION                      | Yes          |
| 261 | 2016 GENERAL ELECTION                      | Yes          |
| 265 | 2017 TOWN OF ORO VALLEY SPECIAL ELECTION   | Yes          |
| 269 | 2018 PRIMARY ELECTION                      | Yes          |
| 270 | 2018 GENERAL ELECTION                      | Yes          |
| 274 | 2019 CONSOLIDATED SCHOOL/FIRE ELECTION     | Yes          |
| 276 | 2020 PRIMARY ELECTION                      | Yes          |
| 277 | 2020 GENERAL ELECTION                      | Yes          |