EXHIBIT "2"

| **From:** | Emily Craiger |
|---|---|
| **To:** | Dana Troy; parker@parkerdk.com; ko@olsenlawpc.com; alandersh@gmail.com |
| **Cc:** | Joseph La Rue; Karen Hartman-Tellez; Thomas Liddy; Joseph Branco; Roopali Desai; Daniel.Jurkowitz@pcao.pima.gov; bo@statesuniteddemocracy.org |
| **Subject:** | RE: Lake, et al. v. Hobbs., et al. 22-cv-00677-DMF - Scheduling a Meet and Confer |
| **Date:** | Friday, May 27, 2022 9:07:00 AM |
| **Attachments:** | Lake v Hobbs Rule 11 MTD letter Maricopa County.pdf |
| | image001.png |

Counsel:

I received no response to the attached correspondence sent to you last Friday. Consistent with the Court's May 17, 2022, Order, we request a brief telephonic conference to discuss your position. Counsel for the other Defendants are copied. Please let us know times you are available next Tuesday, May 31, 2022, before 1:00 PM and I will circulate a dial-in for a call with all parties.

Regards, Emily Craiger

Emily Craiger
The Burgess Law Group
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Tel:  602.806.2104
Mobile:  602.318.0197
Email:  Emily@theburgesslawgroup.com
Web:  www.theburgesslawgroup.com



---

**From:** Dana Troy <Dana@theburgesslawgroup.com>
**Sent:** Friday, May 20, 2022 4:17 PM
**To:** parker@parkerdk.com; ko@olsenlawpc.com; alandersh@gmail.com
**Cc:** Emily Craiger <emily@theburgesslawgroup.com>
**Subject:** Lake, et al. v. Hobbs., et al. 22-cv-00677-DMF

Attached is Rule 11 Notice dated May 20, 2022 re the above referenced matter.  Please contact Emily Craiger with questions.  Thank you.

Dana N. Troy

Office Manager
The Burgess Law Group
3131 E. Camelback Rd., Suite 224
Phoenix, AZ 85016
Tel:  602.806.2100
Email:  Dana@theburgesslawgroup.com
Web:  www.theburgesslawgroup.com

