**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Kathleen Hobbs, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-00677-JJT<br><br>**PROPOSED ORDER GRANTING DEFENDANT MARICOPA COUNTY'S REQUEST FOR SANCTIONS PURSUANT TO RULE 11 AND 28 U.S.C. § 1927**<br><br>(Honorable John J. Tuchi) |

Defendants Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin and Steve Gallardo in their official capacities as members of the Maricopa County Board of Supervisors (the "County") filed a Motion for Sanctions pursuant to Rule 11 and 28 U.S.C. § 1927. The Court, having reviewed the Motion, and good cause appearing therefore, ORDERS:

The County's request for sanctions is GRANTED, and attorneys for the County shall submit a petition for attorneys' fees on or before _____ for fees incurred from the date of Plaintiffs filing of the Amended Complaint through entry of this Order.

Dated this ____ day of August, 2022.