1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

6

## FOR THE DISTRICT OF ARIZONA

7
8

Kari Lake, et al.,

NO. CV-22-00677-PHX-JJT

9

         Plaintiffs,

10

v.

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

11

Katie Hobbs, et al.,

12

         Defendants.

13
14

     **Decision by Court.**  This action came for consideration before the Court.  The

15

issues have been considered and a decision has been rendered.

16

     IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

17

August 26, 2022, this action is dismissed in its entirety.

18
19

                                  Debra D. Lucas

20

                                  District Court Executive/Clerk of Court

21

August 26, 2022

22

                                  s/ Wendy Poth
                   By   Deputy Clerk

23
24
25
26
27
28