UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-CV-00677-JJT   **PRELIMINARY INJUNCTION APPEAL**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 04/22/2022

Date of judgment or order you are appealing: 08/26/2022

Docket entry number of judgment or order you are appealing: 100, 101

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kari Lake
Mark Finchem

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Andrew D. Parker    **Date** 09/14/2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Kari Lake |
| Mark Finchem |

Name(s) of counsel (if any):
| |
|---|
| Andrew D. Parker |
| Kurt Olsen |

Address: 123 N. 3rd St., Ste. 888, Minneapolis, MN 55401

Telephone number(s): 612-355-4100    202-408-7025

Email(s): parker@parkerdk.com    ko@olsenlawpc.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Katie Hobbs, as Arizona Secretary of State |

Name(s) of counsel (if any):
| |
|---|
| David Gaona, Kristen Yost, Roopali Desai, Christine Bass, Sambo Dul |

Address: 2800 N. Central Ave., Ste. 1900, Phoenix, AZ 85004

Telephone number(s): 602-381-5481    309-242-8511

Email(s): Agaona@cblawyers.com, kyost@cblawyers.com, rdesai@cblawyers.com, christinebass@statesuniteddemocracy.org, bo@statesuniteddemocracy.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      1                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, Steve Gallardo,

Name(s) of counsel (if any):

Joseph Branco, Joseph LaRue, Karen Hartman-Tellez, Thomas Liddy, Emily Craiger

Address: Maricopa Cty. Attorney, 225 W Madison St., Phoenix, AZ 85003

Telephone number(s): 602-506-8541            602-806-2104

Email(s): brancoj@mcao.maricopa.gov, laruej@mcao.maricopa.gov, hartmank@mcao.maricopa.gov, liddyt@mcao.maricopa.gov, emily@theburgesslawgroup.com

Name(s) of party/parties:

Rex Scott, Matt Heinz, Sharon Bronson, Steve Christy, Adelita Grijalva

Name(s) of counsel (if any):

Daniel Jurkowitz

Address: Pima Cty. Attorney, 32 N. Stone Ave., Ste 2100, Tucson, AZ 85701

Telephone number(s): 520-740-5750

Email(s): Daniel.Jurkowitz@pcao.pima.gov

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Maricopa County Board of Supervisors

Name(s) of counsel (if any):

Joseph Branco, Joseph LaRue, Karen Hartman-Tellez, Thomas Liddy, Emily Craiger

Address: Maricopa Cty. Attorney, 225 W Madison St., Phoenix, AZ 85003

Telephone number(s): 602-506-8541          602-806-2104

Email(s): brancoj@mcao.maricopa.gov, laruej@mcao.maricopa.gov, hartmank@mcao.maricopa.gov, liddyt@mcao.maricopa.gov, emily@theburgesslawgroup.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           3                                  New 12/01/2018