EXHIBIT "1"

Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: Thomas P. Liddy (019384)
    Joseph J. Branco (031474)
    Joseph E. LaRue (031348)
    Karen J. Hartman-Tellez (021121)
    Deputy County Attorneys
    MCAO Firm No. 0003200

CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyt@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for the Defendant*
*Maricopa County Board of Supervisors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, | No. 2:22-cv-00677-JJT |
| Plaintiffs, | **STATEMENT OF CONSULTATION** |
| vs. | |
| Kathleen Hobbs, et al., | (Honorable John J. Tuchi) |
| Defendants. | |

Pursuant to District of Arizona Local Rule 54.2(D), undersigned counsel and co-counsel Joseph La Rue personally consulted by phone with counsel for Plaintiffs on December 13, 2022. Present on the call were Andrew Parker, Jesse Kibort and Alan Dershowitz. Mr. Parker stated he was representing Kurt Olsen and Joseph Pull on the call. The parties to the call discussed the consultation requirement and determined there were no issues that could be resolved. Ms. Craiger offered to provide a draft of the fee application and counsel for Plaintiffs stated they would review it. That draft was provided on December 14, 2022. *See* E-mail correspondence between party counsel attached as Exhibit "A".

RESPECTFULLY SUBMITTED this 15th day of December, 2022.

THE BURGESS LAW GROUP

BY: */s/ Emily Craiger*
    Emily Craiger

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

BY: Thomas P. Liddy
    Joseph J. Branco
    Joseph E. La Rue
    Karen J. Hartman-Tellez
    Deputy County Attorneys

*Attorneys for the Defendant
Maricopa County Board of Supervisors*

1

EXHIBIT "A"

| | |
|---|---|
| **From:** | Emily Craiger |
| **Sent:** | Wednesday, December 14, 2022 9:01 PM |
| **To:** | Andrew Parker; dersh@law.harvard.edu; Jesse Kibort; Joe Pull; ko@olsenlawpc.com |
| **Cc:** | Thomas Liddy (MCAO); Joseph LaRue (MCAO); Karen Hartman-Tellez (MCAO); Joseph Branco (MCAO) |
| **Subject:** | RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D) |
| **Attachments:** | Application for Attorneys' Fees - PDF - Lake v. Hobbs (00036558xFFBB0).PDF; Lake v. Hobbs - PDF - KHT Fees (00036556xFFBB0).PDF; Lake v. Hobbs - PDF - TPL Fees (00036552xFFBB0).PDF; Lake v. Hobbs - PDF - JLR Fees (00036554xFFBB0).PDF; Lake v. Hobbs - PDF - EMC Fees (00036550xFFBB0).PDF |
| **Follow Up Flag:** | Copied to Worldox (Client Documents\010222\000\00036559.MSG) |

As discussed on our phone call yesterday, attached is the Application for Attorneys' Fees and related fee statements that we intend to file tomorrow, although we are still making some minor, non-substantive edits. As I stated on the call, the County is requesting a little over $141,000 in fees. I billed at a rate of $400 per hour and my co-counsel from the County Attorneys' office billed at a rate of $300 per hour. If after reviewing you would like to have another discussion, please let us know.

Thank You, Emily

Emily Craiger
**The Burgess Law Group**
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Tel: 602.806.2104
Mobile: 602.318-0197
Email: Emily@theburgesslawgroup.com
Web: www.theburgesslawgroup.com



**From:** Andrew Parker <parker@parkerdk.com>
**Sent:** Tuesday, December 13, 2022 1:59 PM
**To:** Emily Craiger <emily@theburgesslawgroup.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

I will check but I do not see a calendar invite. In any event we have call in number. Thank you.

**PARKER | DANIELS | KIBORT**

ANDREW D. PARKER
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments without copying or disclosing them.

**From:** Emily Craiger <emily@theburgesslawgroup.com>
**Sent:** Tuesday, December 13, 2022 2:17 PM
**To:** Andrew Parker <parker@parkerdk.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

My assistant sent a calendar invitation that you should have received. If not, below is the information. Thanks, Emily

Call No. 602-742-0059   Passcode: 005814

**From:** Andrew Parker <parker@parkerdk.com>
**Sent:** Tuesday, December 13, 2022 1:14 PM
**To:** Emily Craiger <emily@theburgesslawgroup.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

Emily I may have missed it but did you send a dial in number?



**PARKER | DANIELS | KIBORT**

ANDREW D. PARKER
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments without copying or disclosing them.

**From:** Andrew Parker
**Sent:** Monday, December 12, 2022 3:31 PM
**To:** Emily Craiger <emily@theburgesslawgroup.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

2 pm tomorrow Phoenix time works.  I understand you will be sending a dial in number.



PARKER | DANIELS | KIBORT

ANDREW D. PARKER
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments without copying or disclosing them.

**From:** Emily Craiger <emily@theburgesslawgroup.com>
**Sent:** Monday, December 12, 2022 3:17 PM
**To:** Andrew Parker <parker@parkerdk.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

Thanks, Andrew.  We're available between noon and 3:00 pm Phoenix time tomorrow.  Is there a time that will work?

Emily


Emily Craiger
**The Burgess Law Group**
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Tel:  602.806.2104

Mobile: 602.318-0197
Email: Emily@theburgesslawgroup.com
Web: www.theburgesslawgroup.com



**From:** Andrew Parker <parker@parkerdk.com>
**Sent:** Monday, December 12, 2022 2:01 PM
**To:** Emily Craiger <emily@theburgesslawgroup.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

Alan Dershowitz is travelling and only had a narrow window today on short notice.  330 does not work for him.  Can you have the call tomorrow or Wednesday.  Pls send a couple of times that work and we will pick one.
Thank you.

PARKER | DANIELS | KIBORT

ANDREW D. PARKER
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments without copying or disclosing them.

**From:** Emily Craiger <emily@theburgesslawgroup.com>
**Sent:** Monday, December 12, 2022 2:53 PM
**To:** Andrew Parker <parker@parkerdk.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

Andrew,

We can do 3:30 pm central time.  Will that work for you? If so, I'll send a dial-in.

Thanks, Emily

**From:** Andrew Parker <parker@parkerdk.com>
**Sent:** Monday, December 12, 2022 1:26 PM
**To:** Emily Craiger <emily@theburgesslawgroup.com>; dersh@law.harvard.edu; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** RE: Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

Emily, Does 3 pm central time today work for your side?



PARKER | DANIELS | KIBORT

ANDREW D. PARKER
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments without copying or disclosing them.

**From:** Emily Craiger <emily@theburgesslawgroup.com>
**Sent:** Monday, December 12, 2022 1:07 PM
**To:** dersh@law.harvard.edu; Andrew Parker <parker@parkerdk.com>; Jesse Kibort <kibort@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; ko@olsenlawpc.com
**Cc:** Thomas Liddy (MCAO) <liddyt@mcao.maricopa.gov>; Joseph LaRue (MCAO) <laruej@mcao.maricopa.gov>; Karen Hartman-Tellez (MCAO) <hartmank@mcao.maricopa.gov>; Joseph Branco (MCAO) <brancoj@mcao.maricopa.gov>
**Subject:** Lake, et. al. v. Hobbs, et. al. - Consultation pursuant to Arizona Local Rule 54.2(D)

Dear Messrs. Dershowitz, Parker, Kibort, Pull and Olsen,

On December 1, 2022, the Court granted our client's Motion for Sanctions in the above-referenced matter. The Court's Order requires our client to file its application requesting fees within 14 days. Pursuant to LRCIV 54.2(D), the parties are required to personally consult in a good faith effort to resolve any disputed issues related to Defendants' application for fees prior to filing. Please let us know times you are available either this afternoon or tomorrow for this discussion.

Thank You, Emily Craiger


Emily Craiger
**The Burgess Law Group**

3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Tel:  602.806.2104
Mobile:  602.318-0197
Email:  Emily@theburgesslawgroup.com
Web:  www.theburgesslawgroup.com

