EXHIBIT "2"

225 WEST MADISON STREET, 6TH FLOOR
PHOENIX, AZ 85003
WWW.MARICOPACOUNTYATTORNEY.ORG

PH.  (602) 506-3411
FAX  (602) 506-8102



# Maricopa County Attorney
## Rachel H. Mitchell

May 13, 2022

<u>Via e-mail and US Mail</u>

Emily Craiger
The Burgess Law Group
3131 East Camelback Road, Suite 224
Phoenix, AZ 85016
Emily@theburgesslawgroup.com

Re:   **Kari Lake and Mark Finchem v. Kathleen Hobbs, et al., 22-cv-0677-DMF**
      **Retention of Firm to Associate as Counsel for Maricopa County, et al.**

Dear Ms. Craiger:

This letter formally retains you and the necessary and appropriate qualified members of your team to associate as counsel of record in the above referenced case in defending Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo in the capacity as members of the Maricopa County Board of Supervisors. You will be working directly with counsel from the Civil Division of the Maricopa County Attorney's Office in the defense of this matter. As such, it will be necessary for you to contact the lead attorneys in the Civil Division to coordinate any work that you and your firm will be handling. Specifically, your contacts will be Tom Liddy (liddyt@mcao.maricopa.gov), Joseph LaRue (laruej@mcao.maricopa.gov), and Joseph Branco (brancoj@mcao.maricopa.gov).

Your hourly rates for this matter will be billed as follows: you and other attorneys in your office, $400 per hour and paralegals/law clerks at $200 per hour. Because you and your firm are not on contract with Maricopa County, it will be necessary to prepare a separate Contract Impracticable setting forth these rates and outlining the basis for retaining you and your firm.

Tom Liddy, Civil Services Division Chief, will be monitoring this matter. Please send your monthly bills via e-mail to Tom at the e-mail address above for review and approval. If you have any questions, you can contact Tom at (602) 506-1738.

Sincerely,

*Rachel H. Mitchell*

Rachel H. Mitchell
Maricopa County Attorney

cc:   Thomas P. Liddy, Division Chief
      Joseph Vigil, Practice Group Leader