EXHIBIT "3"



3131 E. Camelback Road, Suite 224
Phoenix, AZ  85016
Phone: (602) 806-2100
Web:  theburgesslawgroup.com
EIN: 86-2345127

Attn:  Tom Liddy Maricopa
County
225 W Madison Street
Phoenix, AZ   85003

Emily Craiger
Statement Date:
Statement No. Account
No.

June 3, 2022
4378
10222.000

Page:  1

RE: Lake et. al v. Hobbs, et al.

Fees

| | | | | | |
|---|---|---|---|---|---|
| 05/12/2022 | EC | Phone conferences with J. La Rue and T. Liddy re Complaint and strategy; begin review of Complaint. | 400.00 | 0.50 | 200.00 |
| 05/13/2022 | EC | Review and respond to e-mail correspondence from J. LaRue re strategy. | 400.00 | 0.20 | 80.00 |
| | EC | Review e-mail correspondence from J. LaRue and L. Medaris re exec session schedule. | 400.00 | 0.20 | 80.00 |
| | EC | Review Kavanaugh election opinion and e-mail J. LaRue re same. | 400.00 | 0.40 | 160.00 |
| | EC | Review e-mail correspondence from J. LaRue re application of Purcell principle in an MTD; draft e-mail response re same. | 400.00 | 0.50 | 200.00 |
| 05/14/2022 | EC | Review e-mail from J. Branco re 12(b)(6) standard and response to same. | 400.00 | 0.20 | 80.00 |
| | EC | Continue review of Complaint; review and analysis of Curling v. Raffensberger Order on MTD and review docket re same; draft e-mail to J. LaRue re same. | 400.00 | 1.20 | 480.00 |
| 05/16/2022 | EC | Continue review of Complaint;  Review status of Iqbal/Twombley standard for MTD; phone conference with J. LaRue and T. Liddy re same. | 400.00 | 2.30 | 920.00 |
| | EC | Travel to/from and attend Exec Session re Lakes v. Hobbs; meeting with J. LaRue, T. Liddy and J. Branco re Rule 11 and MTD letter and other related strategy. | 400.00 | 3.20 | 1,280.00 |
| | EC | Review Judge Tuchi's page re special requirements related to MTD/Rule 11; review local rules re same. | 400.00 | 0.30 | 120.00 |
| 05/17/2022 | EC | E-mail with T. Liddy and J. LaRue re 12(b)(6) requirements re notice to opposing counsel and strategy re same. | 400.00 | 0.20 | 80.00 |
| | EC | E-mail J. LaRue and J. Branco re PRR for voting records. | 400.00 | 0.10 | 40.00 |
| | EC | Review e-mail from J. La Rue re Tuchi order on MTD, review order re same; e-mails with J. La Rue, T. Liddy and J. Branco re same. | 400.00 | 0.30 | 120.00 |
| | EC | Phone conference with J. Branco re SOL argument. | 400.00 | 0.50 | 200.00 |
| | EC | Review Complaint re Arizona specific allegations. | 400.00 | 1.20 | 480.00 |
| | EC | Telephone conference with J. LaRue re strategy. | 400.00 | 0.50 | 200.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/18/2022 | EC | Review Mahoney decision re Texas election equipment; review and respond to e-mail correspondence form J. LaRue, J. Branco and T. Liddy re Rule 11/MTD letter; research case law re reliance on public record in MTD; phone conference with J. Branco re Monell argument and use of public record re MTD; telephone conference with J. LaRue re MTD, factual record and draft letter re Rule 11/MTD; draft Rule 11/MTD letter; e-mail correspondence with Pima and Maricopa County re public records request. | 400.00 | 6.30 | 2,520.00 |
| 05/19/2022 | EC | Review revisions to Rule 11 letter; phone conference with J. La Rue re same; Phone conference with Pima County and SOS re strategy per JDA. | 400.00 | 1.80 | 720.00 |
| | EC | Review and analysis of  J. La Rue revisions to MTD/Rule 11 letter. | 400.00 | 0.40 | 160.00 |
| 05/20/2022 | EC | Telephone conferences with J. LaRue and T. Liddy re revisions to Rule 11/MTD letter; review Finchem and Lake voting history; revise and finalize Rule 11/MTD letter and e-mail correspondence with J. La Rue, T. Liddy and K. Hartman-Tellez re same. | 400.00 | 5.30 | 2,120.00 |
| 05/26/2022 | EC | Telephone conference with J. La Rue re dominion equipment. | 400.00 | 0.20 | 80.00 |
| | EC | GoTo meeting with Defendants counsel re status of MTDs and next steps. | 400.00 | 0.50 | 200.00 |
| | EC | Review sections of complaint for references in Iqbal/Twombley section of MTD. | 400.00 | 0.80 | 320.00 |
| | EC | E-mails with J. LaRue and K. Hartman-Tellez re *Notice of Appearance*. | 400.00 | 0.20 | 80.00 |
| 05/27/2022 | EC | Revise Iqbal section of MTD; e-mails with J. LaRue re draft MTD; GoTo conference with J. LaRue, T. Liddy and K. Hartman-Tellez re draft MTD. | 400.00 | 5.80 | 2,320.00 |
| | EC | E-mail with opposing counsel re meet and confer. | 400.00 | 0.20 | 80.00 |
| 05/28/2022 | EC | Revise Iqbal section of MTD; review draft MTD and related e-mails. | 400.00 | 1.80 | 720.00 |
| 05/29/2022 | EC | E-mail with J. LaRue re MTD taking judicial notice of certain facts and preparing certification re meet and confer. | 400.00 | 0.10 | 40.00 |
| 05/30/2022 | EC | Review motion to file oversized brief and e-mail J. LaRue re same. | 400.00 | 0.30 | 120.00 |
| | EC | Review MTD and prepare for meet and confer. | 400.00 | 0.40 | 160.00 |
| 05/31/2022 | EC | Draft certification re meet and confer; phone conferences with J. La Rue, T. Liddy, J. Branco re meet and confer; participate in meet and confer conference with counsel for all parties; draft finalize and file stipulation for extension of time re responsive pleading and proposed order re same and e-mail with counsel for all parties re same; review e-mail correspondence from SOS counsel and Plaintiff's counsel re meet and confer; phone conferences with J. La Rue, T. Liddy and J. Branco re revisions to Motion to Dismiss. | 400.00 | 5.80 | 2,320.00 |
| 06/01/2022 | EC | Review and approve Notice of Appearance. | 400.00 | 0.10 | 40.00 |
| | EC | Finalize and file Notice of Appearance. | 400.00 | 0.20 | 80.00 |
| 06/03/2022 | EC | E-mails re scheduling second meet and confer. | 400.00 | 0.20 | 80.00 |
| 06/06/2022 | EC | Prepare for and attend meet and confer re MTD; phone conference with T. Liddy and J. LaRue re same;  phone conference with T. Liddy re same; review and edit draft MTD. | 400.00 | 2.10 | 840.00 |

| Date | | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/07/2022 | | EC | Revise and finalize MTD; review exhibits; file MTD; phone conferences with J. LaRue and T. Liddy re same. | 400.00 | 2.80 | 1120.00 |
| 06/13/2022 | | EC | Meeting with J. La Rue and K. Hartman-Tellez re strategy responding to motion for PI; review e-mail from A. Kolodin re amicus. | 400.00 | 0.60 | 240.00 |
| 06/14/2022 | | EC | Continue review of declarations and exhibit to Motion for PI; review case law cited; schedule call per JDA. | 400.00 | 2.30 | 920.00 |
| 06/15/2022 | | EC | Continue review of PI Motion and exhibits; phone conference with J. La Rue and T. Liddy re strategy; research re PI standard, 2020 election cases review, and available remedies; e-mail J. La Rue re whether MTD needs to be refiled; review amicus brief and e-mails re same; review A. Dershowitz pro hac admission; phone conference with J. La Rue and T. Liddy re opposition to page limit extension and review draft of same; review order granting page limit extension; strategy call per JDA re response to PI; research re Rule 11. | 400.00 | 5.60 | 2240.00 |
| 06/16/2022 | | EC | Begin drafting response to  Motion for PI; continue reviewing Motion for PI exhibits re response. | 400.00 | 1.70 | 680.00 |
| 06/17/2022 | | EC | Continue draft of Response to MPI; e-mail correspondence with J. LaRue and T. Liddy re same;  phone conferences with J. La Rue and T. Liddy re same; e-mail correspondence re responding to Amicus brief; review EPM decision. | 400.00 | 11.80 | 4720.00 |
| 06/18/2022 | | EC | Review J. La Rue revision re response to MPI and revise same; e-mail correspondence re same. | 400.00 | 1.90 | 760.00 |
| 06/19/2022 | | EC | Review e-mail from S. Jarett re draft declaration. | 400.00 | 0.40 | 160.00 |
| 06/20/2022 | | EC | Review revisions to response to MPI; phone conferences with J. La Rue and T. Liddy re same; review draft motion for leave re amicus brief and draft e-mail re same. | | 2.30 | 920.00 |
| 06/21/2022 | | EC | Revise S. Jarett declaration. | 400.00 | 0.90 | 360.00 |
| | | EC | Revise Response to MPI, including adding S. Jarrett declaration citations. | 400.00 | 1.30 | 520.00 |
| | | EC | Initial review of response to County MTD and Motion for judicial notice. | 400.00 | 0.30 | 120.00 |
| 06/22/2022 | | EC | Finalize and file response to MPI; e-mails with J. LaRue and K. Hartman-Tellez re drafting strategy on reply ISO MTD; review plaintiffs response to SOS MTD; review SOS opposition to MPI. | 400.00 | 1.20 | 480.00 |
| 06/27/2022 | | EC | Review and analysis of Response to MTD; review case law cited in Response; draft Reply ISO of MTD. | 400.00 | 7.20 | 2880.00 |
| 06/28/2022 | | EC | Finalize and file Reply ISO MTD;  e-mail with J. LaRue, K. Hartman Tellez and J. Branco re same; phone conferences with J. LaRue re same. | 400.00 | 3.40 | 1360.00 |
| 06/29/2022 | | EC | Review SOS reply ISO of MTD;  Review Plaintiff's reply ISO of PI. | 400.00 | 0.40 | 160.00 |
| 07/01/2022 | | EC | Review Amicus brief and draft response to same. | 400.00 | 0.90 | 360.00 |
| 07/05/2022 | | EC | Finalize draft response to amicus brief. | 400.00 | 0.40 | 160.00 |
| 07/08/2022 | | EC | Review Rule 11 rules and related case law. | 400.00 | 0.90 | 360.00 |

| Date | | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/11/2022 | | EC | Review court's scheduling order and e-mail with J. La Rue and T. Liddy regarding same. | 400.00 | 0.40 | 160.00 |
| | | EC | Phone conferences with J. La Rue and T. Liddy regarding hearing strategy. | 400.00 | 1.20 | 480.00 |
| 07/12/2022 | | | | | | |
| | | EC | Phone conference with SOS counsel regarding hearing strategy. | 400.00 | 0.90 | 360.00 |
| | | EC | Continue draft of Rule 11 Motion. | 400.00 | 0.90 | 360.00 |
| 07/13/2022 | | | | | | |
| | | EC | Continue draft of Rule 11 Motion. | 400.00 | 10.60 | 4240.00 |
| 07/14/2022 | | | | | | |
| | | EC | Continue draft of Rule 11 Motion and phone conferences with J. LaRue and T. Liddy regarding same. | 400.00 | 2.10 | 840.00 |
| 07/15/2022 | | | | | | |
| | | EC | Revise Rule 11 Motion and e-mail with J. LaRue, K. Hartman-Tellez, J. Branco and T. Liddy regarding same. | 400.00 | 1.20 | 480.00 |
| 07/16/2022 | | | | | | |
| 07/16/2022 | | EC | Review K. Hartman-Tellez revisions to Rule 11 Motion. | 400.00 | 0.20 | 80.00 |
| | | EC | Review Plaintiff's transcript request | 400.00 | 0.10 | 40.00 |
| | | EC | Cite check and finalize Rule 11 Motion ; Draft cover letter to Plaintiffs' counsel re Rule 11 Mtn;  phone conferences with J. LaRue and T. Liddy re rule 11 Motion and hearing preparation. | 400.00 | 3.20 | 1280.00 |
| 07/18/2022 | | | | | | |
| | | EC | Research regarding Daubert standard. | 400.00 | 3.20 | 1280.00 |
| | | EC | Review e-mail correspondence with counsel regarding witness and exhibits; phone conferences with J. LaRue and T. Liddy re hearing strategy; review pleadings and prepare for oral argument; review witness declarations. | 400.00 | 4.20 | 1680.00 |
| 07/19/2022 | | | | | | |
| | | EC | Review Daubert Motion filed by SOS and draft joinder to same; Review witness lists; Moot court oral argument and hearing; review direct examination outline for S. Jarrett; Final preparation for closing argument; review case law and "expert testimony" cited by plaintiff; review Iqbal/Twombley standard and related case law. | 400.00 | 8.40 | 3360.00 |
| 07/20/2022 | | | | | | |
| | | EC | Review SOS filing re expert flight delay; communication with J. LaRue and T. Liddy regarding same; appear at hearing regarding preliminary injunction and motion to dismiss; review court minute entries regarding same. | 400.00 | 8.90 | 3560.00 |
| 07/21/2022 | | | | | | |
| | | EC | Review draft answer to judge's question; review draft notice of errata; phone conference with J. LaRue regarding same. | 400.00 | 0.80 | 320.00 |
| 07/22/2022 | | | | | | |
| 07/25/2022 | | EC | Virtual attendance at BOS executive session re update. | 400.00 | 1.30 | 520.00 |
| | | EC | Review transcript request from D. Cross and e-mail J. LaRue regarding same. | 400.00 | 0.20 | 80.00 |
| 07/26/2022 | | EC | Review B. Cotton declaration. | 400.00 | 0.20 | 80.00 |
| | | EC | Review e-mail correspondence from G. Golec and e-mail. | 400.00 | 0.30 | 120.00 |
| 08/01/2022 | | EC | E-mail correspondence with J. LaRue regarding letter to Fann re deceased voters; review supplemental authority draft. | 400.00 | 0.50 | 200.00 |
| 08/02/2022 | | EC | Review request to supplement record; e-mails with J. La Rue regarding same. | 400.00 | 0.40 | 160.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | EC | Review Notice of Supplemental Authority and e-mail correspondence with J. La Rue and K. Hartman-Tellez regarding same. | 400.00 | 0.30 | 120.00 |
| 08/09/2022 | EC | E-mail correspondence with J. LaRue and T. Liddy re filing Rule 11 motion; review motion and correspondence with opposing counsel regarding same. | 400.00 | 0.80 | 320.00 |
| 08/10/2022 | EC | Finalize and file Rule 11 Motion. | 400.00 | 1.20 | 480.00 |
| | EC | Draft proposed order re Rule 11 Motion; phone conference and e-mail correspondence with J. LaRue regarding same. | 400.00 | 0.30 | 120.00 |
| | EC | Phone conferences with J. LaRue and T. Liddy regarding media coverage. | 400.00 | 0.50 | 200.00 |
| 08/11/2022 | EC | Phone conferences with T. Liddy, Z. Schira and J. LaRue re media coverage; prepare regarding same and phone conferences with media re same. | 400.00 | 2.10 | 840.00 |
| 08/12/2022 | EC | Create timeline re Rule 11 motion. | 400.00 | 0.60 | 240.00 |
| 08/15/2022 | EC | Prepare for and attend executive session regarding update. | 400.00 | 3.80 | 1520.00 |
| 08/24/2022 | EC | Initial review of response to Rule 11 Motion. | 400.00 | 0.80 | 320.00 |
| | EC | Phone conference with J. LaRue regarding Reply re Rule 11 strategy. | 400.00 | 0.50 | 200.00 |
| 08/25/2022 | EC | Review Plaintiff's response to Daubert motion. | 400.00 | 0.30 | 120.00 |
| 08/26/2022 | EC | Review and analysis of order dismissing case;  review research re sanctions post-dismissal; e-mails with J. LaRue, T. Liddy, J. Branco and K. Hartman-Tellez re Rule 11 strategy  and  dismissal; review order granting pro hac. | 400.00 | 2.20 | 880.00 |
| 08/28/2022 | EC | Begin draft of Reply ISO Rule 11. | 400.00 | 1.60 | 640.00 |
| 08/29/2022 | EC | Review FAC, Motion for PI and Response to Rule 11; continue draft of Reply ISO Rule 11. | 400.00 | 4.80 | 1920.00 |
| 08/30/2022 | EC | Review case law cited in Response to Rule 11 Motion; continue draft of Reply in Support of Rule 11 Motion. | 400.00 | 8.60 | 3340.00 |
| 08/31/2022 | EC | Phone conferences with J. LaRue and T. Liddy regarding Reply in support of Rule 11 Motion; Finalize and file same. | 400.00 | 4.80 | 1920.00 |
| 09/09/2022 | EC | Review e-mail from J. LaRue regarding subpoena to SOS from M. Lindell. | 400.00 | 0.20 | 80.00 |
| 09/16/2022 | EC | Phone conferences with J. Branco regarding appeal strategy; review e-mail correspondence regarding same; phone conference with J. Branco, J. LaRue and SOS counsel regarding same. | 400.00 | 0.70 | 280.00 |
| 09/23/2022 | EC | Telephone conference with J. LaRue regarding executive session update. | 400.00 | 0.20 | 80.00 |
| 09/26/2022 | EC | Prepare for and attend executive session regarding litigation update. | 400.00 | 0.70 | 280.00 |
| 10/03/2022 | EC | Review D. Logan and B. Cotton testimony re admissions related to recount; e-mails with Z. Shira regarding same. | 400.00 | 1.30 | 520.00 |
| 10/04/2022 | EC | E-mail with T. Liddy re PRR and letter to Cotton re EMS data. | 400.00 | 0.20 | 80.00 |
| | EC | E-mails with T. Liddy and J. LaRue re requesting names from B. Cotton; draft correspondence to B. Cotton re same. | 400.00 | 0.30 | 120.00 |
| 10/05/2022 | EC | Complete draft of letter to B. Cotton re EMS data; e-mails with J. LaRue and T. Liddy re same. | 400.00 | 0.50 | 200.00 |

| 10/19/2022 | EC | E-mail T. Liddy and J. La-Rue re Cotton non-response. | 400.00 | 0.20 | 80.00 |
|---|---|---|---|---|---|
| 12/01/2022 | EC | Review and analysis of sanction order. | 400.00 | 1.00 | 400.00 |
| | | **TOTAL** | | 178.30 | 71220.00 |