EXHIBIT "4"

MCAO/Thomas P. Liddy

| Date | Prof | Matter ID/Client Sort | Component Task Code | Units | Price | Value |
|------|------|-----------------------|---------------------|-------|-------|-------|
| **Matter Description Narrative** | | | | | | |
| **Responsible: Finn, Gayla** | | | | | | |
| 05/12/2022 | TPL | Conference call re: litigation strategy | T A105 | 0.40 | 300.00 | 120.00 |
| 05/12/2022 | TPL | Meeting in conference room re Lake v Hobbs with J LaRue, J Branco and G Finn | T A104 | 0.80 | 300.00 | 240.00 |
| 05/19/2022 | TPL | Review of Rule 11 motion and email team re: same | T A104 | 1.20 | 300.00 | 360.00 |
| 05/20/2022 | TPL | Continue review of Rule 11 motion and email team re: same | T A104 | 0.80 | 300.00 | 240.00 |
| 05/27/2022 | TPL | Read correspondence re: Lake v Hobbs. Conversation with J LaRue re: litigation strategy and potential staffing | T A104 | 0.50 | 300.00 | 150.00 |
| 05/31/2022 | TPL | Conference with J LaRue re motion to dismiss, motion for Judicial notice. Communicate with E Craiger and J LaRue re potential amendment to complaint in order to cure | T A105 | 1.80 | 300.00 | 540.00 |
| 06/06/2022 | TPL | Meeting with E Craiger and J LaRue to prep for meet and confer | T A107 | 0.40 | 300.00 | 120.00 |
| 06/06/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 06/06/2022 | TPL | Meet and confer with plaintiff's counsel | T A108 | 0.50 | 300.00 | 150.00 |
| 06/18/2022 | TPL | Review draft of response to MPI | T A104 | 0.30 | 300.00 | 90.00 |
| 07/05/2022 | TPL | Review amicus brief | T A104 | 2.00 | 300.00 | 600.00 |
| 07/11/2022 | TPL | Conversation with J LaRue re witness prep for 7/21 hearing | T A105 | 0.25 | 300.00 | 75.00 |
| 07/12/2022 | TPL | Read email from A Gaona, E Craiger, J Branco & J LaRue re: hearing | T A104 | 0.20 | 300.00 | 60.00 |
| 07/12/2022 | TPL | Litigation strategy session with E Craiger, J La Rue, Secretary of State | T A104 | 1.50 | 300.00 | 450.00 |
| 07/12/2022 | TPL | Phone conference with J LaRue and E Craiger re: litigation strategy, witness examination | T A104 | 0.60 | 300.00 | 180.00 |
| 07/12/2022 | TPL | Meeting with E Craiger | T A107 | 1.00 | 300.00 | 300.00 |
| 07/13/2022 | TPL | Team meeting re: litigation strategy and division of tasks | T A104 | 0.80 | 300.00 | 240.00 |
| 07/14/2022 | TPL | Read correspondence from A Gaona re: expert witnesses, scheduling . Conversation with J LaRue re: hearing prep | T A104 | 0.40 | 300.00 | 120.00 |
| 07/14/2022 | TPL | Correspondence with E Craiger and J LaRue re: litigation strategy, experts | T A107 | 0.30 | 300.00 | 90.00 |

| 07/15/2022 | TPL | Conversation with J LaRue re: litigation strategy, MPI, 12(B)(6) and LaRue brief re: conversation with A Gaona and E Craiger | T A105 | 0.50 | 300.00 | 150.00 |
|---|---|---|---|---|---|---|
| 07/15/2022 | TPL | Correspondence with E Craiger and J LaRue re: argument | T A107 | 0.20 | 300.00 | 60.00 |
| 07/16/2022 | TPL | Correspondence with E Craiger re: review of draft Rule 11 motion | T A107 | 0.50 | 300.00 | 150.00 |
| 07/16/2022 | TPL | Correspondence with E Craiger, K Hartman- Tellez, J Branco and J LaRue re: draft motion | T A105 | 0.20 | 300.00 | 60.00 |
| 07/18/2022 | TPL | Review of final draft of rule 11 motion. Conversation with E Craiger re: revisions | T A104 | 0.40 | 300.00 | 120.00 |
| 07/19/2022 | TPL | Conversation with J LaRue re: moot court preparation.  Review of exhibits | T A104 | 0.25 | 300.00 | 75.00 |
| 07/19/2022 | TPL | Read correspondence from A. Dershowitz, E Craiger, J Branco re: Mills, Cotton  & Daugherity. Conversation with J LaRue re: report | T A104 | 1.40 | 300.00 | 420.00 |
| 07/20/2022 | TPL | Correspondence with J. LaRue and E Craiger re: hearing prep, witness statements, exhibits, Pima County | T A104 | 0.80 | 300.00 | 240.00 |
| 07/20/2022 | TPL | Prep for hearing.  Review motion to strike, confer with joinder motion with E Craiger and J. LaRue | T A104 | 3.00 | 300.00 | 900.00 |
| 07/21/2022 | TPL | Prep for hearing. Attend hearing.  Confer with J LaRue, E Craiger and A Gaona | T A109 | 9.00 | 300.00 | 2700.00 |
| 07/25/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 07/27/2022 | TPL | Review Cotton declaration | T A104 | 0.50 | 300.00 | 150.00 |
| 07/27/2022 | TPL | Review order dismissing complaint | T A104 | 1.00 | 300.00 | 300.00 |
| 08/15/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 08/19/2022 | TPL | Phone conversation with E Craiger and J LaRue re:  Rule 11 motion | T A105 | 0.40 | 300.00 | 120.00 |
| 09/26/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 10/17/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 11/14/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 11/28/2022 | TPL | E-session:  provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| Responsible: Finn, Gayle | | | GRAND TOTAL | 34.00 | | 10200.00 |

MCAO/Joseph La Rue

| Date Matter Description Narrative | Prof | Matter ID/Client Sort | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Responsible: Rue, Joseph** | | | | | | |
| 05/27/2022 | JLR | Filing numerous emails and docs that were in my Inbox | T A110 | 0.50 | 300.00 | 150.00 |
| 05/28/2022 | JLR | Research, draft work on Motion to Dismiss | T A102 | 7.00 | 300.00 | 2100.00 |
| 05/29/2022 | JLR | Drafting fact section of Motion to Dismiss; reviewing MTD and making edits | T A103 | 11.80 | 300.00 | 3,540.00 |
| 05/30/2022 | JLR | Draft Motion to File Oversize Brief; additional work on Motion to Dismiss | T A103 | 4.00 | 300.00 | 1200.00 |
| 05/30/2022 | JLR | Drafted motion for extra pages; additional draft work on Motion to Dismiss | T A103 | 3.60 | 300.00 | 1080.00 |
| 05/31/2022 | JLR | Draft work on motion for judicial notice;very ph calls re this matter | T A103 | 3.40 | 300.00 | 1020.00 |
| 05/31/2022 | JLR | Ph conf, meet and confer w/ Plaintiffs' counsel re our Motion to Dismiss, whether amendment is possible. | T A107 | 0.40 | 300.00 | 120.00 |
| 06/01/2022 | JLR | Various work on this matter | T A102 | 5.00 | 300.00 | 1500.00 |
| 06/08/2022 | JLR | Review emails, docs filed in court in Inx re this matter | T A104 | 2.50 | 300.00 | 750.00 |
| 06/18/2022 | JLR | Review and edit outside counsel Emily Craiger's draft MPI Response | T A103 | 4.40 | 300.00 | 1320.00 |
| 06/18/2022 | JLR | Review / Edit Emily's second draft of the MPI Response | T A103 | 0.60 | 300.00 | 180.00 |
| 06/19/2022 | JLR | Draft Motion for Leave to Respond to Amicus Brief; email to Team for their review | T A103 | 0.80 | 300.00 | 240.00 |
| 06/19/2022 | JLR | Draft First Declaration of Scott Jarrett | T A103 | 1.00 | 300.00 | 300.00 |
| 06/20/2022 | JLR | Various work on this lawsuit | T A104 | 7.00 | 300.00 | 2100.00 |
| 06/21/2022 | JLR | Draft work on several versions of Scott Jarrett's declaration; various phone confs re this matter; various other work re this matter | T A103 | 11.30 | 300.00 | 3,390.00 |
| 06/28/2022 | JLR | Review some of the emails in Inbox associated with this matter; review docs attached; file | T A104 | 1.00 | 300.00 | 300.00 |
| 06/28/2022 | JLR | Review and revise Emily Craiger's draft Reply ISO Motion to Dismiss. | T A103 | 3.20 | 300.00 | 960.00 |
| 06/30/2022 | JLR | Reviewing/filing emails in Inbox re this matter. | T A103 | 2.00 | 300.00 | 600.00 |
| 07/02/2022 | JLR | Draft motion for leave to file response to AZGOP's amicus brief | T A103 | 0.30 | 300.00 | 90.00 |

| 07/02/2022 | JLR | Begin drafting our proposed response to AZGOP's amicus brief | T A103 | 4.50 | 300.00 | 1350.00 |
|---|---|---|---|---|---|---|
| 07/03/2022 | JLR | Continue researching and drafting Response to AZGOP's Amicus Brief | T A103 | 4.30 | 300.00 | 1290.00 |
| 07/03/2022 | JLR | Continue researching and drafting response to AZGOP amicus brief | T A103 | 2.70 | 300.00 | 810.00 |
| 07/04/2022 | JLR | Finish drafting Response to AZGOP's Amicus Brief; send to rest of Team for review | T A103 | 3.20 | 300.00 | 960.00 |
| 07/05/2022 | JLR | Receive KHT's proposed edits to Response to AZGOP's Amicus Brief; review | T A104 | 0.30 | 300.00 | 90.00 |
| 07/05/2022 | JLR | Additoinal draft work on motion for leave to file, proposed order, and proposed response to AZGOP amicus | T A103 | 2.40 | 300.00 | 720.00 |
| 07/15/2022 | JLR | Ph. conf with Emily Craiger re Andy Gaona's proposal for oral argument in the hearing on this matter. | T A107 | 0.20 | 300.00 | 60.00 |
| 07/15/2022 | JLR | Conf w/ Tom; draft / send email to Andy Gaona re his argument proposal | T A107 | 1.00 | 300.00 | 300.00 |
| 07/15/2022 | JLR | Reviewing emails and docs in Inbox re this matter; filing | T A104 | 0.70 | 300.00 | 210.00 |
| 07/15/2022 | JLR | Reviewing Emily's draft Rule 11 motion, making suggested edits. | T A103 | 3.20 | 300.00 | 960.00 |
| 07/18/2022 | JLR | Review rules for sending a Rule 11 letter; prepare for call w/ Emily Craiger; have call with Emily Craiger re the Rule 11 motion | T A104 | 0.70 | 300.00 | 210.00 |
| 07/19/2022 | JLR | Review emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 0.50 | 300.00 | 150.00 |
| 07/19/2022 | JLR | Prepare for video conf w/ Tom Liddy and Emily Craiger; participate in conference. | T A105 | 1.00 | 300.00 | 300.00 |
| 07/19/2022 | JLR | Reviewing multiple docs in this matter in prep for Emily Craiger's moot court tomorrow; drafting witness examination of Scott Jarret | T A104 | 7.70 | 300.00 | 2310.00 |
| 07/20/2022 | JLR | Continue drafting Scott Jarrett's direct examination | T A103 | 2.10 | 300.00 | 630.00 |
| 07/24/2022 | JLR | 2022-1694/ Maricopa County Board of Supervisors Kari Lake vs Katie Hobbs Downloading the recent filings in this matter. | T A110 | 1.20 | 300.00 | 360.00 |
| 07/25/2022 | JLR | 2022-1694/ Maricopa County Board of Supervisors Kari Lake vs Katie Hobbs REview emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 0.50 | 300.00 | 150.00 |
| 07/27/2022 | JLR | 2022-1694/ Maricopa County Board of Supervisors Kari Lake vs Katie Hobbs Download Ben Cotton's supplemental declaration, which was filed yesterday; review; send to our team. | T A104 | 0.70 | 300.00 | 210.00 |

| Date | | Description | | Hours | Rate | Amount |
|------|------|------------|------|-------|------|--------|
| 08/04/2022 | JLR | Review emails in inbox re this matter; respond as warranted; file | T A104 | 1.10 | 300.00 | 330.00 |
| 08/08/2022 | JLR | Review emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 1.10 | 300.00 | 330.00 |
| 08/09/2022 | JLR | Perform one final review of the Rule 11 Motion. Ph. conf w/ Tom re the same. Ph. conf w/ outside counsel Emily Craiger re the same. Draft / send email to Emily giving her filing authority. | T A104 | 0.80 | 300.00 | 240.00 |
| 08/11/2022 | JLR | Review emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 0.30 | 300.00 | 90.00 |
| 08/25/2022 | JLR | Review Plaintiffs' Response Opposing Rule 11 Sanctions; ph conf w/ Emily Craiger re same | T A104 | 2.30 | 300.00 | 690.00 |
| 08/31/2022 | JLR | Review Emily Craiger's draft Reply ISO Motion for Sanctions; provide proposed edits | T A103 | 3.00 | 300.00 | 900.00 |
| 09/20/2022 | JLR | Review emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 1.00 | 300.00 | 300.00 |
| 10/04/2022 | JLR | Review emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 0.30 | 300.00 | 90.00 |
| 10/05/2022 | JLR | Review draft letter by Emily to Ben Cotton; approve | T A104 | 0.20 | 300.00 | 60.00 |
| 10/05/2022 | JLR | Review emails and docs in Inbox re this matter; respond as warranted; file | T A104 | 0.10 | 300.00 | 30.00 |
| 12/06/2022 | JLR | Review emails in Inbox re this matter; respond as warranted; file | T A104 | 0.10 | 300.00 | 30.00 |
| 07/21/2022 | JLR | Prepare for, attend hearing on MPI and Motion to Dismiss. | T A109 | 9.00 | 300.00 | 2700.00 |
| 05/12/2022 | JLR | Participate in conference call re lawsuit | T A104 | 5.30 | 300.00 | 1590.00 |
| 06/15/2022 | JLR | Teleconference with SOS and elections team | T A107 | 0.50 | 300.00 | 150.00 |
| 07/20/2022 | JLR | Moot court in prep for 7/21 hearing | T A104 | 2.00 | 300.00 | 600.00 |
| 06/06/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 07/25/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 08/15/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 09/26/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 10/17/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 11/14/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| 11/28/2022 | JLR | E-session: provide legal advice to Board of Supervisors re: Lake v Hobbs | T A106 | 0.30 | 300.00 | 90.00 |
| | | **Grand Total:** | | 135.90 | | 40770.00 $40,770.00 |

MCAO/Karen Hartman-Tellez

| Date | Prof | Matter ID/Client Sort | | | | |
|---|---|---|---|---|---|---|
| **Matter Description Narrative** | | | **Component Task Code** | | | |
| **Responsible: Hartman-Tellez, Karen** | | | | | | |
| 05/11/2022 | KHT | Review Amended Complaint. | T A104 | 1.20 | 300.00 | 360.00 |
| 05/12/2022 | KHT | Conference with T. Liddy, J. Branco, J. LaRue, and J. Vigil re Lake v. Hobbs Amended Complaint. | T A105 | 1.00 | 300.00 | 300.00 |
| 05/12/2022 | KHT | Conference with J. Branco re Motion to Dismiss Lake v. Hobbs. | T A105 | 0.50 | 300.00 | 150.00 |
| 05/14/2022 | KHT | Communications re Lake v. Hobbs Motion to Dismiss. | T A105 | 0.50 | 300.00 | 150.00 |
| 05/16/2022 | KHT | Teleconference with J. Branco re Lake v. Hobbs Motion to Dismiss. | T A105 | 0.30 | 300.00 | 90.00 |
| 05/19/2022 | KHT | Review and edit Rule 11 letter (0.8); email communications with T. Liddy, J. Branco, J. LaRue, and E. Craiger re same (0.3). | T A104 | 1.10 | 300.00 | 330.00 |
| 05/20/2022 | KHT | Review and edit Rule 11 letter (0.4); email communications with T. Liddy, J. Branco, J. LaRue, and E. Craiger re same (0.2). | T A104 | 0.60 | 300.00 | 180.00 |
| 05/23/2022 | KHT | Legal research re constitutional claims. | T A102 | 3.20 | 300.00 | 960.00 |
| 05/25/2022 | KHT | Legal research re constitutional claims. | T A102 | 4.10 | 300.00 | 1230.00 |
| 05/26/2022 | KHT | Draft constitutional claims section of Motion to Dismiss (2.4); legal research re same (1.3). | T A103 | 3.70 | 300.00 | 1110.00 |
| 05/27/2022 | KHT | Draft constitutional claims section of Motion to Dismiss. | T A103 | 2.90 | 300.00 | 870.00 |
| 05/28/2022 | KHT | Draft and edit constitutional claims section of motion to Dismiss in Lake v. Hobbs (2.1); legal research re same (1.0); communications with J. LaRue re draft (0.3). | T A103 | 3.40 | 300.00 | 1020.00 |
| 05/29/2022 | KHT | Email communications with J. LaRue, T. Liddy, E. Craiger, and J. Branco re Motion for Judicial Notice. | T A105 | 0.20 | 300.00 | 60.00 |
| 05/30/2022 | KHT | Edit Lake v. Hobbs Motion to Dismiss; communications with J. LaRue, T. Liddy, E. Craiger, and J. Branco re same. | T A103 | 2.10 | 300.00 | 630.00 |
| 05/31/2022 | KHT | Meet and confer with all counsel in Lake v. Hobbs (0.4); communications with SOS counsel re same (0.3). | T A108 | 0.70 | 300.00 | 210.00 |
| 06/06/2022 | KHT | Second Meet and Confer re Motion to Dismiss. | T A108 | 0.30 | 300.00 | 90.00 |
| 06/07/2022 | KHT | Edit Motion to Dismiss and certificate re meet and confer. | T A103 | 1.40 | 300.00 | 420.00 |

| Date | | Description | | Hours | Rate | Amount |
|------|------|-------------|---------|-------|------|--------|
| 06/08/2022 | KHT | Review Lake v. Hobbs Motion for Preliminary Injunction and exhibits (1.9); review Secretary of State's Motion to Dismiss (0.4). | T A104 | 2.30 | 300.00 | 690.00 |
| 06/10/2022 | KHT | Teleconference with J. LaRue and E. Craiger re Response to PI Motion. | T A105 | 0.40 | 300.00 | 120.00 |
| 06/13/2022 | KHT | Meeting re Response to PI Motion. | T A105 | 0.70 | 300.00 | 210.00 |
| 06/15/2022 | KHT | Teleconference with R. Desai, A. Gaona, K. Yost, E. Craiger and J. LaRue re response to Lake v. Hobbs PI Motion (0.4); edit response re Motion for extra pages (0.3). | T A107 | 0.70 | 300.00 | 210.00 |
| 06/17/2022 | KHT | Review and edit Lake v. Hobbs Response to PI Motion (1.7); email communications with E. Craiger, J. LaRue, T. Liddy, and J. Branco re same (0.2). | T A103 | 1.90 | 300.00 | 570.00 |
| 06/19/2022 | KHT | Review and edit Lake v. Hobbs Response to Motion for Preliminary Injunction and Motion for Leave to Respond to Amicus (0.9); email communications with T. Liddy, J. Branco, J. LaRue, and E. Craiger re same (0.2). | T A103 | 2.10 | 300.00 | 630.00 |
| 06/21/2022 | KHT | Review and edit Jarrett Declaration (1.8); email communications with T. Liddy, J. LaRue, and E. Craiger re same (0.2); teleconference with J. LaRue re Response to Motion for Preliminary Injunction (0.3). | T A103 | 2.30 | 300.00 | 690.00 |
| 06/28/2022 | KHT | Review and edit Replies in support of MTD and Motion for Judicial Notice. | T A103 | 1.10 | 300.00 | 330.00 |
| 07/05/2022 | KHT | Review and edit Response to AZGOP Amicus Brief. | T A103 | 0.60 | 300.00 | 180.00 |
| 07/11/2022 | KHT | Review Order setting hearing. | T A104 | 0.20 | 300.00 | 60.00 |
| 07/12/2022 | KHT | Communications with counsel for Secretary of State and Pima County re PI hearing. | T A107 | 0.20 | 300.00 | 60.00 |
| 07/13/2022 | KHT | Teleconference with SOS counsel re PI hearing. | T A107 | 0.60 | 300.00 | 180.00 |
| 07/14/2022 | KHT | Legal research re sanctions (2.1); email communications with E. Craiger re same (0.2). | T A102 | 2.30 | 300.00 | 690.00 |
| 07/17/2022 | KHT | Review and edit draft sanctions motion (0.6); research re Daubert motions (1.2). | T A103 | 1.80 | 300.00 | 540.00 |
| 07/20/2022 | KHT | Prepare for Preliminary Injunction hearing. | T A101 | 3.70 | 300.00 | 1110.00 |
| 07/21/2022 | KHT | Prepare for and attend Preliminary Injunction hearing. | T A109 | 9.00 | 300.00 | 2700.00 |
| 07/22/2022 | KHT | Review Notice of Errata (0.2); email communications with J. LaRue re same (0.1). | T A103 | 0.30 | 300.00 | 90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/01/2022 | KHT | Email communications with SOS and Pima County counsel re Notice of Supplemental Authority (0.2); draft and edit same (1.6). | T A103 | 1.60 | 300.00 | 480.00 |
| 08/02/2022 | KHT | Revise Notice of Supplemental Authority (0.2); attention to filing and service of same (0.2); draft Response to Motion to Supplement the Record (2.3). | T A103 | 2.70 | 300.00 | 810.00 |
| 08/26/2022 | KHT | Review Order dismissing Complaint. | T A104 | 1.90 | 300.00 | 570.00 |
| 09/16/2022 | KHT | Review Notice of Appeal and 9th Circuit docketing letter. | T A104 | 0.30 | 300.00 | 90.00 |
| 12/01/2022 | KHT | Review Order awarding sanctions. | T A104 | 1.10 | 300.00 | 330.00 |

**Grand Total:** 65.00   $19,500.00