**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kari Lake and Mark Finchem, <br><br> Plaintiffs, <br><br> vs. <br><br> Kathleen Hobbs, et al., <br><br> Defendants. | No. 2:22-cv-00677-JJT <br><br> **[PROPOSED] ORDER GRANTING MARICOPA COUNTY DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES** <br><br> (Honorable John J. Tuchi) |

THIS MATTER COMES BEFORE THE COURT pursuant to *Maricopa County Defendants' Application For Attorneys' Fees* ("Application") filed by the Maricopa County Board of Supervisors ("Defendants"). The Court, having reviewed the Application, and for good cause appearing,

IT IS HEREBY ORDERED that the Defendants are awarded $141,690.00 to be paid by counsel for Plaintiffs to the Maricopa County Attorney's Office no later than two weeks from the date of this Order.