IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Kari Lake and Mark Finchem,** | Case No.: 2:22-cv-00677-PHX-JJT |
| **Plaintiffs,** | |
| v. | **[PROPOSED]**<br>**ORDER TO SHOW CAUSE** |
| **Kathleen Hobbs, et al.;** | |
| **Defendants.** | |

Non-Party Alan Dershowitz having filed an Application for Order to Show Cause, and good cause appearing,

IT IS HEREBY ORDERED that Defendants Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo in their official capacities as members of the Maricopa County Board of Supervisors show cause as to why an award of sanctions should not be entered against Mr. Dershowitz personally or his consulting firm in this matter.

DATED this ___ day of _____, 202__.

_____
John J. Tuchi
United States District Judge