## Second Declaration of Alan Dershowitz

I, Alan Dershowitz, make this Declaration of my own knowledge, based on my current recollection; and I am competent to testify to the matters contained herein.

1. I am familiar with the number of hours that I have personally expended in connection with this court action (Lake et al. v. Hobbs et al., Arizona District Court Case No. 2:22-cv-00677). I believe that I have spent approximately three (3) hours in total on this case. That time was spent focusing on the single potential constitutional issue for which I was retained to consult as "of counsel" (regarding the constitutional ramifications of public access to records held by private government vendors). I had expected the bulk of my time to be spent on discovery, but the action did not proceed to discovery.

2. The pleadings filed by Parker Daniels Kibort which included my signature block were authorized by me as "of counsel," and it was understood that I would be on these filings as "of counsel."

I declare under penalty of perjury under the laws of the State of Arizona that I have read the above Declaration, am familiar with its contents, and know the same to be true and correct of my own personal knowledge.

Dated: 1/11/2023

Signature: *[DocuSigned signature]*

Printed Name: Alan Dershowitz