IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Kari Lake and Mark Finchem,**<br><br>**Plaintiffs,**<br>v.<br><br>**Kathleen Hobbs, as Arizona Secretary of State; Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo, in their capacity as members of the Maricopa County Board of Supervisors; Rex Scott, Matt Heinz, Sharon Bronson, Steve Christy, Adelita Grijalva, in their capacity as members of the Pima County Board of Supervisors,**<br><br>**Defendants.** | Case No. 2:22-cv-00677-JJT<br><br>**DECLARATION OF<br>ANDREW D. PARKER** |

I, Andrew D. Parker, hereby declare, under the penalty of perjury, and state the following:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and represent the Plaintiffs, Kari Lake and Mark Finchem, in the above-captioned matter.

2. With respect to the above captioned case, Parker Daniels Kibort retained Alan Dershowitz as an of counsel consultant to be part of our legal team representing the plaintiffs in this case for the purpose of providing legal counsel regarding constitutional issues. He was not retained to investigate the underlying facts in the case.

3. Mr. Dershowitz was part of the case as "of counsel" and was intended to be identified in all pleadings as such. Mr. Dershowitz was correctly identified as such in the complaint and amended complaint. To the extent the word "of" was left off other filings, this occurred only due to an administrative oversight. Both Mr. Dershowitz and I understood he was to be identified as of counsel.

4. The pleadings filed by Parker Daniels Kibort which included Mr. Dershowitz's signature block were authorized by Mr. Dershowitz as of counsel, and it was understood that Mr. Dershowitz would be on these filings as of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/11/2023

DocuSigned by:
*Andrew Parker*
3B03AF91951C443...
Andrew D. Parker

2