LAW OFFICES
**SHERMAN & HOWARD L.L.C.**
2555 EAST CAMELBACK ROAD, SUITE 1050,
PHOENIX, ARIZONA 85016-4258
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600
(AZ BAR FIRM NO. 00441000)

Craig A. Morgan (AZ Bar No. 011206)
(CMorgan@ShermanHoward.com)
Shayna Stuart (AZ Bar No. 034819)
(SStuart@ShermanHoward.com)
Jake Tyler Rapp (AZ Bar No. 036208)
(JRapp@ShermanHoward.com)
*Proposed Attorneys for Arizona Secretary of State Adrian Fontes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake and Mark Finchem,<br><br>Plaintiffs,<br><br>v.<br><br>Kathleen Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>Defendants. | Case No. 2:22-cv-00677-JJT<br><br>**APPLICATION TO SUBSTITUTE COUNSEL FOR DEFENDANT ARIZONA SECRETARY OF STATE ADRIAN FONTES (WITH CLIENT CONSENT)**<br><br>(Before the Hon. John J. Tuchi) |

Pursuant to Local Rule of Civil Procedure 83.3(b)(1), Defendant Arizona Secretary of State Adrian Fontes in his official capacity (the "Secretary of State"), respectfully asks the Court to enter an Order authorizing the substitution of Sherman & Howard L.L.C., through Craig A. Morgan, Shayna Stuart, and Jake T. Rapp, in place of Coppersmith Brockelman, PLC through D. Andrew Gaona, and Stated United Democracy Center, through Christine Bass, as his counsel of record.

The reason for this substitution is that the Secretary of State desires to have Sherman & Howard L.L.C. represent him and his interests in this action. The Secretary of State's public address and telephone number are as follows:

56295072.1

Arizona Secretary of State
1700 W Washington Street
Floor 7
Phoenix AZ 85007
Phone: 602-542-4285

Contact information for the Secretary of State's new counsel at Sherman & Howard is as follows:

Sherman & Howard L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona, 85016
Telephone: (602) 240-3000
E-Mail: cmorgan@shermanhoward.com
E-Mail: sstuart@shermanhoward.com
E-mail: jrapp@shermanhoward.com

This Application further bears the written approval of the Secretary of State's designee and is accompanied by a proposed form of order which we respectfully ask this Court to enter.

RESPECTFULLY SUBMITTED: February 15, 2023.

SHERMAN & HOWARD L.L.C.

By /s/ *Craig A. Morgan*
Craig A. Morgan
Shayna Stuart
Jake Rapp
*Attorneys for Defendant*

The Secretary of State approved this Application.

By:/s/*Amy Chan*
Amy Chan
General Counsel
Arizona Secretary of State
1700 W. Washington Street
Floor 7
Phoenix, AZ 85007
*For* Adrian Fontes

56295072.1

**ORIGINAL** of the foregoing emailed on February 15, 2023 ex parte pursuant to Local Rule of Civil Procedure 83.3(b)(1) to:

The Honorable John J. Tuchi
United States District Court
tuchi_chambers@azd.uscourts.gov

/s/ Ella Meshke

3

56295072.1