IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>Katie Hobbs, *et al.*,<br><br>   Defendants. | No. CV-22-00677-PHX-JJT<br><br>**ORDER** |

On February 15, 2023, Defendant Adrian Fontes submitted directly to Chambers an Application to Substitute Counsel (with Client Consent). Chambers forwarded the Application to the Clerk of Court for filing on the docket where it is now listed as Document 114. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Application to Substitute Counsel for Defendant Arizona Secretary of State Adrian Fontes (with Client Consent) (Doc. 114).

**IT IS FURTHER ORDERED** substituting Sherman & Howard L.L.C., through Craig A. Morgan, Shayna Stuart, and Jake T. Rapp in the place of David Andrew Gaona, Kristen Michelle Yost and Roopali H. Desai of Coppersmith Brockelman PLC and Christine Bass and Sambo Dul of States United Democracy Center as counsel for the Secretary of State in this action.

Dated this 27th day of February, 2023.

Honorable John J. Tuchi
United States District Judge