IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*, | No. CV-22-00677-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, *et al.*, | |
| Defendants. | |

The Court will hold argument on the Maricopa County Defendants' Application for Attorneys' Fees (Doc. 107) and an evidentiary hearing on Mr. Dershowitz's Application for Order to Show Cause (Doc. 108), both of which are now fully briefed. Local counsel for the parties and interested person shall appear in person but the Court will allow out of state counsel and interested person, to include Messrs. Parker and Dershowitz, to appear by telephone or video conference at their election, upon notice filed on the docket at least one week prior to the hearing.[1] Respecting the Application for Order to Show Cause, the Court also will question, at a minimum, Messrs. Parker and Dershowitz.

**IT IS THEREFORE ORDERED** setting the above matters for hearing on May 24, 2023, from 3:00 – 4:30 PM

Dated this 10th day of May, 2023.

Honorable John J. Tuchi
United States District Judge

---

[1] Secretary Fontes and the Pima County Defendants may elect to forego appearance and or participation in the hearing by filing a notice on the docket to that effect.