1  **LAURA CONOVER**
**PIMA COUNTY ATTORNEY**
2  **CIVIL DIVISION**
3  Daniel Jurkowitz, SBN 018428
Deputy County Attorney
4  32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
5  Telephone: 520-724-5700
6  Daniel.Jurkowitz@pcao.pima.gov
7  *Attorney for the Pima County Board of Supervisors*

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE DISTRICT OF ARIZONA**

11

| | |
|---|---|
| 12  Kari Lake, et al., | No. CV-22-00677-PHX-JJT |
| 13                    Plaintiffs, | **PIMA COUNTY BOARD OF** |
| 14  vs. | **SUPERVISORS' NOTICE TO FOREGO PARTICIPATION IN** |
| 15  Adrian Fontes, et al,. | **HEARING** |
| 16 | (The Honorable John J. Tuchi) |
| 17                    Defendants. | |

18         Pursuant to this Court's order at Dkt. 116, the Pima County Board of

19  Supervisors hereby provides notice that it will forego participating in the hearing set

20  for May 24, 2023.

21

22

23

24

25         RESPECTFULLY SUBMITTED this 10th of May of 2023.

26

1 of 2

*Kari Lake, et al., v. Adrian Fontes, et al,. CV-22-00677-PHX-JJT*

LAURA CONOVER
PIMA COUNTY ATTORNEY


/s/ Daniel Jurkowitz_____
Daniel Jurkowitz
Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants on record.

/s/ Pamela H. Dickenson
Paralegal to Dan Jurkowitz