**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810        Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com
*Attorneys for Non-Party Alan Dershowitz*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Kari Lake and Mark Finchem,** | **Case No. 2:22-cv-00677-JJT** |
| **Plaintiffs,** | **NOTICE OF TRIAL CONFLICT AND REQUEST TO RESET HEARING** |
| **v.** | |
| **Kathleen Hobbs, et al.;** | |
| **Defendants.** | |

NOTICE IS HEREBY GIVEN that Dennis I. Wilenchik, counsel for Non-Party Alan Dershowitz is unavailable for the oral argument and evidentiary hearing set by the Court in its May 10, 2022 Order, [Doc. 116], because he will be in trial in Maricopa County Superior Court Case No. CV2016-003313 on May 22-25, 2023. Counsel therefore respectfully requests that the Court reschedule said oral argument and evidentiary hearing for a different day when Mr. Wilenchik does not have an unalterable scheduling conflict.

/ / /

/ / /

/ / /

**RESPECTFULLY SUBMITTED** on May 11, 2023.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Non-Party Alan Dershowitz*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically transmitted the foregoing Notice of Filing to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.


*/s/      Alice Nossett*