# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*, | No. CV-22-00677-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, *et al.*, | |
| Defendants. | |

After setting a hearing for May 24, 2023, regarding Maricopa County Defendants' Application for Attorneys' Fees (Doc. 107) and an evidentiary hearing on Mr. Dershowitz's Application for Order to Show Cause (Doc. 108), counsel for Non-Party Alan Dershowitz, Dennis Wilenchik, filed a Notice of Trial Conflict and Request to Reset Hearing (Doc. 118). The Court has reviewed its calendar and moves the hearing to May 26, 2023.

**IT IS HEREBY ORDERED** granting the Notice of Trial Conflict and Request to Reset Hearing (Doc. 118).

**IT IS FURTHER ORDERED** that the 3:00 PM hearing set for May 24, 2023, is vacated and reset to **May 26, 2023**, from **10:30 AM – 12:00 Noon**. Local counsel for the parties and interested person shall appear in person but the Court will allow out of state counsel and interested person, to include Messrs. Parker and Dershowitz, to appear by telephone or video conference at their election, upon notice filed on the docket at least one

week prior to the hearing.[1] Respecting the Application for Order to Show Cause, the Court also will question, at a minimum, Messrs. Parker and Dershowitz.

Dated this 12th day of May, 2023.

_____
Honorable John J. Tuchi
United States District Judge

---

[1] Secretary Fontes and the Pima County Defendants may elect to forego appearance and or participation in the hearing by filing a notice on the docket to that effect.