**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com
*Attorneys for Non-Party Alan Dershowitz*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Kari Lake and Mark Finchem,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Kathleen Hobbs, et al.;**<br><br>**Defendants.** | Case No. 2:22-cv-00677-JJT<br><br>**NOTICE OF CONFLICT AND REQUEST TO RESET HEARING TO ORIGINAL DATE AND TIME** |

     Non-Party Alan Dershowitz is unavailable for the oral argument and evidentiary hearing on Maricopa County Defendants' Application for Attorneys' Fees [Doc. 107] and the evidentiary hearing on Alan Dershowitz's Application for Order to Show Cause [Doc. 10]. That oral argument and evidentiary hearing is currently set for May 26, 2023 from 10:30 a.m. to noon and was granted based upon undersigned counsel's request due to a trial conflict [Doc. 118].

     This hearing was originally set for May 24, 2023 from 3:00 – 4:30 p.m. [Doc. 116] by the Court in its May 12, 2022 Order [Doc. 119].  Because the Court is in trial during dates when both Mr. Dershowitz and his counsel are available, it is necessary to reset the hearing to its original date and time. Dennis Wilenchik, Esq., has alerted Judge Joan Sinclair that he will be attending the hearing and co-counsel will continue with the trial.

Therefore, based upon the foregoing, undersigned counsel respectfully requests that the Court reset the oral argument and evidentiary hearing to the original date and time. Counsel for Maricopa County, Emily Craiger, has indicated that her schedule is open for the original date. Mr. Dershowitz will be appearing remotely.

A proposed form of Order is lodged contemporaneously.

**RESPECTFULLY SUBMITTED** on May 16, 2023.

                    **WILENCHIK & BARTNESS, P.C.**

                    */s/ Dennis I. Wilenchik*
                    Dennis I. Wilenchik, Esq.
                    John D. Wilenchik, Esq.
                    The Wilenchik & Bartness Building
                    2810 North Third Street
                    Phoenix, Arizona 85004
                    admin@wb-law.com
                    *Attorneys for Non-Party Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically transmitted the foregoing Notice of Filing and Request to Reset Hearing to Original Date to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*