# EXHIBIT A



<u>Legal Ethics Question</u>

By: Alan Dershowitz

I am asking you to address an important and I believe recurring legal ethics issue, which has not received adequate attention. It grows out of a case in which I am currently involved.

What should an ethical lawyer do under the following circumstances: 1. He is an expert in constitutional law who was not part of a law firm and does not have an office but provides only constitutional advice; 2. He is asked to provide his advice in an ongoing case in which he was not part of the decision to sue. 3. He provides that advice orally and is then asked to help draft a paragraph for the complaint incorporating his constitutional views. 4. He has not been retained to do any investigation or any factual investigation of the claims and makes it clear to the law firm that retained him but he cannot be responsible for any such investigation and will base his constitutional analysis on their description of the claims to him; 5. He is asked to sign the complaint and he explicitly refuses to sign it as "counsel " because he has not done the underlying investigation and is not familiar with the issues – both legal and factual – other than the constitutional issues that he was asked to research. He agrees to sign the complaint as "of counsel." 6. He is advised that in order to sign as of counsel you must seek admission pro hac and he reluctantly agrees to do so, although he has no present intent to have any role in presenting the case on making any appearance in court. He is admitted pro hac.

As more and more professors, retired professors and retired judges engage in limited consulting practices, the following question is likely to reoccur. Indeed it probably has occurred with some frequency, but it has not been explicitly addressed.

Here are the options such a constitutional consultant has: A.) He can refuse to become involved in the case of all, because he doesn't have the resources or time to conduct the kind of full investigation required by counsel in signing a complaint as counsel. This would deprive clients and judges of important constitutional expertise. B.) He can do the research and write the paragraph of the complaint and hide his involvement from the court and the public by not affixing his name in any capacity to the complaint. C.) He can allow his paragraph to be included in the complaint and sign it in the manner that indicates that he is not lead counsel, counsel of record or counsel that has conducted the underlying factual and legal investigation of all aspects of the complaint. D.) he can try to get the clerk's office to accept his name on the pleading as "consultant" or "constitutional consultant." The courts generally will not accept any such designation.

They will however accept the designation of "of counsel" underneath the signature of a lawyer who has been admitted pro hac.

If he decides to sign the complaint as "of counsel", does he assume ethical responsibility for the investigation or lack thereof undertaken by counsel, if such investigation results in a sanction order based on ado acts of the complaint other than the constitutional issues he researched and drafted?  If so, what should constitutional experts asked to consult on discreet constitutional issues do?

Since sanctions are designed to deter future ethical misconduct, it is essential that ethical guidance should be given to experts facing this recurring situation who wish to continue to offer their expertise without running the risk of being sanctioned.

# EXHIBIT B



**HARVEY A. SILVERGLATE**
ATTORNEY-AT-LAW

**Paralegal/Researcher:**
Tel 617.876.5610
**Emily Nayyer**
emily@harveysilverglate.com

607 Franklin Street • Cambridge, MA 02139
Tel 617.876.5610
harvey@harveysilverglate.com • www.harveysilverglate.com

**Of counsel to:**
Zalkind Duncan &
Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110
Tel 617/742-6020
www.zalkindlaw.com

May 29, 2023

The Honorable John J. Tucci
United States District Judge for
    the District of Arizona
Tucson, Arizona

<u>In the matter of Attorney/Professor Alan M. Dershowitz</u>

Dear Judge Tucci:

I am writing this letter on behalf of Attorney (and Professor) Alan M. Dershowitz in order to urge this Honorable Court <u>not</u> to impose sanctions against him for a court filing to which he has affixed his name, which document the court believes is violative of the Court's ethical rules.

I would first like to state my qualification for writing this letter.

I am a 1967 graduate of the Harvard Law School ("HLS"). I arrived at HLS in 1964 as a first-year student; Prof. Dershowitz arrived at the same time as the youngest tenure-track professor in the school's history. We have done a number of important cases together. In addition, we have consulted with each other on matters of legal strategy, as well as legal ethics. When I have close or tough issues involving either strategy or ethics, I consult him and, likewise, he consults me.

I taught a course at HLS in 1993, at the invitation of then-dean of HLS James Vorenberg, on the subject of the intersection between legal ethics and criminal defense legal strategy, and the extent to which the former limit the latter.

My understanding of the matter at hand is that Prof. Dershowitz signed a legal pleading in his capacity as "of counsel" to the plaintiff's team. That filing has been found by this Court to be potentially sanctionable. The question at hand is whether an attorney who signs a pleading in an "of counsel" capacity can be sanctioned for something in the pleading outside of the scope of that attorney's narrow contribution to the brief.

The answer to this question in an unambiguous "no." It has always been my firm opinion that a lawyer who signs onto a brief in an "of counsel" capacity indicates that he/she has assumed a very limited role in the case and on he/she is responsible only for the point on which that lawyer has chosen to opine.

A major underpinning of our legal system is that people are responsible for only their own actions, not the actions of others except in the instance of a conspiracy. The law is very clear that Prof. Dershowitz cannot be held responsible for portions of a brief that he had no role in drafting and to which he has not unambiguously lent his support and his name. This is the principle known as *mens re*.

I have seen cases that are "close to the line," so to speak. This is not one of them. I urge this Honorable Court to dismiss any notion that Prof. Dershowitz is somehow responsible for the arguably  unethical deeds of others.

Respectfully,

Harvey A. Silverglate

Ronald S. Sullivan Jr.
1607 Massachusetts Avenue
Cambridge, MA 02138

May 30, 2023

To Whom It May Concern:

I have been asked to opine on the question whether signing a pleading with the "Of Counsel" designation limits the lawyer's association with the case in a particular way. Is the lawyer responsible for all representations in the pleading? Or, is the lawyer only responsible for portion of the pleading in which he participated?

I am the Jesse Climenko Clinical Professor of law at the Harvard Law School. At Harvard, I serve as the faculty director of the Criminal Justice Institute and the Trial Advocacy Program. Prior to that, I was an Associate Clinical Professor of Law at the Yale Law School, where I founded the Samuel and Anna Jacobs Criminal Justice Clinic. Since 2007, I have also taught in the areas of criminal law, criminal procedure, trial practice, and legal ethics. This issue touches and concerns law and theory associated with trial practice and legal ethics.

The question of the significance of the "Of Counsel" designation, with respect to the issue before the Court, is a difficult one. It appears that the Court has already recognized that there is little doctrinal guidance on point. And I agree. The formal law does not provide much assistance in resolving the question. That said, it is clear that the term "Of Counsel" points to a different category of representation. In the law firm context, for example, "Of Counsel" designates something other than full partner or member of a firm. Rather, the term communicates to the reader that the designee plays a role in the firm, but a lesser, more limited role than a partner. Indeed, I can image an analogous question in agency law whether an "Of Counsel" to a firm has the apparent authority to bind a firm to a major contract. While the doctrinal resolution of the foregoing question varies jurisdiction to jurisdiction, the point is that such resolution requires significant analysis because "Of Counsel" clearly gestures at something other – not the traditional class of law firm partnership.

With regard to signing a brief, if something other than "counsel to xyz" is used to identify a lawyer, what should that mean? Presumably, the "Of Counsel" means something, or it would be mere surplusage, which the law, in general, clearly disfavors. Professor Dershowitz, like many law professors, advises and counsels litigants in a variety of matters and often drafts portions of briefs or pleadings. The question is whether there is way to indicate to the reader that the "Of Counsel" designee is not making a representation with respect to the entire pleading. If the "Of Counsel designation is insufficient, what is sufficient?  Ambiguity in this area puts lawyers in a predicament, and particularly law professors, who often consult on cases in their limited area of expertise. The result of a sanction in this matter would mean that the "Of Counsel" designation does not point to some limited or advisory involvement. Rather, the effect is that law professors and other experts in discreet areas of law cannot indicate their participation in drafting a brief by signing a document without exposure to every representation in the document.

While there is no easy doctrinal resolution to the question, the foregoing policy considerations may influence whether the Court should impose sanctions. Further, on a transparency register, it seems desirable that people who work on a brief should sign it. Professor Dershowitz provided me with documentary evidence that he has used the "Of Counsel" designation for decades for the express purpose of distinguishing his participation, as a constitutionalist, from the participation of the other lawyers on brief. Finally, to the degree that a Court finds that a separate "Of Counsel" designation is ambiguous as regards the lawyer's participation in the brief, the values that underwrite the rule on lenity should be deployed to resolve the ambiguity in Professor Dershowitz's favor. In light of his long-standing use of the term to point to a different level of participation, a sanction for unintentional conduct seems to over-correct.

Summatively, the law does not provide a clear answer to a difficult question. But policy considerations favor reading "Of Counsel" not a surplusage, but as intending to point to some different level of participation in the case. While the scope of that different level of participation may be debatable, it seems clear that Prof. Dershowitz intended to convey something other than full participation in the case by signing the pleading as "Of Counsel."

Sincerely,

Ronald S. Sullivan Jr.

# EXHIBIT C



**1.** **Petitioner's Supplemental Brief in Support of the Petition for a Writ of Certiorari Redacted**

William LOE, Petitioner, v. UNITED STATES OF AMERICA, Respondent.  |  Supreme Court of the United States.  |  July 25, 2000

...Support of the Petition for a Writ of Certiorari Redacted **Alan M**. **Dershowitz** Amy Adelson Daniela Klare Elliott , of Counsel. Nathan Z. Dershowitz...

**2.** **Petitioner's Reply to the Brief for the United States in Opposition to the Petition for a Writ of Certiorari**

Bartholomew RIVIECCIO, Petitioner, v. UNITED STATES OF AMERICA, Respondent.  |  Supreme Court of the United States.  |  June 06, 1991

...in Opposition to the Petition for a Writ of Certiorari **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Nathan...

**3.** **Petition for Rehearing from Denial of Certiorari**

Walker v. United States of America  |  Supreme Court of the United States.  |  April 09, 2008

...the Eleventh Circuit Petition for Rehearing from Denial of Certiorari **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, Counsel...

**4.** **Petition of Petitioner-Appellant Samuel Waksal for Panel Rehearing**

Samuel WAKSAL, Petitioner-Appellant, v. UNITED STATES, Respondent-Appellee.  |  United States Court of Appeals, Second Circuit.  |  June 27, 2006

...Hampshire Ave., N.W., Washington, DC 20036, (202) 974-5600 (Telephone). **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617 (Telephone...

**5.** **Reply Memorandum of Teleprompter Corporation, Petitioner**

Teleprompter Corp. v. U.S.  |  Supreme Court of the United States.  |  May 01, 1973

...Manhattan Plaza New York, New York 10005 (212) 422-3400 **ALAN M**. **DERSHOWITZ** WALLACE GOSSETT DALE L. MATSCHULLAT Of Counsel Teleprompter Corporation's Petition...

**6.** **Appellants' Reply Memorandum**

Grove Press, Inc v. Maryland State Bd. of Censors  |  Supreme Court of the United States.  |  January 19, 1970

...From the Court of Appeals of Maryland Appellants' Reply Memorandum **ALAN M**. **DERSHOWITZ** 21 Robinson Street Cambridge, Massachusetts Of Counsel EDWARD DE GRAZIA...

**7.** **Reply Brief of Petitioner.**

Martorano v. United States of America  |  Supreme Court of the United States.  |  March 16, 1978

...of Appeals for the First Circuit. Reply Brief of Petitioner. **Alan** **M**. **Dershowitz**, 20 Elmwood Avenue, Cambridge, Massachusetts 02138., (617) 661-1965. The...

---

### 8. Petitioner's Reply Memorandum.

Ostrer v. U.S.   |   Supreme Court of the United States.   |   September 27, 1974

...Court of Appeals for the Second Circuit. Petitioner's Reply Memorandum. **Alan** **M**. **Dershowitz**, 41 Concord Avenue, Cambridge, Massachusetts 02138, Counsel for Petitioner. Of...

---

### 9. Brief for Defendant-Appellant A. Micheal Kagan

UNITED STATES OF AMERICA, Appellee, v. Donald FERRARINI, Everett J. Viera, A. Micheal Kagan, Bruno Rumnigant, Howard Miller, Defendants-Appellants.   |   United States Court of Appeals,Second Circuit.   |   August 01, 2000

...Appellant A. Micheal Kagan Glenn A. Garber David Krauss and **Alan** **M**. **Dershowitz** Nathan Z. Dershowitz , Of Counsel, Attorneys for Defendant-Appellant, A...

---

### 10. Petitioner's Reply Brief

Michael G. TYSON, Petitioner, v. Clarence TRIGG, Superintendent of the Indiana Youth Center; and Attorney General of the State of Indiana, Respondents.   |   Supreme Court of the United States.   |   November 24, 1995

...Court of Appeals for the Seventh Circuit Petitioner's Reply Brief **Alan** **M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Counsel...

---

### 11. Reply Brief of Petition in Support of Petition for a Writ of Certiorari to the United States Court of Appeals for the Second Circuit

Herbert SPERLING, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   June 10, 1983

...the United States Court of Appeals for the Second Circuit **Alan** **M**. **Dershowitz**, 20 Elmwood Avenue, Cambridge, Massachusetts 02138, (617) 661-1965, for...

---

### 12. Supplemental Brief of Defendant - Appellant Timothy Alan Bishop

UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Timothy Alan BISHOP, Defendant - Appellant.   |   United States Court of Appeals,Ninth Circuit.   |   September 28, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan** **M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

### 13. Reply Brief for Petitioners

CAROLYN PROPERTIES I, Florida general partnership; Carolyn Properties, Inc., a Florida corporation; Joiveca Corporation, a Florida corporation; JLP Holdings, Inc., a Florida corporation; TK Holdings, Inc., a Florida corporation; HHC Miami, Inc., a Florida corporation; and Universal Consultants, Ltd., Co., a Florida corporation, Petitioners, v. THE MITSUI TRUST & BANKING CO., LTD., a foreign corporation and Kajima International, Inc., a foreign corporation,   |   Supreme Court of the United States.   |   August 31, 1998

...Drive, Miami, FL 33131-2623, (305) 374-5505, Of Counsel: **Alan** **M**. **Dershowitz** , Co-Counsel: Scott L. Cagan. FURTHER REASONS FOR GRANTING THE...

---

**14.** **Reply Brief for the Petitioners**

Wiseman v. Commonwealth of Massachusetts  |  Supreme Court of the United States.  |  October 30, 1969

...28 State Street Boston, Mass. 02109 Of Counsel for Petitioners **Alan M**. **Dershowitz** 21 Robinson
Street Cambridge, Mass. 02138 Attorney for Petitioners Several...

**15.** **Motion to File Brief Amici Curiae in Support of the Petition for a Writ of
Certiorari and Brief of the Amici Curiae in Support of the Petition for a Writ of
Certiorari**

Mileikowsky v. Tenet Healthsystem  |  Supreme Court of the United States.  |  December 19, 2005

...in Support of the Petition for a Writ of Certiorari **Alan M**. **Dershowitz** [FN*] , 1575 Massachusetts
Avenue, Cambridge, MA 02138, (617) 496-2187...

**16.** **Reply Brief of Appellant**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Donald G. FORD, Defendant-Appellant.  |  United States
Court of Appeals,Sixth Circuit.  |  February 17, 1998

...Charles R. Simpson, III, Chief Judge Reply Brief of Appellant **Alan M**. **Dershowitz** , 26 Reservoir
Street, Cambridge MA 02138, (617) 495-4617, Robert...

**17.** **Reply Brief**

Michael BOLTON, individually and d1b1a Mr. Bolton's Music, Inc., Andrew Goldmark, Nonpareil Music, Inc., Warner
Chappell Music Limited, Warner Tamerlane Publishing Corp., WB Music Corp., and Sony Music Entertainment, Inc.,
Petitioners, v. THREE BOYS MUSIC CORPORATION, Respondent.  |  Supreme Court of the United States.
|  January 02, 2001

...New York, NY 10153, (212) 310-8184, Attorneys for Petitioners. **Alan M**. **Dershowitz** , Counsel of
Record, 1525 Massachusetts Avenue, Cambridge, MA 02138, (617...

**18.** **Defendant-Appellant Martin Schwimmer's Petition for Rehearing and
Suggestion for Rehearing En Banc**

UNITED STATES OF AMERICA, Appellee, v. Martin SCHWIMMER, Defendant-Appellant.  |  United States Court of
Appeals,Second Circuit.  |  February 06, 1991

...Suite 2515, New York, New York 10007, (212) 513-7676, **Alan M**. **Dershowitz** , 28 Reservoir Road,
Cambridge, MA 02138, (617) 495-4617, Attorneys...

**19.** **Reply Brief of the Plaintiff-Appellant**

Joanne KOTLER, Individually and as Administratrix of the Estate of George P. Kotler, Plaintiff-Appellant, v. THE
AMERICAN TOBACCO COMPANY, Philip Morris, Inc. and Liggett Group, Inc., Defendants-Appellees.  |  United
States Court of Appeals, First Circuit.  |  August 16, 1990

...Tel No. (617) 723-3517, Attorneys for the Plaintiff-Appellant. **Alan M**. **Dershowitz** Joseph M. Lipner
Cindy Leigh McAfee , Of Counsel. TABLE OF...

**20. Corrected Brief of Amici Curiae Michael B. Mukasey, Thomas J. Ridge, Louis Freeh, Frances Townsend, R. James Woolsey, Robert G. Joseph, Rudolph W. Giuliani, John R. Bolton, John Sano, Glenn L. Carle, Hugh Shelton, David Phillips, Leo Mccloskey, Wesley Martin, Gary Morsch, James Conway, Dell Dailey, Thomas G. Mcinerney, Paul E. Vallely, David A. Deptula and James A. Lyons, Jr. in Support of the Petitioner**

IN RE PEOPLE'S MOJAHEDIN ORGANIZATION OF IRAN, Petitioner.   |   United States Court of Appeals,District of Columbia Circuit.   |   February 29, 2012

...300, New York, NY 10001, (212) 889-4009, veiger@lawdea.com. Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, dersh...

**21. Reply Brief For Petitioner**

Sabhnani v. United States of America   |   Supreme Court of the United States.   |   December 23, 2010

...Of Appeals For the Second Circuit Reply Brief For Petitioner Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187. Miguel...

**22. Petition**

Hook v. U.S.   |   Supreme Court of the United States.   |   May 14, 1986

...United States Court of Appeals for the Sixth Circuit Petition Alan M. Dershowitz, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617. Nathan...

**23. Reply Brief for Plaintiff-Appellant**

David EFRON, individually, and as a Class a Special Partner of E.S. Hotel Isla Verde, S.E., a puerto Rico Civil Partnership, and for and on behalf of that partnership, Plaintiff-Appellant, v. EMBASSY SUITES (PUERTO RICO), INC., a Delaware corporation; Embassy Suites (Isla Verde), Inc., a Delaware corporation; Promus Hotel corporation, a Delaware Corporation; Mora Development corporation, a Puerto Rico corporation, individually and as Managing partner of E.S. Hotel   |   United States Court of Appeals,First Circuit.   |   January 01, 1999

...New York, New York 10118, (212) 967-0067. Of Counsel:, Alan M. Dershowitz , Cambridge, Massachusetts. Guy B. Bailey, Jr. , Law Offices Guy B...

**24. Petition for a Writ of Certiorari**

Avenal v. The State of Louisiana   |   Supreme Court of the United States.   |   March 07, 2005

...Supreme Court of Louisiana Petition for a Writ of Certiorari Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187. Nathan...

**25. Brief of Defendant-Appellant Leona M. Helmsley**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Harry HELMSLEY, Joseph V. Licari, Frank J. Turco, Defendants, Leona M. Helmsley, Defendant-Appellant.   |   United States Court of Appeals, Second Circuit.   |   April 03, 1992

...225 Broadway, New York, New York 10007, (212) 227-6000 Alan M. Dershowitz , 1525 Massachusetts Avenue, Cambridge, Massachusetts 02138, (617) 495-4617, Nathan...

**26. Defendant-Appellant Michael Robles' Petition for Rehearing and Rehearing in Banc**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Michael ROBLES, Defendant-Appellant.   |   United States Court of Appeals,Second Circuit.   |   November 07, 2003

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009, **Alan M**. **Dershowitz** , 175 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

**27. Reply Brief for Appellant Joseph Caramadre**

UNITED STATES OF AMERICA, Appellee, v. Joseph CARAMADRE, Defendant-Appellant.   |   United States Court of Appeals, First Circuit.   |   April 07, 2015

...02909, (401) 274-1400, (401) 274-2480 (fax), Of Counsel: **Alan M**. **Dershowitz** , Esq. TABLE OF CONTENTS Table of Authorities iii Introduction iv...

**28. Defendant-Appellant Ronald Moskowitz's Petition for Rehearing En Banc**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Ronald MOSKOWITZ, Jan R. Kirk, Defendant-Appellants.   |   United States Court of Appeals,Second Circuit.   |   June 08, 2000

...Avenue, Suite 7912, New York NY 10118, (212) 967-0667, **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

**29. Petitioners' Reply Brief**

Arthur B. SACHS and M. Prial Curran, Petitioners, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   November 22, 1967

...Kirkland, Ellis, Hodson, Chaffetz & Masters, 2900 Prudential Plaza, Chicago, Illinois, **Alan M**. **Dershowitz**, Langdell Hall, Cambridge, Massachusetts, Attorneys for Petitioners. Of Counsel: William...

**30. Brief for Respondent in Opposition**

Carter v. Miller   |   Supreme Court of the United States.   |   April 21, 1971

...Counsel ROBERT K. STEINBERG 9171 Wilshire Boulevard Beverly Hills, California **ALAN M**. **DERSHOWITZ** Langdell Hall Cambridge, Massachusetts 02138 TABLE OF CONTENTS Opinions Below...

**31. Brief for Respondent in Opposition**

Carter v. Miller   |   Supreme Court of the United States.   |   April 21, 1971

...Counsel ROBERT K. STEINBERG 9171 Wilshire Boulevard Beverly Hills, California **ALAN M**. **DERSHOWITZ** Langdell Hall Cambridge, Massachusetts 02138 TABLE OF CONTENTS Opinions Below...

**32. Petitioner's Reply to Brief in Opposition**

Avenal v. The State of Louisiana   |   Supreme Court of the United States.   |   May 03, 2005

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009. **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187. Philip...

---

**33. Supplemental Response Brief of Plaintiff-Appellee/Cross-Appellant Futura Development of Puerto Rico Inc.**

FUTURA DEVELOPMENT OF PUERTO RICO, INC., Plaintiff-Appellee, v. ESTADO LIBRE ASOCIADO DE PUERTO RICO, the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellants, Futura Development of Puerto Rico, Inc., Plaintiff-Appellant, v. Estado Libre Asociado De Puerto Rico, the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellees. | United States Court of Appeals,First Circuit. | December 30, 1997

...Box 193600, San Juan, Puerto Rico 00919-3600, (787)759-7600. **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, Massachusetts 02138, (617) 495-4617, Attorneys...

---

**34. Brief of Appellants VI Derivatives LLC, Vifx LLC and Their Tax Matters Partners**

VI DERIVATIVES, LLC, by Vifx LLC, Its Tax Matters Partner, by Richard G. Vento, Its Tax Matters Partner, Appellants, v. UNITED STATES OF AMERICA; Director of Virgin Islands Bureau of Internal Revenue, Vifx LLC by Richard G. Vento Its Tax Matters Partner, Appellant, v. United States of America. | United States Court of Appeals, Third Circuit. | May 07, 2012

...VI Derivatives LLC, Vifx LLC and Their Tax Matters Partners **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, 617-496-2187, Nathan...

---

**35. Petition for A Writ of Certiorari**

Michael BOLTON, individually and d1b1a Mr. Bolton's Music, Inc., Andrew Goldmark, Nonpareil Music, Inc., Warner Chappell Music Limited, Warner Tamerlane Publishing Corp., WB Music Corp., and Sony Music Entertainment, Inc., Petitioners, v. THREE BOYS MUSIC CORPORATION, Respondent. | Supreme Court of the United States. | October 27, 2000

...New York, NY 10153, (212) 310-8184, Attorneys for Petitioners. **Alan M**. **Dershowitz** , Counsel of Record, 1525 Massachusetts Avenue, Cambridge, MA 02138, (617...

---

**36. Petition**

Balistrieri v. U.S. of America | Supreme Court of the United States. | April 07, 1986

...for the Seventh Circuit Petition Of Counsel, Victoria B. Eiger. **Alan M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617. Nathan...

---

**37. Petition**

Carlos Madrid-Palacios v. U.S. | Supreme Court of the United States. | July 14, 1987

...United States Court of Appeals for the Eleventh Circuit Petition **Alan M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4716. Nathan...

---

**38. Petition for a Writ of Certiorari**

Richard Clark JOHNSON, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | Supreme Court of the United States. | April 28, 1992

---

...for the First Circuit Petition for a Writ of Certiorari **Alan M**. **Dershowitz** , Counsel of Record, Rosanna Cavallaro , 1525 Massachusetts Avenue, Cambridge, Massachusetts...

---

**39.** **Petition for a Writ of Certiorari**

David EFRON, individually, as a Class a Special Partner of E.S. Hotel Isla Verde, S.E., a Puerto Rico Civil Partnership, and for and on Behalf of that Partnership, Petitioner, v. EMBASSY SUITES (PUERTO RICO), INC., Embassy Suites (Isla Verde), Inc., et al., Respondents.   |   Supreme Court of the United States.   |   December 29, 2000

...for a Writ of Certiorari Victoria B. Eiger , Of Counsel. **Alan M** . **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Counsel...

---

**40.** **Reply Brief of Plaintiff-Appellee/Cross-Appellant Futura Development of Puerto Rico, Inc. on the Cross-Appeal**

FUTURA DEVELOPMENT OF PUERTO RICO. INC., Plaintiff-Appellee, v. ESTADO LIBRE ASOCIADO DE PUERTO RICO, the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellants. Futura Development of Puerto Rico, Inc., Plaintiff-Appellant, v. Estado Libre Asociado De Puerto Rico, the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellees.   |   United States Court of Appeals,First Circuit.   |   October 30, 1997

...193600, San Juan, Puerto Rico 00919-3600, (787) 759-7600. **Alan M** . **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, Massachusetts, (617) 495-4617, Attorneys for...

---

**41.** **Reply Brief for Petitioners**

Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.   |   Supreme Court of the United States.   |   February 26, 2014

...Kenyon & Kenyon LLP, 1500 K Street, N.W., Washington, DC 20005. **Alan M** . **Dershowitz** , 1575 Massachusetts Ave., Cambridge, MA 02138. Henry C. Dinger John...

---

**42.** **Petition for a Writ of Certiorari**

Jennifer EFRON, a minor, by and through David Efron and Madeleine Efron, her next friends, Petitioners, v. THE UNITED STATES OF AMERICA; and the Department of Immigration and Naturalization Respondents.   |   Supreme Court of the United States.   |   September 30, 1999

...for the Eleventh Circuit Petition for a Writ of Certiorari **Alan M** . **Dershowitz** , Amy Adelson of Counsel. Nathan Z. Dershowitz , Dershowitz & Eiger, P.C...

---

**43.** **Petition for A Writ of Certiorari**

Johnathan Andrew DOODY, Petitioner, v. The State of Arizona, Respondent.   |   Supreme Court of the United States.   |   April 14, 1997

...Appeals, State of Arizona Petition for A Writ of Certiorari **Alan M** . **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Counsel...

---

**44.** **Reply Brief of Defendant-Appellant David Tamman**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. David TAMMAN, Defendant-Appellant.   |   United States Court of Appeals, Ninth Circuit.   |   June 30, 2014

**WESTLAW**   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

...District of California Reply Brief of Defendant-Appellant David Tamman **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, email...

---

### 45. Petition for a Writ of Certiorari

Gurmeet Singh DHINSA, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   August 01, 2001

...for a Writ of Certiorari Victoria B. Eiger , Of Counsel. **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Counsel...

---

### 46. Brief of Agudath Israel of America as Amicus Curiae in Support of Appellant Steven B. Weiss

UNITED STATES OF AMERICA, appellee, v. Steven B. WEISS, defendant, appellant.   |   United States Court of Appeals,Second Circuit.   |   May 24, 1990

...New York, New York 10038, (212) 797-9000 Of Counsel: **Alan M. Dershowitz** Joseph M. Lipner , 232 Brattle Street, Cambridge, Massachusetts 02138, (617...

---

### 47. Reply Brief for Appellant

USA, v. DeRatto Frederick L. DERATTO, Appellant.   |   United States Court of Appeals,Third Circuit.   |   July 03, 1996

...Avenue, Suite 7912, New York, NY 10118, (212) 967-0667, **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Joel...

---

### 48. Petition

Martin J. SCHWIMMER, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   May 06, 1991

...United States Court of Appeals for the Second Circuit Petition **Alan M. Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Nathan...

---

### 49. Reply Brief of Defendant-Appellant Leon Lisbona

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Solomon SCHWARTZ, Leon Lisbona, H. Leonard Berg and Grimm DePanicis, Defendants-Appellants.   |   United States Court of Appeals,Second Circuit.   |   February 26, 1990

...Suite 2515, New York, New York 10007, (212) 513-7676, **Alan M. Dershowitz** , 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

### 50. Reply Brief of Petitioner - Appellant Johnathan Andrew Doody

Johnathan Andrew DOODY, Petitioner - Appellant, v. Dora SCHRIRO, Attorney General of the State of Arizona, Respondent - Appellee.   |   United States Court of Appeals, Ninth Circuit.   |   September 10, 2007

...H. Carroll) Reply Brief of Petitioner - Appellant Johnathan Andrew Doody **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187. Victoria...

---

**51. Defendant-Appellant Victor Chehebar's Petition for Rehearing and Rehearing in Banc**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. VICTOR CHEHEBAR, Defendant-Appellant.   |   United States Court of Appeals,Second Circuit.   |   November 09, 2004

...Appellant Victor Chehebar's Petition for Rehearing and Rehearing in Banc Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Nathan...

**52. Petition**
Srulowitz v. U.S.   |   Supreme Court of the United States.   |   July 30, 1987

...P.C., 225 Broadway, New York, NY 10007, (212) 513-7676. Alan M. Dershowitz, 232 Brattle Street, Cambridge, MA 02318, (617) 495-4716, Attorneys...

**53. Surreply Brief of Walter L. Lachman, Fiber Materials, Inc., Maurice H.sublia and Materials International Appellees/Cross-Appellants**
UNITED STATES OF AMERICA, Appellant/Cross-Appellee, v. Walter L. LACHMAN, Maurice H. Subilia, Jr., Fiber Materials, Inc., & Materials International, Inc., Appellees/Cross-Appellants.   |   United States Court of Appeals,First Circuit.   |   January 01, 2003

...523-5933, Counsel for Maurice Subilia & Materials International. Of Counsel:, Alan M . Dershowitz . TABLE OF CONTENTS Table of Contents ii Table of Authorities...

**54. Reply Brief for Defendant-Appellant Rita Gluzman**
UNITED STATES OF AMERICA, Appellee, v. Rita GLUZMAN, Defendant-Appellant.   |   United States Court of Appeals, Second Circuit.   |   January 01, 1997

...974-2400. Of Counsel and On the Brief: Judd Burstein Alan M . Dershowitz , Cambridge, Mass., Nathan Z. Dershowitz , Dershowitz & Eiger, P.C., New York...

**55. Reply Brief of Defendant-Appellant Peter Simonelli**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Peter SIMONELLI, Defendant-Appellant.   |   United States Court of Appeals, First Circuit.   |   November 03, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. Alan M . Dershowitz , 1575 Massachusetts Avenue, Cambridge, Massachusetts 02138, (617) 495-4617, Counsel...

**56. Petition for a Writ of Certiorari**
Abramov v. Chandler   |   Supreme Court of the United States.   |   January 11, 2007

...for the Seventh Circuit Petition for a Writ of Certiorari Alan M . Dershowitz , Of Counsel. Victoria B. Eiger Nathan Z. Dershowitz [FN*] , Dershowitz...

**57. Petition for a Writ of Certiorari**
Ronald MOSKOWITZ, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   October 12, 2000

...York, New York 10118, (212) 967-0667, Counsel of Record. **Alan** **M**. **Dershowitz** Amy Adelson , of Counsel, Attorneys for Petitioner, Ronald Moskowitz. QUESTIONS...

---

**58. Petition for a Writ of Certiorari Redacted**

William LOE, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   July 18, 2000

...the Ninth Circuit Petition for a Writ of Certiorari Redacted **Alan** **M**. **Dershowitz** Amy Adelson Daniela Klare Elliott , of Counsel. Nathan Z. Dershowitz...

---

**59. Reply Brief of Defendant - Appellant Timothy Alan Bishop**

UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Timothy Alan BISHOP, Defendant - Appellant.   |   United States Court of Appeals,Ninth Circuit.   |   November 28, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan** **M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

**60. Petition**

De Luca v. The People of the State of New York   |   Supreme Court of the United States.   |   November 12, 1985

...P.C., 225 Broadway, New York, NY 10007, (212) 513-7676. **Alan** **M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

**61. Petition for Writ of Certiorari**

David HELLER, Petitioner, v. Sylvia Smith BOWMAN, Respondent.   |   Supreme Court of the United States.   |   September 11, 1995

...of the Commonwealth of Massachusetts Petition for Writ of Certiorari **Alan** **M**. **Dershowitz** Michael R. Schneider , 1575 Massachusetts Avenue, Cambridge, Massachusetts 02138, (617...

---

**62. Reply Brief of Defendant-Appellant Michael Robles**

UNITED STATES OF AMERICA, Appellee. v. Michael ROBLES, Defendant-Appellant.   |   United States Court of Appeals,Second Circuit.   |   May 30, 2003

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009, **Alan** **M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617)495-4617, Attorneys for...

---

**63. Petition**

Grossman v. U.S.   |   Supreme Court of the United States.   |   August 05, 1988

...Suite 2515, New York, New York 10007, (212) 513-7676. **Alan** **M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Mark...

---

**64. Petition for a Writ of Certiorari**

Nahmani v. United States of America   |   Supreme Court of the United States.   |   March 22, 2018

---

...for the Eleventh Circuit Petition for a Writ of Certiorari **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, Of Counsel. Richard C...

---

**65. Reply Brief of Defendant-Appellant Edward Butler**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Edward BUTLER, Defendant-Appellant.   |   United States Court of Appeals,Fourth Circuit.   |   September 21, 1999

...Avenue, Suite 7912, New York, NY 10118, (212) 967-0667. **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Counsel...

---

**66. Petition for a Writ of Certiorari**

Waksal v. United States of America   |   Supreme Court of the United States.   |   January 05, 2007

...Second Circuit Petition for a Writ of Certiorari Of Counsel, **Alan M**. **Dershowitz**. Abbe David Lowell [FN*] Christopher D. Man , Chadbourne & Parke, LLP...

---

**67. Petition for Writ of Certiorari**

CAROLYN PROPERTIES I, Florida general partnership; Carolyn Properties, Inc., a Florida corporation; Joiveca Corporation, a Florida corporation; JLP Holdings, Inc., a Florida corporation; TK Holdings, Inc., a Florida corporation; HHC Miami, Inc., a Florida corporation; and Universal Consultants, Ltd., Co., a Florida corporation, Petitioners, v. THE MITSUI TRUST & BANKING CO., LTD., a foreign corporation and Kajima International, Inc., a foreign corporation,   |   Supreme Court of the United States.   |   June 15, 1998

...Drive, Miami, FL 33131-2623, (305) 374-5505. Of Counsel: **Alan M**. **Dershowitz**. Co-Counsel: Scott L. Cagan. QUESTIONS PRESENTED Does the Bank...

---

**68. Reply Brief of Defendant-Appellant Morris J. Eisen**

UNITED STATES OF AMERICA, Appellee, v. Leonard KAGEL, Defendant, Morris J. EISEN, Joseph P. Napoli, Harold M. Fishman, Dennis Rella, Marty Gabe, Geraldine G. Morganti, and Alan Weinstein, Defendants-Appellants.   |   United States Court of Appeals,Second Circuit.   |   April 24, 1992

...45th Floor, New York, New York 10168, (212) 808-0480. **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

**69. Reply Brief for Petitioners**

Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.   |   Supreme Court of the United States.   |   September 10, 2014

...Goodwin Procter LLP 620 Eighth Ave. New York, NY 10018 **Alan M**. **Dershowitz** 1575 Massachusetts Ave. Cambridge, MA 02138 Daryl L. Wiesen Henry...

---

**70. Brief of the Plaintiff-Appellant**

Joanne KOTLER, Individually and as Administratrix of the Estate of George P. Kotler, Plaintiff-Appellant, v. THE AMERICAN TOBACCO COMPANY, Philip Morris, Inc. and Liggett Group, Inc., Defendants-Appellees.   |   United States Court of Appeals, First Circuit.   |   July 05, 1990

...Tel No. (617) 723-3517, Attorneys for the Defendant-Appellant. **Alan M**. **Dershowitz** Joseph M. Lipner Cindy Leigh McAfee , Of Counsel. TABLE OF...

---

**71. Petition for Writ of Certiorari**
MYPILLOW, INC. and Michael J. Lindell, Petitioners, v. US DOMINION, INC., et al., Respondents.   |   Supreme Court of the United States.   |   June 17, 2022

...888 Colwell Building, 123 North Third Street, Minneapolis, MN 55401, **Alan M**. **Dershowitz** , Of Counsel, 1575 Massachusetts Ave., Cambridge, MA 02138, (617) 495...

**72. Reply Brief of Defendant-Appellant Martin Schwimmer**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. MARTIN SCHWIMMER, Defendant-Appellant.   |   United States Court of Appeals,Second Circuit.   |   August 21, 1989

...Suite 2515, New York, New York 10007, (212) 513-7676, **Alan M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Attorneys...

**73. Reply Brief for Intervenor-Appellant Alan M. Dershowitz (Redacted)**
Virginia L. GIUFFRE, Plaintiff-Appellee, v. Ghislaine MAXWELL, Defendant, v. Sharon CHURCHER, Jeffrey Epstein, Respondents, Alan M. DERSHOWITZ, Michael Cernovich, dba Cernovich Media, Intervenors-Appellants.   |   United States Court of Appeals, Second Circuit.   |   December 27, 2017

...York, New York 10020, (212) 763-5000, for intervenor-appellant **Alan M**. **Dershowitz**. TABLE OF CONTENTS PRELIMINARY STATEMENT 1 ARGUMENT 5 I. THE...

**74. Reply Brief of Defendant - Appellant Jesse W. Shotts**
UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Jesse W. SHOTTS, Defendant - Appellant.   |   United States Court of Appeals,Eleventh Circuit.   |   April 18, 1997

...Suite 7912, New York, New York 10118, (212) 967-0667, **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, Massachusetts 02138, (617) 495-4617. John...

**75. Petition for a Writ of Certiorari**
Nagesh SHETTY, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   March 17, 1998

...967-0667, Counsel of Record, Attorneys for Petitioner, Nagesh Shetty. **Alan M**. **Dershowitz** , Esq., Amy Adelson , Esq., Of Counsel. QUESTION PRESENTED FOR REVIEW...

**76. Appellant's Brief**
UNITED STATES OF AMERICA, Appellee, v. Richard M. HIRSCHFELD, Appellant.   |   United States Court of Appeals,Fourth Circuit.   |   September 03, 1993

...Suite 200, Alexandria, Virginia 22314, (703) 684-4333, Of Counsel, **Alan M**. **Dershowitz** , Esquire, 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617...

**77. Supplemental Brief of Plaintiff-Appellee/Cross-Appellant Futura Development of Puerto Rico, Inc.**
FUTURA DEVELOPMENT OF PUERTO RICO, INC., Plaintiff-Appellee, v. ESTADO LIBRE ASOCIADO DE PUERTO RICO, the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellants, Futura Development of Puerto Rico, Inc., Plaintiff-Appellant, v. Estado Libre Asociado De Puerto Rico,

the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellees.
│ United States Court of Appeals,First Circuit. │ October 14, 1997

...193600, San Juan. Puerto Rico 00919-3600, (787) 759-7600. **Alan M**. **Dershowitz** 1575 Massachusetts Avenue, Cambridge, Massachusetts, (617) 495-4617, Attorneys for...

---

**78. Brief of Amici Curiae the Union of Orthodox Jewish Congregations of America, the Rabbinical Council of America, the Chabad-Lubavitch World Headquarters, and Agudath Israel of America in Support of Appellees and Affirmance**

Gerald GAGLIARDI and Kathleen MacDougall, Plaintiffs-Appellants, v. CITY OF BOCA RATON, FLORIDA, Defendant-Appellee, Chabad of East Boca, Inc. and TJCV Land Trust, Intervenors-Appellees. │ United States Court of Appeals, Eleventh Circuit. │ September 27, 2017

...of America in Support of Appellees and Affirmance Of counsel: **Alan M**. **Dershowitz** , 1575 Massachusetts Ave., Cambridge, MA 02138, dersh@law.harvard.edu, (617) 496...

---

**79. Brief for the Defendant-Appellant, John M. Purdy, Jr.**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. John M. PURDY, Jr., Defendant-Appellant. │ United States Court of Appeals,Second Circuit. │ September 01, 1999

...M. Purdy, Jr. Of Counsel: Harvey A. Silverglate, Boston, Massachusetts **Alan M**. **Dershowitz**, Cambridge, Massachusetts TABLE OF CONTENTS Preliminary Statement and Jurisdiction 1...

---

**80. Brief for Appellant Joseph Caramadre**

UNITED STATES OF AMERICA, Appellee, v. Joseph CARAMADRE, Defendant-Appellant. │ United States Court of Appeals, First Circuit. │ March 18, 2015

...02909, (401) 274-1400, (401) 274-2480 (fax), Of Counsel: **Alan M**. **Dershowitz** , Esq. TABLE OF CONTENTS Table of Authorities iii Statement of...

---

**81. Reply Brief for Defendant-Appellant Keith Gordon Ham (L)**

UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Keith Gordon HAM, Steven Fitzpatrick, and Terry Sheldon, Defendants - Appellants. │ United States Court of Appeals,Fourth Circuit. │ May 26, 1992

...Suite 7912, New York, New York 10118, (212) 967-0667, **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617 TABLE...

---

**82. Petition**

Gambino v. U.S. │ Supreme Court of the United States. │ March 31, 1989

...York, New York 10003, (212) 475-3232, Attorneys for Petitioner. **Alan M**. **Dershowitz**, Of Counsel, 232 Brattle Street, Cambridge, Massachusetts 02138. QUESTIONS PRESENTED...

---

**83. Reply Brief of Appellants Gail Vento, Richard Vento, Renee Vento, Nicole Mollison, Lana Vento, VI Derivatives LLC, VIFX LLC, and Their Tax Matter Partners**

Gail VENTO, Appellant, v. DIRECTOR OF VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE UNITED STATES OF AMERICA, Intervenor-Defendant-Appellee. Richard Vento, Appellant, v. Director, Virgin Islands Bureau of Internal Revenue United States of America, Intervenor-Defendant-Appellee. Renee Vento, Appellant, v. Director of Virgin

Islands Bureau of Internal Revenue United States of America, Intervenor-Defendant-Appellee. Nicole Mollison, | United States Court of Appeals, Third Circuit. | September 13, 2012

...VI Derivatives LLC, VIFX LLC, and Their Tax Matter Partners **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, 617-496-2187, Of...

---

## 84. Reply Brief of Zhen Zhou Wu, Appellant

UNITED STATES OF AMERICA, Appellee, v. Zhen Zhou WU, Appellant. | United States Court of Appeals, First Circuit. | September 27, 2012

...District of Massachusetts Reply Brief of Zhen Zhou Wu, Appellant **Alan M**. **Dershowitz** , First Cir. No. 121200, 1575 Massachusetts Avenue, Cambridge, MA 02138...

---

## 85. Petition

Cuevas v. U.S. | Supreme Court of the United States. | November 28, 1988

...United States Court of Appeals for the Ninth Circuit Petition **Alan M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Victoria...

---

## 86. Reply Brief of Defendant-Appellant Mahender Murlidhar Sabhnani

UNITED STATES OF AMERICA, Appellee, v. Mahender Murlidhar SABHNANI, Varsha Mahender Sabhnani, Defendants-Appellants. | United States Court of Appeals, Second Circuit. | January 22, 2009

...Spatt, Presiding Reply Brief of Defendant-Appellant Mahender Murlidhar Sabhnani **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, Victoria...

---

## 87. Petition

Larson v. U.S. | Supreme Court of the United States. | July 29, 1985

...853-3230, Attorneys for Petitioner Duane Wendall Larson. Of Counsel: **Alan M**. **Dershowitz**, Laura Hanft, Harvard Law School, 1525 Massachusetts Avenue, Cambridge, Massachusetts...

---

## 88. Reply Brief of Defendant-Appellant Richard P. Console

UNITED STATES OF AMERICA, Appellee, v. Richard P. CONSOLE, Defendant - Appellant. | United States Court of Appeals,Third Circuit. | June 07, 1993

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Amy...

---

## 89. Reply Brief for Appellant Joseph Caramadre

UNITED STATES OF AMERICA, Appellee, v. Joseph CARAMADRE, Defendant-Appellant. | United States Court of Appeals, First Circuit. | April 16, 2015

...401) 274-2480 (fax); Of Counsel: Robert F. Weber , Esq., **Alan M**. **Dershowitz** , Esq., 478A Broadway, Providence, RI 02909, (401) 274-1400, (401...

---

**90. Reply Brief for Appellant Joseph Caramadre**

UNITED STATES OF AMERICA, Appellee, v. Joseph CARAMADRE, Defendant-Appellant.   |   United States Court of Appeals, First Circuit.   |   April 21, 2015

...Providence, RI 02909, (401) 274-1400, (401) 274-2480 (fax). **Alan M** . **Dershowitz** , Esq., Of Counsel. TABLE OF CONTENTS Table of Authorities iii...

**91. Reply Brief of Defendants-Appellants**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Ronald GRUSD, California Imaging Network Medical Group, and Willows Consulting Company, Defendants-Appellants.   |   United States Court of Appeals, Ninth Circuit.   |   March 14, 2019

...BAS The Honorable Cynthia Bashant Reply Brief of Defendants-Appellants **Alan M** . **Dershowitz** , 1563 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4642 Kathleen...

**92. Petition for a Writ of Certiorari**

Walker v. United States of America   |   Supreme Court of the United States.   |   December 03, 2007

...for the Eleventh Circuit Petition for a Writ of Certiorari **Alan M** . **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, Counsel...

**93. Petition for Writ of Certiorari**

William ARAMONY and Thomas J. Merlo, Petitioners, v. UNITED STATES OF AMERICA.   |   Supreme Court of the United States.   |   November 12, 1996

...Appeals for the Fourth Circuit Petition for Writ of Certiorari **Alan M** . **Dershowitz** , 26 Reservoir Street, Cambridge, MA 02138, (617) 495-4617, Counsel...

**94. Reply Brief of Defendant-Appellant Futura Development of Puerto Rico, Inc. (formerly M.D. Construction Co.)**

U.S.I. PROPERTIES CORP., Plaintiff - Appellee, v. M.D. CONSTRUCTION CO., Defendant - Appellant, Compa %25nia De Desarrollo Cooperativo, Defendant - Appellee.   |   United States Court of Appeals, First Circuit.   |   June 26, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M** . **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, Massachusetts 02138, (617) 495-4617, Attorneys...

**95. Petition for a Writ of Certiorari**

John duPONT, Petitioner, v. THE COMMONWEALTH OF PENNSYLVANIA, Respondent.   |   Supreme Court of the United States.   |   May 12, 2000

...for a Writ of Certiorari Victoria B. Eiger , Of Counsel. **Alan M** . **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Counsel...

**96. Petition for a Writ of Certiorari**

Chehebar v. United States of America   |   Supreme Court of the United States.   |   June 03, 2005

**WESTLAW**   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009. Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, Attorneys...

---

**97.** **Reply Brief of Defendant-Appellant Ronald Moskowitz**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Ronald Moskowitz, Jan R. KIRK, Defendant-Appellants.
| United States Court of Appeals,Second Circuit   | April 27, 2000

...Avenue, Suite 7912, New York, NY 10118, (212) 967-0667, Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

**98.** **Defendant-Appellant's Dr. Sari Alqsous' reply Brief**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Sari ALQSOUS, Defendant-Appellant.   | United States Court of Appeals, Sixth Circuit.   | July 09, 2021

...1900, Fax: 407-622-1511, robertsirianni @brownstonelaw.com, for defendant-appellant. Alan M. Dershowitz , 1575 Massachusetts Ave, Cambridge, MA 02138, Tel: 617-319-49892...

---

**99.** **Defendant-Appellant's Dr. Sari Alqsous' Reply Brief**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Sari ALQSOUS, Defendant-Appellant.   | United States Court of Appeals, Sixth Circuit.   | August 12, 2021

...1900, Fax: 407-622-1511, robertsirianni @brownstonelaw.com, for defendant-appellant. Alan M. Dershowitz , 1575 Massachusetts Ave, Cambridge, MA 02138, Tel: 617-319-49892...

---

**100.** **Defendant-Appellant's Dr. Sari Alqsous' Reply Brief**
UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Sari ALQSOUS, Defendant-Appellant.   | United States Court of Appeals, Sixth Circuit.   | July 13, 2021

...1900, Fax: 407-622-1511, robertsirianni @brownstonelaw.com, for defendant-appellant. Alan M. Dershowitz , 1575 Massachusetts Ave, Cambridge, MA 02138, Tel: 617-319-49892...

---

**101.** **Reply Brief of Defendant-appellant-cross-Appellee Niels Lauersen**
UNITED STATES OF AMERICA, Appellee-Cross-Appellant, v. Niels LAUERSEN, also known as Niels H. Lauersen, Magda Binion, Defendants-Appellants-Cross-Appellees.   | United States Court of Appeals,Second Circuit.   | May 29, 2002

...Klare Elliott , Attorneys for Defendant-appellant-cross-Appellee, Niels Lauersen Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Paul...

---

**102.** **Reply Brief of Defendant-Appellant-Cross-Appellee Niels Lauersen**
UNITED STATES OF AMERICA, Appellee-Cross-Appellant, v. Niels LAUERSEN, also known as Niels H. Lauersen, Magda Binion, Defendants-Appellants-Cross-Appellees.   | United States Court of Appeals,Second Circuit.   | May 29, 2002

...NY 10001, (212) 889-4009 Of Counsel Daniela Klare Elliott Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Paul...

---

### 103. Brief for Appellant

USA, v. Deratto Frederick L. DERATTO, Appellant.   |   United States Court of Appeals,Third Circuit.   |   May 01, 1996

...Suite 7912, New York, New York 10118, (212) 967-0667, **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Joel...

### 104. Reply Brief of Appellant Ronen Nahmani

UNITED STATES OF AMERICA, Plaintiff/appellee, v. Ronen NAHMANI, Defendant/appellant.   |   United States Court of Appeals, Eleventh Circuit.   |   August 19, 2016

...C. August 19, 2016. Reply Brief of Appellant Ronen Nahmani **Alan M**. **Dershowitz** , Esq., Of Counsel. Richard C. Klugh , Esq., Ingraham Building, 25...

### 105. Brief of Defendant-Appellant Michael Robles

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Michael ROBLES, Defendant-Appellant,   |   United States Court of Appeals,Second Circuit.   |   April 28, 2003

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009, **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617)495-4617, Attorneys for...

### 106. Petition for a Writ of Certiorari

Michael ROBLES, Petitioner, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   April 14, 2004

...for the Second Circuit Petition for a Writ of Certiorari **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Nathan...

### 107. Brief for Plaintiff-Appellant

David EFRON, individually, and as a Class a Special partner of E.S. Hotel Isla Verde, S.E., a Puerto Rico Civil partnership, and for and on behalf of that partnership, Plaintiff-Appellant, v. EMBASSY SUITES (PUERTO RICO), INC., a Delaware corporation; Embassy Suites (Isla Verde), Inc., a Delaware corporation; Promus Hotel corporation, a Delaware corporation; Mora Development corporation, a Puerto Rico corporation, individually and as Managing partner of E.S. Hotel   |   United States Court of Appeals,First Circuit.   |   January 01, 1999

...New York, New York 10118, (212) 967-0067. Of Counsel: , **Alan M**. **Dershowitz** , Cambridge, Massachusetts. Guy B. Bailey, Jr. , Bailey & Harper, P.L., Attorneys...

### 108. Petition

Marquez-Perez v. U.S.   |   Supreme Court of the United States.   |   May 23, 1987

...for the Eleventh Circuit Petition Victoria B. Eiger, Of Counsel. **Alan M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4716. Nathan...

### 109. Jurisdictional Statement

Grove Press, Inc. v. Maryland State Bd. of Censors   |   Supreme Court of the United States.   |   December 03, 1969

...Street, Suite 1215-1230, Baltimore, Maryland 21202, Attorneys for Appellants. **Alan M**. **Dershowitz**, 21 Robinson Street, Cambridge, Massachusetts, Of Counsel. TABLE OF CONTENTS...

---

### 110. Petition for a Writ of Certiorari

Sabhnani v. United States of America   |   Supreme Court of the United States.   |   October 08, 2010

...For The Second Circuit Petition for a Writ of Certiorari **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187. Miguel...

---

### 111. Brief and Required Short Appendix of Defendants-Appellants

Sierra CLUB, Plaintiff-Appellee, v. FRANKLIN COUNTY POWER OF ILLINOIS, LLC, Formerly Known as Enviropower of Illinois, LLC; Enviropower, LLC; and Khanjee Holding (US), Inc., Defendants-Appellants.   |   United States Court of Appeals, Seventh Circuit.   |   June 26, 2007

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009. **Alan M**. **Dershowitz**, 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, Counsel...

---

### 112. Reply in Support of Application to Recall and Stay the Federal Circuit's Mandate

Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.,   |   Supreme Court of the United States.   |   April 17, 2014

...Kenyon & Kenyon LLP, 1500 K St., N.W., Washington, DC 20005. **Alan M**. **Dershowitz** , 1575 Massachusetts Ave., Cambridge, MA 02138. Jay P. Lefkowitz , P.C...

---

### 113. Petition for a Writ of Certiorari

Edwin EDWARDS and Stephen Edwards, Petitioners, v. UNITED STATES OF AMERICA, Respondent.   |   Supreme Court of the United States.   |   December 18, 2002

...FOR THE FIFTH CIRCUIT Petition for a Writ of Certiorari **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. James...

---

### 114. Reply Brief of Defendants-Appellants

Sierra CLUB, Plaintiff-Appellee, v. FRANKLIN COUNTY POWER OF ILLINOIS, LLC, Formerly Known as Enviropower of Illinois, LLC; Enviropower, LLC; and Khanjee Holding (US), Inc., defendants-Appellants.   |   United States Court of Appeals, Seventh Circuit.   |   August 25, 2007

...Avenue, Suite 300, New York, NY 10001, (212) 889-4009. **Alan M**. **Dershowitz**, 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187, Counsel...

---

### 115. Brief of American Jewish Committee, American Jewish Congress, Hellenic Bar Association of Illinois, Italian-American Foundation, Polish American Affairs Council, Polish American Educators Association, Ukrainian Congress Committee of America (Chicago Division) and Unico National, Amici Curiae

The Regents of the University of California v. Bakke   |   Supreme Court of the United States.   |   August 05, 1977

...West Randolph Street Chicago, Illinois 60601 Attorneys for Amici Curiae **Alan M**. **Dershowitz** Of Counsel TABLE OF CONTENTS Statement of the Case 2...

---

List of 162 results for advanced: AT("alan m. dershowitz")

---

**116. Brief of American Jewish Committee, American Jewish Congress, Hellenic Bar Association of Illinois, Italian-American Foundation, Polish American Affairs Council, Polish American Educators Association, Ukrainian Congress Committee of America (Chicago Division) and Unico National, Amici Curiae**

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, Petitioner, v. Allan BAKKE, Respondent.   |   Supreme Court of the United States.   |   August 05, 1977

...America (Chicago Division), 2236 West Chicago Avenue, Chicago, Illinois 60622. Alan M. Dershowitz Of Counsel. Abraham S. Goldstein, Nathan Z. Dershowitz, American Jewish...

---

**117. Brief of American Jewish Committee, American Jewish Congress, Hellenic Bar Association of Illinois, Italian-American Foundation, Polish American Affairs Council, Polish American Educators Association, Ukrainian Congress Committee of America (Chicago Division) and Unico National, Amici Curiae**

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, Petitioner, v. Allan BAKKE, Respondent.   |   Supreme Court of the United States.   |   August 05, 1977

...West Randolph Street, Chicago, Illinois 60601, Attorneys for Amici Curiae Alan M. Dershowitz, of Counsel TABLE OF CONTENTS Statement of the Case 2...

---

**118. Petition**

Solerwitz   |   Supreme Court of the United States.   |   September 16, 1988

...Broadway, Suite 2515, New York, NY 10007, (212) 513-7676. Alan M Dershowitz, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

**119. Reply Brief of Defendant-Appellant Gurmeet Singh Dhinsa**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. GURMEET SINGH DHINSA, Defendant-Appellant, Gulzar SINGH, also known as Vippan Sareem, Otilio Galvan and Antonio Galvan, Defendants.   |   United States Court of Appeals,Second Circuit.   |   July 21, 2000

...R. Korman) Reply Brief of Defendant-Appellant Gurmeet Singh Dhinsa Alan M. Dershowitz , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Victoria...

---

**120. Brief of Appellant**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Donald G. FORD, Defendant-Appellant.   |   United States Court of Appeals,Sixth Circuit.   |   February 17, 1998

...Honorable Charles R. Simpson, III, Chief Judge Brief of Appellant Alan M. Dershowitz , 26 Reservoir Street, Cambridge MA 02138, (617) 495-4617. Robert...

---

**121. Reply Brief of Defendant-Appellant Martin Schwimmer**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Martin SCHWIMMER, Defendant-Appellant.   |   United States Court of Appeals,Second Circuit.   |   September 24, 1990

...Suite 2515, New York, New York 10007, (212) 513-7676, Alan M. Dershowitz , 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

**122.** **Brief of Defendant-Appellant Edward Butler**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Edward BUTLER, Defendant-Appellant.   |   United States
Court of Appeals,Fourth Circuit.   |   July 16, 1999

...York, NY 10118, (212) 967-0667, Andrew Shear , of Counsel. **Alan M** . **Dershowitz** , 1575
Massachusetts Avenue, Cambridge, MA 02138, Counsel for Defendant-Appellant...

**123.** **Brief of Defendants-Appellants Jose Luis Hernandez, Araselia Hernandez,
and Computer Systems Development Corporation**

UNITED STATES OF AMERICA, Plaintiff-Appellee/Cross-Appellant, v. Jose Luis HERNANDEZ, Araselia Hernandez,
and Computer Systems Development Corporation, Defendants-Appellants Cross-Appellees.   |   United States Court
of Appeals,Fourth Circuit.   |   January 01, 1998

...NY 10118, (212) 967-0667, Lead Counsel for all Defendants, **Alan M Dershowitz** Of Counsel to all
Defendants TABLE OF CONTENTS CORPORATE DISCLOSURE...

**124. Brief of the Petitioner**

Miller v. California   |   Supreme Court of the United States.   |   January 30, 1968

...Lee Bailey 40 Court Street Boston, Massachusetts Counsel for Petitioner **Alan M** . **Dershowitz** Langdell
Hall Cambridge, Massachusetts Edward P. Foley Holcomb, Kassel & Ward...

**125. Brief of Defendant - Appellant Jesse W. Shotts**

UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Jesse W. SHOTTS, Defendant - Appellant.   |   United States
Court of Appeals,Eleventh Circuit.   |   January 08, 1997

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M** . **Dershowitz** , 1575 Massachusetts
Avenue, Cambridge, Massachusetts 02138, (617) 495-4617. John...

**126. Brief of Defendant-Appellant Peter Simonelli**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Peter SIMONELLI, Defendant-Appellant.   |   United States
Court of Appeals, First Circuit.   |   August 31, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M** . **Dershowitz** , 1575 Massachusetts
Avenue, Cambridge, Massachusetts 02138, (617) 495-4617, Counsel...

**127. Brief of Defendant- Appellant Nagesh Shetty**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Nagesh SHETTY, Defendant-Appellant.   |   United States
Court of Appeals,Ninth Circuit.   |   February 24, 1997

...Fifth Avenue, Suite 7912, New York 10118, (212) 967-0667. **Alan M** . **Dershowitz** , 1575 Massachusetts
Avenue, Cambridge, Massachusetts 02138, (617) 495-4617, Attorneys...

**128. Reply Brief of Appellant**

UNITED STATES OF AMERICA, Appellee, v. Jeffrey R. MACDONALD, Apellant.   |   United States Court of
Appeals,Fourth Circuit.   |   November 25, 1991

...02110-3511, Telephone (617) 5420-6663, Telecopier (617) 451-6971, **Alan** **M**. **Dershowitz** , 26 Reservoir Street, Cambridge, MA 02138, Telephone (617) 495-4617...

---

### 129. Brief of Defendants-Appellants

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Ronald GRUSD, California Imaging Network Medical Group, and Willows Consulting Company, Defendants-Appellants.   |   United States Court of Appeals, Ninth Circuit.   |   October 22, 2018

...02821-BAS the Honorable Cynthia Bashant Brief of Defendants-Appellants **Alan** **M**. **Dershowitz** , 1563 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4642, for...

---

### 130. Reply Brief of Defendant - Appellant Edwin Edwards

UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Edwin EDWARDS; Stephen Edwards; Cecil Brown; Andrew Martin; Bobby Johnson, Defendants - Appellants.   |   United States Court of Appeals,Fifth Circuit.   |   April 05, 2002

...J. Polozola, Presiding Reply Brief of Defendant - Appellant Edwin Edwards **Alan** **M**. **Dershowitz**, 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Amy...

---

### 131. Petition for a Writ of Certiorari

Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.   |   Supreme Court of the United States.   |   January 10, 2014

...Kenyon & Kenyon LLP, 1500 K Street, N.W., Washington, DC 20005. **Alan** **M**. **Dershowitz** , 1575 Massachusetts Ave., Cambridge, MA 02138. Henry C. Dinger John...

---

### 132. Brief of Defendant-Appellant Martin Schwimmer

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Martin SCHWIMMER, Defendant-Appellant.   |   United States Court of Appeals,Second Circuit.   |   May 25, 1989

...Suite 2515, New York, New York 10007, (212) 513-7676, **Alan** **M**. **Dershowitz**, 232 Brattle Street, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---

### 133. Brief of Defendant-appellant-cross-Appellee Niels Lauersen

UNITED STATES OF AMERICA, Appellee-Cross-Appellant, v. Niels LAUERSEN, also known as Niels H. Lauersen, Magda Binion, Defendants-Appellants-Cross-Appellees.   |   United States Court of Appeals,Second Circuit.   |   February 28, 2002

...967-0667, Attorneys for Defendant-appellant-cross-Appellee, Niels Lauersen **Alan** **M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Paul...

---

### 134. Brief of Defendant-Appellant-Cross-Appellee Niels Lauersen

UNITED STATES OF AMERICA, Appellee-Cross-Appellant, v. Niels LAUERSEN, also known as Niels H. Lauersen, Magda Binion, Defendants-Appellants-Cross-Appellees.   |   United States Court of Appeals,Second Circuit.   |   February 28, 2002

...Avenue, Suite 7912, New York, NY 10118, (212) 967-0667 **Alan** **M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Paul...

---

### 135. Reply Brief of Defendants/Appellants and Answering Brief of Defendants/ Cross-Appellees

UNITED STATES OF AMERICA, Plaintiff-Appellee/Cross-Appellant, v. Jose Luis HERNANDEZ, Araselia Hernandez, and Computer Systems Development Corporation, Defendants-Appellants/Cross-Appellees.   |   United States Court of Appeals,Fourth Circuit.   |   March 01, 1999

...NY 10118, (212) 967-0667, Lead Counsel for all Defendants, **Alan M Dershowitz** Of Counsel to all Defendants TABLE OF CONTENTS TABLE OF...

### 136. Reply Brief of Defendant-Appellant John M. Purdy, Jr.

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. John M. PURDY, Jr., Defendant-Appellant.   |   United States Court of Appeals, Second Circuit.   |   January 05, 1997

...Arterton) Reply Brief of Defendant-Appellant John M. Purdy, Jr. **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Victoria...

### 137. Brief for Petitioners

Ricky Wayne TISON and Raymond Curtis Tison, Petitioners, v. STATE OF ARIZONA, Respondent.   |   Supreme Court of the United States.   |   April 28, 1986

...Certiorari To The Supreme Court Of Arizona Brief for Petitioners **Alan M. Dershowitz**, 232 Brattle Street, Cambridge, Massachusetts 02138, Stephen H. Oleskey, Cynthia...

### 138. Brief for Appellant Joseph Caramadre

UNITED STATES OF AMERICA, Appellee, v. Joseph CARAMADRE, Defendant - Appellant.   |   United States Court of Appeals, First Circuit.   |   October 21, 2014

...02909, (401) 274-1400, (401) 274-2480 (fax); Of Counsel: **Alan M. Dershowitz** , Esq. TABLE OF CONTENTS Table of Authorities iv Statement of...

### 139. Brief of Defendant-Appellant Morris J. Eisen

UNITED STATES OF AMERICA, Appellee, v. Leonard KAGEL, Defendant, Morris J. EISEN, Joseph P. Napoli, Harold M. Fishman, Dennis Rella, Marty Gabe, Geraldine G. Morganti, and Alan Weinstein Defendants-Appellants.   |   United States Court of Appeals,Second Circuit.   |   February 14, 1992

...45th Floor, New York, New York 10168, (212) 808-0480. **Alan M. Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

### 140. Brief of Zhen Zhou Wu, Appellant/Cross-Appellee

UNITED STATES OF AMERICA, Appellee/Cross-Appellant, v. Zhen Zhou WU, Appellant/Cross-Appellee.   |   United States Court of Appeals, First Circuit.   |   February 15, 2012

...of Massachusetts Brief of Zhen Zhou Wu, Appellant/Cross-Appellee **Alan M. Dershowitz** , First Cir. No. 121200, 1575 Massachusetts Avenue, Cambridge, MA 02138...

### 141. Brief for Petitioners

Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.   |   Supreme Court of the United States.   |   June 13, 2014

...Kenyon & Kenyon LLP 1500 K Street, N.W. Washington, DC 20005 **Alan M. Dershowitz** 1575 Massachusetts Ave. Cambridge, MA 02138 Daryl L. Wiesen Henry...

---

**142. Brief for Appellant Joseph Caramadre**

UNITED STATES OF AMERICA, Appellee, v. Joseph CARAMADRE, Defendant - Appellant.   |   United States Court of Appeals, First Circuit.   |   September 08, 2014

...Providence, RI 02909, (401) 274-1400, (401) 274-2480 (fax), **Alan M. Dershowitz** , Esq., Of Counsel. TABLE OF CONTENTS Table of Authorities iv...

---

**143. Reply Brief of Defendant-Appellant John M. Purdy, Jr.**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. John M. PURDY, Jr., Defendant-Appellant.   |   United States Court of Appeals, Second Circuit.   |   March 20, 1997

...Arterton) Reply Brief of Defendant-Appellant John M. Purdy, Jr. **Alan M. Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4616. Victoria...

---

**144. Brief of Defendant-Appellant Richard P. Console**

UNITED STATES OF AMERICA, Appellee, v. Richard P. CONSOLE, Defendant - Appellant.   |   United States Court of Appeals,Third Circuit.   |   February 09, 1993

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M. Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Amy...

---

**145. Brief of Defendant-Appellant Gurmeet Singh Dhinsa**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. GURMEET SINGH DHINSA, Defendant-Appellant, Gulzar SINGH, also known as Vippan Sareem, Otilio Galvan and Antonio Galvan, Defendants.   |   United States Court of Appeals,Second Circuit.   |   April 01, 2000

...Edward R. Korman) Brief of Defendant-Appellant Gurmeet Singh Dhinsa **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Victoria...

---

**146. Brief of Defendant-Appellant Sari Alqsous**

UNITED STATES OF AMERICA, Plaintiff/Appellee, v. Sari ALQSOUS, Defendant/Appellant.   |   United States Court of Appeals, Sixth Circuit.   |   May 14, 2020

...1900, Fax: 407-622-1511, RobertSirianni@BrownstoneLaw.com, for defendant/appellant. **Alan M. Dershowitz** , 1575 Massachusetts Ave, Cambridge, MA 02138, Tel: 617-495-4642...

---

**147. Brief of Defendant-Appellant Mahender Murlidhar Sabhnani**

UNITED STATES OF AMERICA, Appellee, v. Mahender Murlidhar SABHNANI, Varsha Mahender Sabhnani, Defendants-Appellants.   |   United States Court of Appeals, Second Circuit.   |   November 18, 2008

...D. Spatt, Presiding Brief of Defendant-Appellant Mahender Murlidhar Sabhnani **Alan M. Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 496-2187; Victoria...

---

**WESTLAW**   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

**148. Reply Brief of Defendant-Appellant Gary Tanaka**

UNITED STATES OF AMERICA, Appellee, v. Alberto VILAR and Gary Tanaka, Defendants-Appellants.   |   United States Court of Appeals, Second Circuit.   |   April 30, 2012

...J. Sullivan, Presiding Reply Brief of Defendant-Appellant Gary Tanaka **Alan M**. **Dershowitz** , Of Counsel. Victoria B. Eiger Nathan Z. Dershowitz , Dershowitz, Eiger...

**149. Brief of Appellants**

Grove Press, Inc. v. Maryland State Bd. of Censors   |   Supreme Court of the United States.   |   July 20, 1970

...From the Court of Appeals of Maryland Brief of Appellants **ALAN M**. **DERSHOWITZ** 21 Robinson Street Cambridge, Massachusetts Of Counsel EDWARD DE GRAZIA...

**150. Brief for Appellees**

Byrne v. Karalexis   |   Supreme Court of the United States.   |   April 23, 1970

...District Court for the District of Massachusetts Brief for Appellees **Alan M**. **Dershowitz** 21 Robinson Street Cambridge, Massachusetts (617) 868-1694 Of Counsel...

**151. Brief of Appellants**

Grove Press, Inc. v. Maryland State Board of Censors   |   Supreme Court of the United States.   |   July 20, 1970

...From the Court of Appeals of Maryland Brief of Appellants **Alan M**. **Dershowitz** 21 Robinson Street Cambridge, Massachusetts Of Counsel Edward de Grazia...

**152. Brief of Defendant-Appellant Ronald Moskowitz**

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. Ronald MOSKOWITZ, Jan R. Kirk, Defendant-Appellants.   |   United States Court of Appeals,Second Circuit.   |   April 03, 2000

...Avenue, Suite 7912, New York, NY 10118, (212) 967-0667, **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

**153. Brief Ofappellant**

UNITED STATES OF AMERICA, Appellee, v. Jeffrey R. MACDONALD, Appellant.   |   United States Court of Appeals,Fourth Circuit.   |   October 31, 1991

...02110-3511, Telephone (617) 542-6663, Telecopier (617) 451-6971, **Alan M**. **Dershowitz** , 26 Reservoir Street, Cambridge, MA 02138, Telephone (617) 495-4617...

**154. Petition for a Writ of Certiorari**

Daniel GREER, Petitioner, v. STATE OF CONNECTICUT, Respondent.   |   Supreme Court of the United States.   |   March 01, 2023

...203) 777-5501, dgrudberg@carmodylaw.com, Counsel for Petitioner. Of Counsel: **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138. QUESTION PRESENTED Is the...

**155.** **Brief of Appellants Gail Vento, Richard Vento, Renee Vento, Nicole Mollison, and Lana Vento**

Gail VENTO, Appellant, v. DIRECTOR OF VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE UNITED STATES OF AMERICA, Intervenor-Defendant-Appellee. Richard Vento, Appellant, v. Director, Virgin Islands Bureau of Internal Revenue United States of America, Intervenor-Defendant-Appellee. Renee Vento, Appellant, v. Director of Virgin Islands Bureau of Internal Revenue United States of America, Intervenor-Defendant-Appellee. Nicole Mollison, | United States Court of Appeals, Third Circuit. | March 16, 2012

...Vento, Renee Vento, Nicole Mollison, and Lana Vento of Counsel: **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, 617-496-2187; Nathan...

**156.** **Reply Brief of Appellants Steven Warshak, Harriet Warshak, and TCI Media, Inc.**

UNITED STATES OF AMERICA, Appellee, v. Steven WARSHAK, Harriet Warshak, and TCI Media, Inc., Appellants. | United States Court of Appeals, Sixth Circuit. | November 18, 2009

...CCCrouse@strausstroy.com, mspinales @strausstroy.com, Attorneys for Harriet Warshak. Of counsel: **Alan M**. **Dershowitz** , 26 Reservoir Street, Cambridge, Massachusetts, (617) 496-2187. TABLE OF...

**157.** **Appellants' Opening Brief in Support of Appeal**

Philip R. SHAWE and Shirley Shawe, Plaintiffs-below/Appellants, v. Robert B. PINCUS, Esq., in his official capacity as court-appointed custodian, and Jeffrey W. Bullock, in his official capacity as Secretary of State for the State of Delaware, Defendants-below/Appellees. | United States Court of Appeals, Third Circuit. | November 13, 2017

...302) 307-3970, jeicher @eicherlaw.com, for plaintiff-appellant, Shirley Shawe, **Alan M**. **Dershowitz** , 1525 Massachusetts Avenue, Cambridge, MA 02138, dersh @law.harvard.edu, Of Counsel...

**158.** **Brief of Defendant - Appellant Edwin Edwards**

UNITED STATES OF AMERICA, Plaintiff - Appellee-Cross-Appellant, v. Edwin EDWARDS; Stephen Edwards; Cecil Brown; Andrew Martin; Bobby Johnson, Defendants - Appellants-Cross-Appellees. | United States Court of Appeals,Fifth Circuit. | December 06, 2001

...Frank J. Polozola, Presiding Brief of Defendant - Appellant Edwin Edwards **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, MA 02138, (617) 495-4617. Nathan...

**159.** **Brief of Defendant-Appellant Futura Development of Puerto Rico, Inc. (formerly M.D. Construction Co.)**

U.S.I. PROPERTIES CORP., Plaintiff - Appellee, v. M.D. CONSTRUCTION CO., Defendant - Appellant, Compa %25nia De Desarrollo Cooperativo, Defendant - Appellee. | United States Court of Appeals, First Circuit. | March 20, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M**. **Dershowitz** , 1575 Massachusetts Avenue, Cambridge, Massachusetts 02535, (617) 495-4617, Attorneys...

**160.** **Brief of Plaintiff-Appellee/Cross-Appellant Futura Development of Puerto Rico, Inc.**

FUTURA DEVELOPMENT OF PUERTO RICO, INC., Plaintiff-Appellee, v. ESTADO LIBRE ASOCIADO DE PUERTO RICO, the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellants, Futura Development of Puerto Rico, Inc., Plaintiff-Appellant, v. Estado Libre Asociado De Puerto Rico,

the Cooperative Development Administration, the Cooperative Development Company, Defendants-Appellees.
| United States Court of Appeals, First Circuit. | September 15, 1997

...193600, San Juan, Puerto Rico 00919-3600, (787) 759-7600. **Alan M**. **Dershowitz** , 1575
Massachusetts Avenue, Cambridge, Massachusetts, (617) 495-4617, Attorney for...

---

**161.** **Brief of Defendant-Appellant Gary Tanaka**
UNITED STATES OF AMERICA, Appellee, v. Alberto VILAR and Gary Tanaka, Defendants-Appellants. | United
States Court of Appeals, Second Circuit. | September 28, 2011

...Richard J. Sullivan, Presiding Brief of Defendant-Appellant Gary Tanaka **Alan M** . **Dershowitz** Of
Counsel. Victoria B. Eiger Nathan Z. Dershowitz , Dershowitz, Eiger...

---

**162.** **Brief of Defendant - Appellant Timothy Alan Bishop**
UNITED STATES OF AMERICA, Plaintiff - Appellee, v. Timothy Alan BISHOP, Defendant - Appellant. | United
States Court of Appeals, Ninth Circuit. | July 20, 2000

...Suite 7912, New York, New York 10118, (212) 967-0667. **Alan M** . **Dershowitz** , 1575 Massachusetts
Avenue, Cambridge, MA 02138, (617) 495-4617, Attorneys...

---