**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW

The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com
*Attorneys for Non-Party Alan Dershowitz*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Kari Lake and Mark Finchem,** | Case No. 2:22-cv-00677-JJT |
| Plaintiffs, | NOTICE OF ERRATUM |
| v. | |
| **Kathleen Hobbs, et al.;** | |
| Defendants. | |

Non-Party Alan Dershowitz, by and through counsel, hereby files this Notice of Erratum to correct Exhibit "C" to his filing entitled "Supplement to Record." A correct copy of Exhibit "C" is attached.

**RESPECTFULLY SUBMITTED** on June 2, 2023.

**WILENCHIK & BARTNESS, P.C.**

 */s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Non-Party Alan Dershowitz*