**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Lake, *et al.*, | No. CV-22-00677-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, *et al.*, | |
| Defendants. | |

At issue is the Supplement to Record (Doc. 128) which Alan Dershowitz has filed as a respondent non-party in this matter. Although styled a Supplement to Record, the filing contains a motion for leave to further supplement the record with a "response by various experts on the ramifications, effects, and distinction placed on the 'Of Counsel' designation used by [Mr.] Dershowitz, intending to convey his limited function and engagement with the Plaintiff's law firm, to consult and argue certain constitutional issues as to the transparency required of private companies acting in a governmental function." (Doc. 128 at 1.) Mr. Dershowitz requests a 30- to 60-day stay of the Court's ruling on the matters it took under advisement at the May 24, 2023 hearing in order to provide Mr. Dershowitz time to gather the information that would be contained in the supplement he proposes. (*Id.* at 2.) The Maricopa County Defendants filed a Response in opposition to Mr. Dershowitz's Supplement to Record, which they have also requested be stricken from the record (Doc. 129), and he filed a Reply in support (Doc. 130).[1]

---

[1] The Court also acknowledges Mr. Dershowitz's Notice of Erratum (Doc. 131).

The Court will deny Mr. Dershowitz's requests for leave to further supplement the record and for a stay to provide him more time to accomplish the same. Mr. Dershowitz filed the pending Application for Order to Show Cause (Doc. 108) more than five months ago. He raised the issue regarding the "Of Counsel" designation in his Application and in the declaration he submitted in support thereof; the Maricopa County Defendants briefly addressed that issue in their Response in opposition to the Application (*see, e.g.*, Doc. 111 at 3 n.2); and Mr. Dershowitz addressed the issue in his Reply (Doc. 113). At the May 24, 2023 evidentiary hearing, both Mr. Dershowitz and his counsel were heard on this issue at some length. In short, Mr. Dershowitz has had sufficient time and opportunity to gather and present evidence, argument, and authority in support of his positions, and he has done so. In his Supplement and Reply thereto, he has provided more for the Court to consider, which it will do. Mr. Dershowitz has not shown good cause for additional time now to further supplement the record and gather information that he could have gathered earlier.

**IT IS THEREFORE ORDERED** denying Mr. Dershowitz's motions for leave to further supplement the record and for a stay of the Court's ruling on the matters it took under advisement at the May 24, 2023 hearing held in this matter (Doc. 128).

**IT IS FURTHER ORDERED** denying the Maricopa County Defendants' motion (Doc. 129) to strike Mr. Dershowitz's Supplement to Record.

Dated this 9th day of June, 2023.

Honorable John J. Tuchi
United States District Judge