## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | ARIZONA

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: | 22-cv-00677

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 04/22/2022

Date of judgment or order you are appealing: | 07/14/2022

Docket entry number of judgment or order you are appealing: | 133, 106

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Andrew D. Parker, Parker Daniels Kibort LLC, Kurt B. Olsen, Olsen Law PC

Is this a cross-appeal?  ○ Yes    ◉ No

If yes, what is the first appeal case number? |

Was there a previous appeal in this case?  ◉ Yes    ○ No

If yes, what is the prior appeal case number? | 22-16413

Your mailing address (if pro se):

| |

| |

City: | State: | Zip Code: |

Prisoner Inmate or A Number (if applicable): |

**Signature** | /s/ Andrew D. Parker | **Date** | 07/19/2023

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Andrew D. Parker, Parker Daniels Kibort LLC, Kurt B. Olsen, Olsen Law PC

Name(s) of counsel (if any):

Andrew D. Parker

Address: 123 N. 3d St., Minneapolis, MN 55401

Telephone number(s): (612) 355-4102

Email(s): parker@parkerdk.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, Steve Gallardo

Name(s) of counsel (if any):

Joseph Branco, Joseph LaRue, Karen Hartzman-Tellez, Thomas Liddy, Emily Craiger

Address: Maricopa Co. Atty's Office, 225 W Madison St., Phoenix, AZ 85003

Telephone number(s): (602) 506-4317, (602) 506-6171, (602) 526-6806

Email(s): brancoj@mcao.maricopa.gov, laruej@mcao.maricopa.gov

hartmank@mcao.maricopa.gov, liddty@mcao.maricopa.gov, emily@theburgesslawgroup.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                      *1*                              *New 12/01/2018*