# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 29. Request for Docket Sheet, Document, or Rules

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form29instructions.pdf

**9th Cir. Case Number(s)** [ ]

**Case Name** [ ]

What are you requesting?

☐ A copy of the Federal Rules of Appellate Procedure and 9th Circuit Rules

☐ A copy of the 9th Circuit docket sheet

☐ A copy of the following document(s) on the 9th Circuit docket:

| Date and/or Docket Entry # | Description of Document |
|---|---|
|  |  |
|  |  |
|  |  |

Your Name [ ]

Your mailing address

[ ]
[ ]

City [ ]  State [ ]  Zip Code [ ]

Prisoner Inmate or A Number (if applicable) [ ]

**Signature** [ ]    **Date** [ ]

***Mail this form to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 29**                                                                 *New 12/01/2018*